# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Anthony D. Raucci
(302) 351-9392
(302) 498-6201 FAX
araucci@mnat.com

November 10, 2020

***VIA ELECTRONIC FILING***

The Honorable Sherry R. Fallon
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*
                C.A. No. 19-2017 (RGA) (SRF) (CONSOLIDATED)

Dear Judge Fallon:

      The parties jointly and respectfully submit this letter regarding claim construction in this case, in lieu of a Joint Claim Construction Chart (D.I. 46, ¶ 9).

      The parties wish to advise the Court that no party has identified any claim term(s)/phrase(s) for construction by the Court. Accordingly, the parties respectfully request that the following deadlines in the Scheduling Order be vacated:

| Event | Current Deadline |
|---|---|
| Opening Claim Construction Brief | 12/3/2020 |
| Answering Claim Construction Brief | 1/7/2021 |
| Reply Claim Construction Brief | 2/4/2021 |
| Sur-Reply Claim Construction Brief | 2/25/2021 |
| Joint Claim Construction Brief | 3/2/2021 |
| Claim Construction Hearing | 3/16/2021 |
| Claim Construction Decision | 5/17/2021 |

The Honorable Sherry R. Fallon
November 10, 2020
Page 2

        Respectfully,

        */s/ Anthony D. Raucci*

        Anthony D. Raucci (#5948)

cc: All Counsel of Record (via electronic mail)