**EXHIBITS 2-5 SHALL REMAIN UNDER SEAL IN THEIR ENTIRETY**