## CERTIFICATE OF SERVICE

      I, Dominick T. Gattuso, Esquire, hereby certify that, on July 9, 2021, a copy of the [Sealed] Opposition Letter to The Honorable Sherry R. Fallon regarding the Protective Order Dispute (with Exhibits 1-5) was served upon counsel of record via electronic mail.

      /s/ *Dominick T. Gattuso*
      Dominick T. Gattuso (# 3630)