IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXELIXIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.  No. 19-2017 (RGA) (SRF) |
| | ) | **CONSOLIDATED** |
| MSN LABORATORIES PRIVATE LIMITED | ) | |
| and MSN PHARMACEUTICALS, INC., | ) | |
| | ) |  REDACTED -- PUBLIC VERSION |
| Defendants. | ) | |

**LETTER TO THE HONORABLE SHERRY R. FALLON**
**REGARDING THE PROTECTIVE ORDER DISPUTE**

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
Kevin S. Prussia
Timothy A. Cook
Katherine P. Kieckhafer
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(627) 526-6000

Kevin J. O'Brien
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000

Benjamin J. Dach
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
(212) 230-8800

Gerard A. Salvatore
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Cristina Salcedo
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Street, Suite 2400
Los Angeles, CA 90071
(213) 443 5412

Original Filing Date:  July 8, 2021
Redacted Filing Date:  July 15, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Exelixis, Inc.*

**CONFIDENTIAL—FILED UNDER SEAL**

Dear Judge Fallon:

In this Hatch-Waxman patent infringement case, Plaintiff Exelixis Inc. ("Exelixis") seeks an order preventing Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals (collectively, "MSN") from disclosing information designated by Exelixis as confidential under the Protective Order to Dr. Kondal Reddy Bairy. As the ███████████████, Dr. Bairy is not an "in-house attorney or legal department personnel"—the only category of party employees permitted to receive confidential information under the Protective Order. Further, as



Accordingly, disclosure of Exelixis's highly confidential scientific and business information to Dr. Bairy would create an unreasonable risk of misuse. For these reasons, and those further discussed below, Exelixis respectfully requests that the Court grants its requested relief.

I.      **The Protective Order Does Not Permit Disclosure of Confidential Information to Employees Who Are Not "In-House Attorneys or Legal Department Personnel."**

The jointly stipulated Protective Order places strict limits on who may have access to Confidential Information.[1] (D.I. 12.) In particular, the only party employees who are eligible to access Confidential Information are "two (2) in-house attorneys or legal department personnel each for Exelixis and MSN and their support staff assisting in the prosecution or defense of this action whose duties and responsibilities require access to material designated CONFIDENTIAL INFORMATION . . . ." (D.I. 12 at 9-10.)

II.     **Dr. Bairy is Not an In-House Attorney or Legal Department Personnel.**

Dr. Bairy is not eligible to access Confidential Information under the Protective Order. First, Dr. Bairy is not in-house counsel for MSN. Indeed, he is not an attorney. (Exhibit A ("Bairy Dep.") 59:1.) Second, Dr. Bairy is not legal department personnel. ██████████████████████████,

---

[1] The Protective Order defines "'CONFIDENTIAL INFORMATION' as any form of trade secret or other confidential research, development, or commercial information within the meaning of Fed. R. Civ. P. 26(c)(1)(G)." (D.I. 12 at 2.) Among the material that Exelixis has designated Confidential Information is highly proprietary information regarding Exelixis's manufacturing process for cabozantinib-(s)-malate—the active ingredient of CABOMETYX®—and the controls that Exelixis employs to ensure that the polymorphic form of cabozantinib-(s)-malate used in CABOMETYX® (i.e., Exelixis's patented N-2 form) does not convert to another form such as Exelixis's also patented N-1 form. One of the central issues in this case is whether the polymorphic form of the cabozantinib-(s)-malate used in MSN's proposed generic product is purely in a form called Form-S (as MSN contends), or includes (either by conversion or otherwise) Exelixis's patented N-1 or N-2 forms (as Exelixis contends).

**CONFIDENTIAL—FILED UNDER SEAL**

2.

During the parties' meet and confers, MSN suggested that Dr. Bairy is eligible because he supposedly supports outside counsel with litigation. Even assuming that is correct, it does not make Dr. Bairy qualified to receive Confidential Information under the Protective Order. For one, the "support staff" provision in section 11.B of the Protective Order, which MSN appears to be relying upon, explicitly only applies when such "support staff" assist "in-house attorneys or legal department personnel." (D.I. 12 at 9.)

) Further, the Protective Order makes clear that such "support staff" only qualify when their "duties and responsibilities *require* access to material designated Confidential Information." (D.I. 12 at 9 (emphasis added).) Nothing in

requires access to Exelixis's Confidential Information and MSN has not contested otherwise. And while the 11.A provision for outside counsel also identifies categories of people like secretaries who support outside counsel, in view of the separate in-house provision in 11.B, 11.A cannot be an end-run to allow access for any additional in-house employees who work with outside counsel.

In sum, because Dr. Bairy is not an attorney or legal department personnel, he is not permitted access to Confidential Information under the Protective Order.

## III.    MSN Does Not Have Good Cause to Amend the Protective Order to Permit Disclosure to a Non-Attorney Employee Like Dr. Bairy.

As the plain language of the Protective Order does not permit non-attorney employees to have access to Confidential Information, MSN must seek to amend the Protective Order if it wishes to disclose such information to Dr. Bairy. MSN has not done so. Even if it did, it would not have good cause for such an amendment. *PhishMe, Inc. v. Wombat Sec. Techs., Inc.*, 2017 WL 4138961, at *2 (D. Del. Sept. 18, 2017). As the U.S. Regulatory Agent involved in competitive decision-making and the development of the accused generic product, Dr. Bairy is the prototypical person who should not have access to confidential and proprietary information in a Hatch-Waxman case.

This District has a long history of prohibiting a competitive decision-maker from accessing confidential information. *See Safe Flight Instrument Corp. v. Sundstrand Data Control Inc.*, 682 F. Supp. 20 (D. Del. 1988); *R.R. Donnelley & Sons Co. v. Quark, Inc.*, 2007 WL 61885 (D. Del. Jan. 4, 2007). For example, in *Safe Flight*, the court denied plaintiff's president access to protected information due to his involvement in strategic product development. The case is instructive as the court distinguishes between non-attorney employees and in-house counsel. *Safe Flight*, 682 F. Supp. at 22. As the decision illustrates, disclosure to non-attorneys is disfavored because such employees present a greater risk of misuse (whether inadvertent or otherwise)—especially when those employees are involved in scientific and business decision-making. As the court explains, "attorneys simply do not face [the president's] prospect of having to distil one's own thoughts from a competitor's thoughts during the course of future [work]." *Id.* Likewise, in *R.R. Donnelley*, the court held that the president of corporate strategic initiative who served in a supervisory role

CONFIDENTIAL—FILED UNDER SEAL

3.

in research and development engaged in competitive decision-making, creating the sort of disclosure risk that weighed heavily against granting access. 2007 WL 61885, *2. This is precisely what the Court here must prevent and exactly why the Court must enforce the Protective Order put in place eighteen months ago.

Like the non-attorney employees in *SafeFlight* and *R.R. Donnelley*, Dr. Bairy is a competitive decision-maker, and with his Ph.D. in synthetic organic chemistry he has relevant technical knowledge. He was MSN's Rule 30(b)(6) corporate designee on several competitive topics, including the company's identification of the accused product for potential development, the company's decision to submit an ANDA seeking approval of the accused generic product with the FDA, and the drafting and preparation of the ANDA. (Bairy Dep. at 22:7-17 (noting Dr. Bairy's designation for Topic No. 1, i.e., "MSN's identification of cabozantinib as a candidate for a potential product for development . . ."; Topic No. 4, i.e., "The decision to file MSN's ANDA . . ."; and Topic 5, i.e., "MSN's ANDA and any amendments or supplements thereto, including the drafting, preparation, and filing of the foregoing . . . ."). During his deposition, Dr. Bairy testified about

Dr. Bairy's ongoing role in connection with the accused product presents a particular risk of misuse. Dr. Bairy would have to "distill" his own thoughts from those gleaned from Exelixis's Confidential Information *now* not during the course of *future* work as was at issue in *Safe Flight*.

Even with the best intentions, it would be difficult for Dr. Bairy to compartmentalize his knowledge from this litigation to his regular employment obligations. Given the high risk of misuse, Dr. Bairy should not be granted access to Exelixis's information.

**IV.    The Transcript from the Obeticholic Acid Litigation Does Not Support Modifying the Protective Order to Permit Dr. Bairy to Have Access in This Case.**

During the meet and confer process, MSN identified a transcript from the obeticholic acid litigation where Judge Noreika permitted protective order access to one non-attorney MSN employee. (*See* Exhibit C ("Obeticholic Acid Litigation").) That decision is inapplicable here for at least the following reasons:

First, unlike here—where MSN *has already agreed to a protective order that expressly limits the categories of qualified individuals to lawyer*s—the Obeticholic Acid Litigation involved a situation where the parties were negotiating the protective order provisions in the first instance at the start of the case. Here, the Protective Order has been in place *for eighteen months*. MSN has not sought leave to amend the Protective Order to encompass non-attorney employees

CONFIDENTIAL—FILED UNDER SEAL

4.

and would not meet the good cause standard to do so even if it did. *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994) (listing factors including the interest in privacy of the party seeking protection and whether the information is being sought for a legitimate purpose that a court should consider when a party seeks to modify a protective order); *see Crum & Crum Enterprises, Inc. v. NDC of California, L.P.*, 2011 WL 886356, at *3 (D. Del. Mar. 10, 2011) (denying plaintiff's request to modify the Protective Order because plaintiff failed to provide an adequate reason for modifying). Indeed, if it is correct that Dr. Bairy regularly assists outside counsel in patent infringement litigation, then MSN could have (and should have) raised any issue about his access to Confidential Information at the start of the case—not eighteen months into it.[2]

Second, the Obeticholic Acid Litigation decision appears to have been aimed at addressing the apparent fact that MSN does not have an in-house legal department. (Obeticholic Acid Litigation at 11.) But MSN was obviously aware that it did not have an in-house legal team when it negotiated the Protective Order in this case eighteen months ago. Furthermore, MSN is now a frequent litigator—as it is a defendant in at least 70 Hatch-Waxman cases, 32 of those cases having been filed since the beginning of this case. (*See* Exhibit D.) Having chosen the business model of seeking early generic entry in the U.S. by challenging Orange Book-listed patents, if MSN is going to demand employee access to the confidential information of innovator pharmaceutical companies in litigation, MSN should expect to join the ranks of the many other non-U.S.-based generic companies like Teva, Lupin, and Mylan, ***who all have in-house counsel***.

Third, the Obeticholic Acid Litigation decision did not purport to create a pass for MSN in all future cases—rather it was intended to govern a "limited situation" where there are "appropriate safeguards" and the "individuals don't have additional responsibilities for, for example, research and development." (Obeticholic Acid Litigation at 7, 12.) Here, ███████████████████████████████████████████ ███████████████████████████████████████████████ Accordingly, the situation presented in the Obeticholic Acid Litigation does not apply in this case.

\*        \*        \*

Dr. Bairy is not an in-house attorney or legal department personnel and therefore, does not qualify to receive Confidential Information under the Protective Order. Indeed, ████████████ ██████████████ trained in organic chemistry, who on a regular and ongoing basis █████ ████████████████████████████████ Disclosure of Exelixis's Confidential Information to Dr. Bairy entails a significant risk of misuse even if inadvertent. As MSN has not sought to amend the terms of the stipulated Protective Order to encompass non-attorney employees (and would not meet the requisite good cause standard to do so in any event), the Court should prohibit Dr. Bairy from accessing Exelixis's Confidential Information. For these foregoing reasons, Exelixis respectfully requests that the Court grant its requested relief.

---

[2] Had this issue been raised at the time the Protective Order was being negotiated, Exelixis would have sought additional provisions to protect against potential misuse such as an FDA bar (akin to the prosecution bar) or a multi-tiered designation system such that certain types of information would be limited to counsel-eyes only. But it is too late for such provisions now that Exelixis's documents have already been produced.

CONFIDENTIAL—FILED UNDER SEAL

5.

Respectfully,

/s/ Anthony D. Raucci

Anthony D. Raucci (#5948)

Enclosures
cc: All Counsel of Record (w/enc.)

EXHIBIT A



**Planet Depos**
We Make It *Happen*™

<span style="color:darkred">**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**</span>

# Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually

**Date:** June 23, 2021
**Case:** Exelixis, Inc. -v- MSN Laboratories Private Limited, et al

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1             IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF DELAWARE

3                               x

4     EXELIXIS, INC.,            :

5                      Plaintiff, :

6        v.                      :   Civil Action No.:

7     MSN LABORATORIES PRIVATE   :   19 2017 (RGA)(SRF)

8     LIMITED and MSN            :

9     PHARMACEUTICALS, INC.,     :

10                   Defendants. :

11                              x

12

13     HIGHLY CONFIDENTIAL   SUBJECT TO PROTECTIVE ORDER

14

15        Video deposition of MSN Laboratories Private

16           Limited and MSM Pharmaceuticals, Inc

17        By and through its Corporate Designee

18            KONDAL REDDY BAIRY, PH.D.,

19          and in his Individual Capacity

20               Conducted Virtually

21             Wednesday, June 23, 2021

22                 10:07 a.m. EDT

23    Job No.: 381116

24    Pages: 1   199

25    Reported by: Judith E. Bellinger, RPR, CRR

1        Video deposition of KONDAL REDDY BAIRY,

2   PH.D., conducted virtually.

3

4

5

6

7

8

9

10

11        Pursuant to notice, before Judith E.

12   Bellinger, Registered Professional Reporter,

13   Certified Realtime Reporter, and Notary Public in

14   and for the State of Maryland.

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL
Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually
Conducted on June 23, 2021                                    3

```
 1            A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4        KEVIN S. PRUSSIA, ESQUIRE

 5        WILMER CUTLER PICKERING HALE AND DORR LLP

 6        60 State Street

 7        Boston, MA 02109

 8        617.526.6000

 9

10        JERRY SALVATORE, ESQUIRE

11        WILMER CUTLER PICKERING HALE AND DORR LLP

12        1875 Pennsylvania Avenue NW

13        Washington, D.C. 20006

14        202.663.6000

15

16   ON BEHALF OF THE DEFENDANTS:

17        KEVIN E. WARNER, ESQUIRE

18        WINSTON & STRAWN LLP

19        35 West Wacker Drive

20        Chicago, IL 60601 9703

21        312.558.5600

22

23

24

25
```

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually
Conducted on June 23, 2021                                    4

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2   ALSO PRESENT:

 3         Drew Halton, Videographer

 4         Jordan Collins, Planet Depos Technician

 5         Jeffrey Hessekiel, General Counsel, Exelixis,

 6                            Inc.

 7         Amanda Baird

 8         Iris Carbonel

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    C O N T E N T S

 2   EXAMINATION OF KONDAL REDDY BAIRY, Ph.D.        PAGE

 3       By Mr. Prussia                               11

 4       By Mr. Salvatore                            164

 5                    E X H I B I T S

 6              (Attached to the transcript)

 7   Bairy Exhibits:                                 PAGE

 8   Exhibit 1    Exelixis's Notice of Deposition of   18

 9                Kondal Reddy Bairy

10   Exhibit 2    Defendants MSN Laboratories Private  19

11                Limited and MSN Pharmaceuticals

12                Inc.'s Responses and Objections to

13                Plaintiff's Notice of Deposition

14                Pursuant to Federal Rule of Civil

15                Procedure 30(b)(6)

16   Exhibit 3    Application to Market a New or       61

17                Abbreviated New Drug or Biologic For

18                Human Use, Bates Nos. MSNCABO 000001

19                  0006

20   Exhibit 4    Module 1.12.12 from MSN's ANDA       65

21                product, Bates No. MSNCABO 000018

22   Exhibit 5    Module 1.14.3.1 Annotated Comparison 69

23                with Listed Drug, Bates Nos.

24                MSNCABO 023871   3926

25
```

HIGHLY CONFIDENTIAL
Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually
Conducted on June 23, 2021                                6

```
 1        E X H I B I T S    C O N T I N U E D

 2

 3    Exhibit 6    Highlights of Prescribing        73

 4                 Information for cabozantinib

 5                 tablets, Bates Nos. MSNCABO 023819

 6                 3844

 7    Exhibit 7    Module 2.3.P Drug Product, Bates  75

 8                 Nos. MSNCABO 000348   0423

 9    Exhibit 8    Response to Information Request   80

10                 Quality, Bates Nos. MSNCABO 017723

11                 7733

12    Exhibit 9    Question based Review (QbR) Drug  94

13                 Substance, Bates Nos. MSNCABO 094149

14                   4175

15    Exhibit 10   Module 3.2.S.3.1 Elucidation of  103

16                 Structure and Other Characteristics,

17                 Bates No. MSNCABO 005553

18    Exhibit 11   Module 3.2.S.4.1 Specification,  105

19                 Bates Nos. MSNCABO 005568   5579

20    Exhibit 12   Patent and Exclusivity           108

21                 Certification, Bates Nos.

22                 MSNCABO 000213   0214

23    Exhibit 13   Patent and Exclusivity           116

24                 Certification, Bates Nos.

25                 MSNCABO 018971   8974
```

```
1        E X H I B I T S    C O N T I N U E D

2

3    Exhibit 14   Response to the GDUFA DMF Complete    122

4                 Response Letter Dated on 27 January

5                 2020, Bates Nos. MSNCABO 094093

6                 4148

7    Exhibit 15   GDUFA DMF Complete Response, Bates    129

8                 Nos. MSNCABO 094997   5002

9    Exhibit 16   Discipline Review Letter              131

10                Bioequivalence, Bates Nos.

11                MSNCABO 094945   4949

12   Exhibit 17   Complete Response, Bates Nos.         142

13                MSNCABO 094950   4958

14   Exhibit 18   Product Initiation Form, Bates Nos.   144

15                MSNCABO 084235   4238

16   Exhibit 19   Intellectual Property Rights,         149

17                Product Dossier For

18                Cabozantinib S Malate (Anti Caner

19                Agent) (Version 0.0), Bates Nos.

20                MSNCABO 088556   8596

21   Exhibit 20   Intellectual Property Rights, MSNL    150

22                Opinion of Cabozantinib, Bates Nos.

23                MSNCABO 056811   6819

24

25
```

HIGHLY CONFIDENTIAL
Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually
Conducted on June 23, 2021                                    8

```
 1        E X H I B I T S   C O N T I N U E D

 2

 3   Exhibit 21  MSN's Detailed Statement of the      153

 4               Factual and Legal Bases for Its

 5               Opinion That the Manufacture, Use,

 6               Importation, Sale, and Offer for

 7               Sale of Its Cabozantinib S Malate

 8               Product Will Not Infringe U.S.

 9               Patent Nos. 8,877,776, 9,724,342,

10               10,034,873 And 10,039,757, Bates

11               Nos. EXEL 04224547   4590

12   Exhibit 22  International Application Published  156

13               Under the Patent Cooperation Treaty

14               (PCT), International Publication

15               Number WO 2018/104954 AI, Bates Nos.

16               MSNCABO 020959   1018

17   Exhibit 23  Excel spreadsheet, Bates No.         165

18               MSNCABO 055778

19   Exhibit 24  Excel spreadsheet, Bates No.         175

20               MSNCABO 056755

21   Exhibit 25  Defendants MSN Laboratories Private  181

22               Limited and MSN Pharmaceuticals

23               Inc.'s First Supplemental Objections

24               and Responses to Plaintiff's

25               Interrogatories Nos. 8 and 12 13
```

```
 1          E X H I B I T S   C O N T I N U E D

 2

 3    Exhibit 26  Product License and Supply        186

 4                Agreement, Bates Nos. MSNCABO 031090

 5                   1133

 6    Exhibit 27  Email chain.  Top email from       197

 7                hareesh.n@msnlabs.com to

 8                venkatanarasayya.saladi@msnlabs.com,

 9                8/9/2019, Bates Nos. MSNCABO 040510

10                   0517

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:  Here begins Tape | 10:07:15 |
| 3 | No. 1 in the videotaped deposition of Kondal Reddy | 10:07:16 |
| 4 | Bairy, in the matter of Exelixis, Inc. v. MSN | 10:07:21 |
| 5 | Laboratories Private Limited, et al, in the U.S. | 10:07:24 |
| 6 | District Court, District of Delaware, Civil Action | 10:07:34 |
| 7 | No. 19 2017 Consolidated. | 10:07:36 |
| 8 | Today's date is June 23rd, 2021.  Time | 10:07:40 |
| 9 | on the video monitor is 10:07 a.m. Eastern. | 10:07:43 |
| 10 | The videographer today is Drew Halton, | 10:07:47 |
| 11 | representing Planet Depos. | 10:07:50 |
| 12 | All participants are attending | 10:07:51 |
| 13 | remotely. | 10:07:54 |
| 14 | Would counsel please voice identify | 10:07:56 |
| 15 | themselves and state whom they represent? | 10:07:57 |
| 16 | MR. PRUSSIA:  Kevin Prussia on behalf | 10:08:00 |
| 17 | of the plaintiff, Exelixis, also from WilmerHale. | 10:08:01 |
| 18 | Also with me for my firm is Gerald Salvatore. | 10:08:04 |
| 19 | MR. WARNER:  This is Kevin Warner from | 10:08:09 |
| 20 | Winston & Strawn.  And I'm representing the | 10:08:11 |
| 21 | witness and the defendants, MSN. | 10:08:13 |
| 22 | THE VIDEOGRAPHER:  The court reporter | 10:08:21 |
| 23 | today is Judy Bellinger, representing Planet | 10:08:22 |
| 24 | Depos. | 10:08:23 |
| 25 | Will the reporter please swear in the | 10:08:23 |

| | | |
|---|---|---|
| 1 | witness. | 10:08:25 |
| 2 | KONDAL REDDY BAIRY, Ph.D. | 10:08:25 |
| 3 | Being first duly sworn, was examined | 10:08:25 |
| 4 | and testified as follows: | 10:08:25 |
| 5 | EXAMINATION BY COUNSEL FOR THE PLAINTIFF | 10:08:25 |
| 6 | BY MR. PRUSSIA: | 10:08:43 |
| 7 | Q    Good morning, sir. | 10:08:43 |
| 8 | MR. WARNER:  Kevin, Kevin Prussia, | 10:08:45 |
| 9 | sorry.  Just   there were   there are a couple | 10:08:45 |
| 10 | other folks attending the deposition that didn't | 10:08:49 |
| 11 | make announcements on the record.  But just so | 10:08:51 |
| 12 | it's clear, I understand there are two WilmerHale | 10:08:56 |
| 13 | summer associates who are bound by the terms of | 10:08:58 |
| 14 | the protective order in this case.  Also, I | 10:09:01 |
| 15 | understand an attorney from Exelixis, in house at | 10:09:03 |
| 16 | Exelixis, is on the deposition.  That attorney, my | 10:09:08 |
| 17 | understanding, has signed all necessary papers | 10:09:11 |
| 18 | under the protective order to be able to | 10:09:14 |
| 19 | participate in the deposition. | 10:09:15 |
| 20 | And just in anticipation of the | 10:09:17 |
| 21 | questions that we'll get, I'm going to designate | 10:09:21 |
| 22 | the transcript under the highest level of | 10:09:23 |
| 23 | confidentiality permitted by the protective order. | 10:09:25 |
| 24 | MR. PRUSSIA:  Okay.  Thank you. | 10:09:27 |
| 25 | | |

| | | | |
|---|---|---|---|
| 1 | Q | Good morning, sir. | 10:09:29 |
| 2 | A | Good morning, again. | 10:09:32 |
| 3 | Q | Could you please state your name for | 10:09:34 |
| 4 | the record. | | 10:09:36 |
| 5 | A | Myself, Kondal Reddy Bairy is my full | 10:09:38 |
| 6 | name. | | 10:09:45 |
| 7 | Q | Thank you. | 10:09:47 |
| 8 | | Is it Dr. Bairy? | 10:09:47 |
| 9 | A | Yes.  My qualification is Ph.D.  We | 10:09:49 |
| 10 | call it "Dr. Bairy."  Bairy is my last name. | | 10:09:51 |
| 11 | Yeah, we used   I used to be called Dr. Bairy. | | 10:09:54 |
| 12 | Q | All right.  Thank you. | 10:09:58 |
| 13 | | What city do you live in, sir? | 10:09:59 |
| 14 | A | Can you repeat that? | 10:10:03 |
| 15 | Q | What city do you live in? | 10:10:04 |
| 16 | A | It is Edison, New Jersey. | 10:10:07 |
| 17 | Q | And what city   where are you located | 10:10:12 |
| 18 | right now? | | 10:10:15 |
| 19 | A | This is Piscataway, New Jersey. | 10:10:21 |
| 20 | Q | You've been deposed before, correct? | 10:10:23 |
| 21 | A | Yes. | 10:10:27 |
| 22 | Q | Several times? | 10:10:28 |
| 23 | A | Yes. | 10:10:30 |
| 24 | Q | You're familiar with the process, | 10:10:31 |
| 25 | correct? | | 10:10:32 |

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually
Conducted on June 23, 2021                                    13

| | | |
|---|---|---|
| 1 | A    I do.  But I know it's always the first | 10:10:35 |
| 2 | time for case to case.  But, yeah, I do have the | 10:10:38 |
| 3 | basic knowledge, yes. | 10:10:42 |
| 4 | Q    Have you been deposed remotely during | 10:10:44 |
| 5 | the past year? | 10:10:45 |
| 6 | A    Yes, I did. | 10:10:49 |
| 7 | Q    Okay.  And your testimony has been in | 10:10:51 |
| 8 | patent infringement cases, correct? | 10:10:54 |
| 9 | A    Yeah.  This is one of the Hatch Waxman | 10:10:59 |
| 10 | case, yes. | 10:11:04 |
| 11 | Q    And your prior testimony has been on | 10:11:06 |
| 12 | behalf of MSN, correct? | 10:11:08 |
| 13 | A    Yes. | 10:11:10 |
| 14 | Q    Have you testified at trial on behalf | 10:11:12 |
| 15 | of MSN? | 10:11:13 |
| 16 | A    No. | 10:11:17 |
| 17 | Q    So you understand that you've just | 10:11:20 |
| 18 | taken an oath to tell the truth, correct? | 10:11:21 |
| 19 | A    Yes, I do. | 10:11:25 |
| 20 | Q    And you will tell the truth today, | 10:11:26 |
| 21 | correct? | 10:11:28 |
| 22 | A    Correct. | 10:11:29 |
| 23 | Q    Is there any reason why you cannot give | 10:11:30 |
| 24 | me your best testimony today? | 10:11:32 |
| 25 | A    There is no reason, I don't believe. | 10:11:36 |

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually
Conducted on June 23, 2021                                      14

| | | |
|---|---|---|
| 1 | Q     And you will give me your best | 10:11:38 |
| 2 | testimony today, correct? | 10:11:40 |
| 3 | A     Correct. | 10:11:42 |
| 4 | Q     All right.  And I'm going to ask you | 10:11:43 |
| 5 | questions today.  And if there's anything about my | 10:11:44 |
| 6 | questions that you don't understand, I will ask | 10:11:47 |
| 7 | you to let me know so that I can clarify, okay? | 10:11:49 |
| 8 | A     That will be great help, yes. | 10:11:54 |
| 9 | Q     Okay.  And if you do not tell me | 10:11:56 |
| 10 | otherwise, I will assume that you have heard and | 10:11:59 |
| 11 | understood my questions today. | 10:12:01 |
| 12 | Do you understand that? | 10:12:03 |
| 13 | A     Agree. | 10:12:06 |
| 14 | Q     All right.  We're on this Zoom platform | 10:12:07 |
| 15 | right now, correct? | 10:12:16 |
| 16 | A     That's what I believe.  Yes, it is | 10:12:22 |
| 17 | saying a Zoom meeting, yes. | 10:12:24 |
| 18 | Q     And is there any   have you | 10:12:26 |
| 19 | experienced any technical difficulties with your | 10:12:27 |
| 20 | connection today, as of yet? | 10:12:30 |
| 21 | A     As of now, I do not.  And it's clear | 10:12:32 |
| 22 | and the voice is so clear.  Everything is clear | 10:12:36 |
| 23 | for me.  But I know technical glitches in my area | 10:12:41 |
| 24 | and deletions.  Yes, sir, there were some hiccups. | 10:12:46 |
| 25 | Q     So as of right now, you don't have any | 10:12:50 |

| | | |
|---|---|---|
| 1 | A    Yes. | 10:22:58 |
| 2 | MR. PRUSSIA:  Okay.  If we could pull | 10:23:02 |
| 3 | that down and pull up and mark tab 4. | 10:23:03 |
| 4 | PLANET DEPOS TECHNICIAN:  Please stand | 10:23:08 |
| 5 | by. | 10:23:09 |
| 6 | Counsel, please bear with me for a | 10:23:29 |
| 7 | moment.  I'm getting a weird format when I open | 10:23:32 |
| 8 | this.  Hold on, please. | 10:23:35 |
| 9 | MR. PRUSSIA:  You know, I'm getting a | 10:23:44 |
| 10 | weird format, too, when I open it on mine.  I | 10:23:45 |
| 11 | wouldn't worry about it. | 10:23:48 |
| 12 | PLANET DEPOS TECHNICIAN:  It's not | 10:23:56 |
| 13 | letting me mark this one. | 10:23:57 |
| 14 | MR. PRUSSIA:  Okay.  That's fine.  We | 10:23:59 |
| 15 | don't need to mark it.  But if you can share it, | 10:24:01 |
| 16 | that would be nice. | 10:24:05 |
| 17 | PLANET DEPOS TECHNICIAN:  Okay.  One | 10:24:07 |
| 18 | moment. | 10:24:08 |
| 19 | Q    So, Dr. Bairy, what's on the screen is | 10:24:13 |
| 20 | an email from Kevin Warner to several individuals, | 10:24:16 |
| 21 | dated June 3rd of 2021. | 10:24:19 |
| 22 | Is that the document that you have in | 10:24:24 |
| 23 | front of you, sir? | 10:24:25 |
| 24 | A    I do have the tab 4 document, which is, | 10:24:27 |
| 25 | yeah, same hard copy. | 10:24:31 |

| | |
|---|---|
| 1 | Q    Okay.  And I'm just showing you this so | 10:24:32 |
| 2 | that you can see the topics for which you've been | 10:24:35 |
| 3 | designated to provide testimony by MSN. | 10:24:39 |
| 4 | Do you see that? | 10:24:45 |
| 5 | A    In the second paragraph in the email, | 10:24:48 |
| 6 | yes, topics.  I do see the topics there. | 10:24:50 |
| 7 | Q    Okay.  So it's topics 1 to 3, to the | 10:24:54 |
| 8 | extent related to regulatory subject matter; | 10:24:56 |
| 9 | topics 4, 5, 7 through 11, 18, 44, 53 to 65, 67, | 10:25:02 |
| 10 | and 71, to the extent related to regulatory | 10:25:12 |
| 11 | subject matter; and all of those designations are | 10:25:16 |
| 12 | made subject to MSN's stated objections to the | 10:25:19 |
| 13 | topics. | 10:25:22 |
| 14 | Is that your understanding? | 10:25:23 |
| 15 | A    Yeah.  I do not remember the topic | 10:25:30 |
| 16 | numbers, but I do    I do have that understanding | 10:25:33 |
| 17 | for sure, yeah. | 10:25:38 |
| 18 | Q    Okay.  So with that in mind    and you | 10:25:39 |
| 19 | can keep that hard copy document out with you, but | 10:25:41 |
| 20 | let's go back to Exhibit 2. | 10:25:46 |
| 21 | MR. WARNER:  And, Kevin, just one | 10:25:55 |
| 22 | clarification, to the extent there's any sort of | 10:25:58 |
| 23 | ambiguity in the language.  For topics 1, 2, 3, | 10:26:00 |
| 24 | all of those are to the extent related to | 10:26:04 |
| 25 | regulatory subject matter, not just topic 3. | 10:26:07 |

| | | |
|---|---|---|
| 1 | I was just reading the email and wanted | 10:26:10 |
| 2 | to make that clear. | 10:26:11 |
| 3 | MR. PRUSSIA:  Thank you for that | 10:26:12 |
| 4 | clarification. | 10:26:13 |
| 5 | A    And when you say the "Exhibit 2," this | 10:26:15 |
| 6 | is going to be at tab 3, right? | 10:26:17 |
| 7 | Q    That is correct, sir. | 10:26:19 |
| 8 | A    Thank you. | 10:26:21 |
| 9 | Q    All right.  So we have Exhibit 2 on the | 10:26:22 |
| 10 | screen.  And if we could go to page 6, please. | 10:26:25 |
| 11 | So you've been designated as to topic | 10:26:39 |
| 12 | 1.  And topic 1 is "MSN's identification of | 10:26:41 |
| 13 | cabozantinib as a candidate for potential product | 10:26:46 |
| 14 | for development, including individuals and | 10:26:51 |
| 15 | entities involved, the documents and other | 10:26:52 |
| 16 | information considered, and the date that MSN | 10:26:54 |
| 17 | first decided to develop a cabozantinib product." | 10:26:56 |
| 18 | Did I read that correctly? | 10:27:01 |
| 19 | A    Yes, you did. | 10:27:04 |
| 20 | Q    Now, why did MSN select cabozantinib as | 10:27:04 |
| 21 | a candidate for regulatory product development? | 10:27:07 |
| 22 | A    So when you say that cabozantinib was a | 10:27:37 |
| 23 | candidate for potential product for development, | 10:27:40 |
| 24 | is it something like topic API, because MSN   you | 10:27:44 |
| 25 | ████████████          ██████████████████████ | 10:27:51 |

| | | |
|---|---|---|
| 1 | for this product, and we considered most of the, | 10:27:55 |
| 2 | ████████████████████████████████ | 10:27:59 |
| 3 | ████████████████ ████████████████ | 10:28:02 |
| 4 | ████████████████████████████ | 10:28:06 |
| 5 | ████████████████████████████ | 10:28:10 |
| 6 | You know, we always considered most of the | 10:28:16 |
| 7 | products, including this. | 10:28:18 |
| 8 | Q   So why did MSN decide to develop | 10:28:22 |
| 9 | cabozantinib as an API product? | 10:28:29 |
| 10 | A   To start with, API development is | 10:28:43 |
| 11 | ██████████████████████████████ | 10:28:45 |
| 12 | ██████████████████ ████████████ | 10:28:49 |
| 13 | ████████████ █████████ ███████ | 10:28:54 |
| 14 | point will be sometimes it could be from the | 10:29:00 |
| 15 | ████████████████████████ | 10:29:03 |
| 16 | ████████████████████████████ | 10:29:09 |
| 17 | ████████████████████████████ | 10:29:14 |
| 18 | ██████████████████████████████ | 10:29:16 |
| 19 | ██████████████████████████████ | 10:29:20 |
| 20 | ██████████████████████████████ | 10:29:26 |
| 21 | ████████████████████████ | 10:29:32 |
| 22 | ████████████████████████ | 10:29:35 |
| 23 | ██████████████████████████████ | 10:29:38 |
| 24 | ████████████ | 10:29:41 |
| 25 | Q   Thank you for that background. | 10:29:43 |

| | | |
|---|---|---|
| 1 | Specifically with respect to the | 10:29:45 |
| 2 | decision regarding cabozantinib, what was the | 10:29:46 |
| 3 | reason?  Was it because a customer approached MSN | 10:29:50 |
| 4 | or was it something else? | 10:29:54 |
| 5 | A     For API, I do believe we might have | 10:29:58 |
| 6 | ██████████████████████████████████████ I | 10:30:04 |
| 7 | development.  Once that is there, you know, we | 10:30:07 |
| 8 | always consider several other factors, as we have | 10:30:09 |
| 9 | a practice at MSN.  We always consider several | 10:30:12 |
| 10 | other things once the product is assigned for the | 10:30:17 |
| 11 | API product development. | 10:30:22 |
| 12 | Q    When was the decision made to initiate | 10:30:24 |
| 13 | the API product? | 10:30:29 |
| 14 | A     I do not want to guess here, but I know | 10:30:33 |
| 15 | we have one of the documents called, like, | 10:30:35 |
| 16 | ████████████████████████████████ | 10:30:37 |
| 17 | the product.  That is something, like, that is the | 10:30:41 |
| 18 | ██████████████████████████████ | 10:30:45 |
| 19 | ██████████████████████████████ | 10:30:48 |
| 20 | ██████████████████████████████ | 10:30:52 |
| 21 | ████████████████████████████████████ | 10:30:55 |
| 22 | ████████████████████████████████ | 10:31:01 |
| 23 | ██████████████████████████ | 10:31:03 |
| 24 | ██████████████████████████ | 10:31:08 |
| 25 | ████████████████████████ | 10:31:10 |



26

| | | |
|---|---|---|
| 1 | | 10:31:13 |
| 2 | | 10:31:16 |
| 3 | | 10:31:19 |
| 4 | | 10:31:24 |
| 5 | | 10:31:26 |
| 6 | | 10:31:27 |
| 7 | | 10:31:28 |
| 8 | sir? | 10:31:30 |
| 9 | | 10:31:30 |
| 10 | | 10:31:32 |
| 11 | | 10:31:34 |
| 12 | | 10:31:38 |
| 13 | t? | 10:31:38 |
| 14 | | 10:31:40 |
| 15 | with that. | 10:31:43 |
| 16 | Q    Is that product    is that document | 10:31:43 |
| 17 | generated before or after the initiation form? | 10:31:46 |
| 18 | A    Generally speaking, we always hear | 10:31:52 |
| 19 | whenever we hear from the BD team, I think that is | 10:31:54 |
| 20 | | 10:31:59 |
| 21 | | 10:32:02 |
| 22 | | 10:32:04 |
| 23 | | 10:32:08 |
| 24 | | 10:32:12 |
| 25 | | 10:32:13 |

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually

Conducted on June 23, 2021                                    27

| | | |
|---|---|---|
| 1 | ████████████████████████████████ | 10:32:14 |
| 2 | ~~same day after ends date.~~ | 10:32:17 |
| 3 | Q    So if I were to    so the best | 10:32:19 |
| 4 | strike that. | 10:32:22 |
| 5 | So the best document to identify when | 10:32:22 |
| 6 | the decision was made by MSN to initiate the | 10:32:25 |
| 7 | cabozantinib API project, the best document is the | 10:32:31 |
| 8 | ████████████████████████ | 10:32:36 |
| 9 | A    The best    sorry.  Did you say | 10:32:41 |
| 10 | something? | 10:32:44 |
| 11 | Q    I just was asking you if that's | 10:32:45 |
| 12 | correct. | 10:32:48 |
| 13 | A    Yes, that is the    that is the | 10:32:48 |
| 14 | ██████████████████████████████ | 10:32:51 |
| 15 | | 10:32:53 |
| 16 | Q    And who made the decision at MSN? | 10:32:55 |
| 17 | ██████████████████████████████ | 10:33:01 |
| 18 | | 10:33:08 |
| 19 | Q    Would you kindly spell the first name | 10:33:09 |
| 20 | for the court reporter? | 10:33:13 |
| 21 | A    First name of the person is | 10:33:17 |
| 22 | ████████████ | 10:33:19 |
| 23 | Q    And the last name was "Reddy," correct? | 10:33:26 |
| 24 | ██████████████████████████ | 10:33:29 |
| 25 | Q    Sorry. | 10:33:33 |

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually

Conducted on June 23, 2021                                28

| | | |
|---|---|---|
| 1 | Would you mind spelling that for the | 10:33:36 |
| 2 | court reporter, please. | 10:33:37 |
| 3 | | 10:33:39 |
| 4 | | 10:33:49 |
| 5 | Q    Now, we've been talking about the | 10:33:53 |
| 6 | decision to initiate the API product. | 10:33:54 |
| 7 | At some point, MSN decided to submit an | 10:33:58 |
| 8 | A N D A, an ANDA, for cabozantinib.  When was that | 10:34:01 |
| 9 | decision made? | 10:34:05 |
| 10 | A    Again, I need to really look into, | 10:34:09 |
| 11 | | 10:34:11 |
| 12 | | 10:34:14 |
| 13 | | 10:34:17 |
| 14 | | 10:34:21 |
| 15 | | 10:34:26 |
| 16 | | 10:34:31 |
| 17 | | 10:34:35 |
| 18 | | 10:34:40 |
| 19 | | 10:34:43 |
| 20 | | 10:34:46 |
| 21 | | 10:34:48 |
| 22 | | 10:34:55 |
| 23 | | 10:34:57 |
| 24 | Q    Thank you. | 10:35:01 |
| 25 | | 10:35:01 |

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually

Conducted on June 23, 2021

55

| 1 | A | That is correct.  We do not want to | 11:32:58 |

| 2 | | | 11:32:59 |
| 3 | | | 11:33:04 |
| 4 | | | 11:33:06 |
| 5 | | | 11:33:10 |
| 6 | | | 11:33:14 |
| 7 | | | 11:33:18 |
| 8 | | | 11:33:23 |
| 9 | | | 11:33:28 |
| 10 | | | 11:33:28 |
| 11 | | | 11:33:30 |
| 12 | | | 11:33:33 |
| 13 | | | 11:33:39 |
| 14 | | | 11:33:41 |

15    Q    Let's, briefly, discuss your            11:34:05

16   educational background.                       11:34:06

17          You have a Ph.D. in organic chemistry, 11:34:07

18   correct?                                      11:34:11

19    A    Yeah.  Ph.D. in synthetic organic       11:34:13

20   chemistry, correct.                           11:34:14

21    Q    When did you receive that degree?       11:34:18

22    A    The year of 2011.                       11:34:20

23    Q    From which institution?                 11:34:22

24    A    From Osmania University.                11:34:26

25    Q    Where is that located?                  11:34:29

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually

Conducted on June 23, 2021                                    56

| | | | |
|---|---|---|---|
| 1 | A | Located in Hyderabad, India. | 11:34:30 |
| 2 | Q | What other degrees do you have? | 11:34:33 |
| 3 | A | I do have my master's degree in organic | 11:34:37 |
| 4 | chemistry. | | 11:34:42 |
| 5 | Q | When did you receive that degree? | 11:34:43 |
| 6 | A | In the year of '94    '96 was the year. | 11:34:46 |
| 7 | '96 is the year. | | 11:34:53 |
| 8 | Q | From which institution? | 11:34:55 |
| 9 | A | Same.  Located in Hyderabad and the | 11:34:57 |
| 10 | John's College, but that was small university | | 11:35:01 |
| 11 | again.  University is small. | | 11:35:04 |
| 12 | Q | When did you start working at MSN? | 11:35:08 |
| 13 | A | I started working at MSN in the year of | 11:35:10 |
| 14 | 2004. | | 11:35:12 |
| 15 | Q | What is your current title? | 11:35:15 |
| 16 | A | My title is senior director. | 11:35:19 |
| 17 | Q | Senior director of a particular | 11:35:24 |
| 18 | division?  What's your role? | | 11:35:26 |
| 19 | A | I do have my responsibility here at MSN | 11:35:30 |
| 20 | Pharmaceuticals.  I'm currently employed for MSN | | 11:35:37 |
| 21 | Pharmaceuticals here, located here in Piscataway, | | 11:35:41 |
| 22 | New Jersey.  And I have the responsibility of | | 11:35:46 |
| 23 | | | 11:35:49 |
| 24 | | | 11:35:51 |
| 25 | | | 11:36:00 |

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually

Conducted on June 23, 2021                           57

| | | |
|---|---|---|
| 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:36:04 |
| 2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:36:09 |
| 3 | Q    When did you    sorry.  I apologize. | 11:36:11 |
| 4 | Please go. | 11:36:13 |
| 5 | A    Go ahead.  No problem.  I'm done. | 11:36:14 |
| 6 | Q    I was just going to ask when did you | 11:36:14 |
| 7 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:36:16 |
| 8 | A    I do believe I started in the month of | 11:36:20 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:36:22 |
| 10 | Q    And prior to that, what was your role | 11:36:27 |
| 11 | at the company? | 11:36:31 |
| 12 | A    I was looking into all    I think, | 11:36:35 |
| 13 | continuous into that.  And one additional | 11:36:38 |
| 14 | responsibility I have is supervise    looking into | 11:36:42 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:36:47 |
| 16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:36:50 |
| 17 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:36:54 |
| 18 | And, also, I was acting as a technical | 11:36:56 |
| 19 | support    technical support team for the U.S. | 11:37:01 |
| 20 | sales before that, U.S. sales and marketing team, | 11:37:07 |
| 21 | who are located here. | 11:37:10 |
| 22 | Did I say U.S. sales and marketing? | 11:37:14 |
| 23 | Sorry.  Sorry to interrupt.  I think when I say | 11:37:16 |
| 24 | U.S. sales and marketing, that is API, MSN API | 11:37:18 |
| 25 | sales. | 11:37:23 |

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually

Conducted on June 23, 2021
58

| 1 | Q When did you start working on the | 11:37:24 |
|---|---|---|
| 2 | cabozantinib project? | 11:37:30 |
| 3 | A I do not know the exact date and the | 11:37:31 |
| 4 | year. I do not remember. | 11:37:34 |
| 5 | Q Do you recall what your role was at the | 11:37:37 |
| 6 | time? | 11:37:39 |
| 7 | A I do not remember. | 11:37:42 |
| 8 | Q What is your current involvement in | 11:37:46 |
| 9 | connection with the cabozantinib project? | 11:37:50 |
| 10 | | 11:37:57 |
| 11 | | 11:38:01 |
| 12 | | 11:38:04 |
| 13 | | 11:38:10 |
| 14 | | 11:38:13 |
| 15 | Q Whom do you report? | 11:38:16 |
| 16 | | 11:38:18 |
| 17 | | 11:38:18 |
| 18 | Q Would you kindly spell his name. | 11:38:28 |
| 19 | A Spelling? | 11:38:33 |
| 20 | Q Yes, please. Thank you. | 11:38:35 |
| 21 | A So it is going to be | 11:38:36 |
| 22 | | 11:38:39 |
| 23 | | 11:38:39 |
| 24 | | 11:38:40 |
| 25 | Q Now, you're not a lawyer, correct? | 11:39:01 |

| | | | |
|---|---|---|---|
| 1 | A | Yes, I'm not a lawyer. | 11:39:06 |
| 2 | Q | But have you   in connection with your | 11:39:07 |
| 3 | ███████████████████████████████████████ | | 11:39:10 |
| 4 | ███████████████████████████████████████ | | 11:39:13 |
| 5 | ███████████████████████████████████████ | | 11:39:17 |
| 6 | | And I'm just asking for a yes or no to | 11:39:19 |
| 7 | that question. | | 11:39:21 |
| 8 | A | Can you   can you repeat the question? | 11:39:22 |
| 9 | | MR. WARNER:  We're going to object to | 11:39:30 |
| 10 | it as vague. | | 11:39:30 |
| 11 | | You can answer. | 11:39:32 |
| 12 | Q | Do you want me to repeat it? | 11:39:32 |
| 13 | A | Can you repeat the question, please? | 11:39:33 |
| 14 | Q | Yeah.  And it's just a yes or no.  I | 11:39:35 |
| 15 | don't want you to give me any details, just a yes | | 11:39:36 |
| 16 | or no. | | 11:39:39 |
| 17 | ███████████████████████████████████████ | | 11:39:40 |
| 18 | ███████████████████████████████████████ | | 11:39:41 |
| 19 | ███████████████████████████████████████ | | 11:39:43 |
| 20 | | MR. WARNER:  Object as vague. | 11:39:53 |
| 21 | | But you can answer. | 11:39:54 |
| 22 | A | No. | 11:39:55 |
| 23 | ███████████████████████████████████████ | | 11:40:06 |
| 24 | ███████████████████████████████████████ | | 11:40:09 |
| 25 | cabozantinib project? | | 11:40:14 |

HIGHLY CONFIDENTIAL

Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually

Conducted on June 23, 2021

60

| | | |
|---|---|---|
| 1 | A     Can you repeat that question one more | 11:40:20 |
| 2 | time, please? | 11:40:21 |
| 3 | Q     Yeah, sure.  Outside of this | 11:40:22 |
| 4 | deposition, because obviously you've gotten | 11:40:24 |
| 5 | received legal counsel in connection with this | 11:40:26 |
| 6 | deposition, but putting this deposition to the | 11:40:29 |
| 7 | ███████████████████████████████████████████ | 11:40:30 |
| 8 | ███████████████████████████████████████████ | 11:40:34 |
| 9 | project. | 11:40:38 |
| 10 | MR. WARNER:  Object as vague.  You can | 11:40:40 |
| 11 | answer yes, no, or I don't know. | 11:40:41 |
| 12 | A     Yes. | 11:40:45 |
| 13 | Q     When was that? | 11:40:47 |
| 14 | A     I do not remember the date of it. | 11:40:51 |
| 15 | MR. PRUSSIA:  If we could pull up tab 5 | 11:41:01 |
| 16 | and mark that as an exhibit, please. | 11:41:02 |
| 17 | Q     Tab 5 in your box, sir.  If you want to | 11:41:11 |
| 18 | look at it.  I think it's | 11:41:13 |
| 19 | PLANET DEPOS TECHNICIAN:  Please stand | 11:41:16 |
| 20 | by.  Tab 5? | 11:41:16 |
| 21 | Q     Tab 5, Exhibit 3, I think. | 11:41:18 |
| 22 | PLANET DEPOS TECHNICIAN:  Exhibit 3 is | 11:41:47 |
| 23 | now on the screen. | 11:41:47 |
| 24 | (Bairy Exhibit 3 marked for | 11:41:48 |
| 25 | identification and attached to the transcript.) | 11:41:48 |

| # | | Time |
|---|---|---|
| 1 | MR. PRUSSIA:  Thank you very much. | 11:41:50 |
| 2 | | 11:41:50 |
| 3 | | 11:41:56 |
| 4 | A     Yes, it is. | 11:42:00 |
| 5 | | 11:42:02 |
| 6 | | 11:42:07 |
| 7 | | 11:42:13 |
| 8 | that? | 11:42:29 |
| 9 | MR. WARNER:  I just want to   the | 11:42:31 |
| 10 | witness can go ahead and answer.  I just want to | 11:42:32 |
| 11 | point out, you know, earlier, Kevin P., you had | 11:42:35 |
| 12 | kind of talked about it's okay to interchangeably | 11:42:37 |
| 13 | use the two MSN defendants.  I mean, it's a little | 11:42:39 |
| 14 | bit vague now that we've looked at some of these | 11:42:42 |
| 15 | documents that's only referring to one of them or | 11:42:46 |
| 16 | maybe another different context. | 11:42:47 |
| 17 | I just point that out that it may not | 11:42:49 |
| 18 | be technically correct to refer to them both in | 11:42:51 |
| 19 | the same spot or question. | 11:42:54 |
| 20 | MR. PRUSSIA:  Okay. | 11:42:56 |
| 21 | | 11:43:02 |
| 22 | | 11:43:07 |
| 23 | Q     And just to counsel's question, the | 11:43:08 |
| 24 | | 11:43:12 |
| 25 | correct? | 11:43:15 |

HIGHLY CONFIDENTIAL
Transcript of Kondal Reddy Bairy, Ph.D., Corporate Designee & Individually
Conducted on June 23, 2021                                              62

| | | |
|---|---|---|
| 1 | ██████████████████████████ | 11:43:21 |
| 2 | ██████████████████████████ | 11:43:23 |
| 3 | Q    And the product, if you look at box 9, | 11:43:24 |
| 4 | ████████████████ | 11:43:27 |
| 5 | A    Yes, it is correct. | 11:43:33 |
| 6 | Q    And so the product that's the subject | 11:43:35 |
| 7 | of the ANDA that was submitted by MSN is | 11:43:38 |
| 8 | ████████████████ | 11:43:45 |
| 9 | A    That is correct. | 11:43:50 |
| 10 | Q    And the dosage form is a tablet, | 11:43:51 |
| 11 | correct? | 11:43:57 |
| 12 | A    Dosage form is tablet, yes. | 11:44:01 |
| 13 | Q    And the strengths of the cabozantinib | 11:44:03 |
| 14 | of tablets that are sought for approval are | 11:44:05 |
| 15 | 20 milligrams, 40 milligrams, and 60 milligrams, | 11:44:08 |
| 16 | correct? | 11:44:12 |
| 17 | A    Correct. | 11:44:12 |
| 18 | Q    And the route of administration is | 11:44:13 |
| 19 | oral, correct? | 11:44:15 |
| 20 | A    Yes.  It says here. | 11:44:20 |
| 21 | Q    And the proposed indication that's | 11:44:22 |
| 22 | sought for approval is for the treatment of | 11:44:25 |
| 23 | patients with advanced renal cell carcinoma, | 11:44:27 |
| 24 | correct? | 11:44:32 |
| 25 | A    Yes, it is. | 11:44:39 |

# EXHIBIT B

EXHIBIT C

                                                             1

13:12:40              IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF DELAWARE


INTERCEPT PHARMACEUTICALS, INC., )
et al.,                          )
                                 )
            Plaintiffs,           )
                                 )  C.A. No. 20-1105(MN)
v.                               )
                                 )
APOTEX, INC., et al.,            )
                                 )
            Defendants.           )


              Tuesday, April 13, 2021
              12:00 p.m.
              Teleconference


              844 King Street
              Wilmington, Delaware


BEFORE:  THE HONORABLE MARYELLEN NOREIKA
         United States District Court Judge


APPEARANCES:

              MORRIS NICHOLS ARSHT & TUNNEL LLP
              BY:  JEREMY A. TIGAN, ESQ.

              -and-

              COVINGTON & BURLING LLP
              BY:  MEGAN KEANE, ESQ.
              BY:  DOUGLAS BARON, ESQ.

                   Counsel for the Plaintiffs

---

                                                             2

1    APPEARANCES CONTINUED:

2

3         YOUNG CONAWAY STARGATT & TAYLOR LLP
          BY:  ANNE SHEA GAZA, ESQ.
4
          -and-
5
          WINSTON & STRAWN LLP
6         BY:  ALISON M. HEYDORN, ESQ.

7              Counsel for the Defendants
               Amneal, MSN Laboratories, and
8              Dr. Reddy's Laboratories, Inc.

9         SMITH KATZENSTEIN & JENKINS, LLP
10        BY:  EVE H. ORMEROD, ESQ.

11        -and-

12        SCHIFF HARDIN LLP
          BY:  ARUN JOHN MOHAN, ESQ.
13
               Counsel for the Defendant Apotex, Inc.
14

15        OFFIT KURMAN, P.A.
          BY:  R. TOUHEY MYER, ESQ.
16
               Counsel for the Defendant
17             Optimus Pharma Pvt. Ltd.

18
          PHILLIPS McLAUGHLIN & HALL, P.A.
19        BY:  JOHN C. PHILLIPS, JR., ESQ.

20        -and-

21        KATTEN MUCHIN ROSENMAN LLP
          BY:  GUYLAINE HACHE, Ph.D., ESQ.
22        BY:  LANCE A. SODERSTROM, ESQ.

23             Counsel for the Defendant
               Lupin Limited
24

25

---

                                                             3

1              _ _ _ _ _ _ _ _ _ _

11:51:08  2

12:07:06  3         THE COURT:  Good afternoon, counsel.  Who is
12:07:08  4    there, please?

12:07:36  5         MR. TIGAN:  Your Honor, this is Jeremy Tigan
12:07:38  6    with Morris Nichols for Intercept.  I'm joined by Megan
12:07:43  7    Keane and Doug Barons from Covington.  And Ms. Keane will
12:07:46  8    address your questions today if that's okay.

12:07:48  9         THE COURT:  Okay.  Thank you.

12:07:48  10        MS. GAZA:  Good afternoon, Your Honor.  This is
12:08:00  11   Anne Gaza on behalf of Amneal, MSN and Dr. Reddy's
12:08:06  12   Laboratories, three of the defendants in the actions before
12:08:07  13   you.  With me on the line today is Alison Heydorn from
12:08:12  14   Winston & Strawn.  And I'm pleased to report that today
12:08:15  15   Ms. Heydorn will be handling portions of the defendants'
12:08:19  16   arguments and this will be her first argument before the
12:08:23  17   District Court.

12:08:23  18        THE COURT:  Great.  Welcome.

12:08:26  19        MS. ORMEROD:  Good afternoon, Your Honor.  This
12:08:27  20   is Eve Ormerod from Smith Katzenstein on behalf of the
12:08:31  21   Apotex defendants.  I have with me on the line, Arun Mohan
12:08:35  22   from Schiff Hardin.  And Mr. Mohan will be also
12:08:40  23   participating in some of the arguments today.

12:08:42  24        THE COURT:  All right.  Great.  Anyone else?

12:08:50  25        MR. MYER:  Good afternoon, this is Touhey Myer

---

                                                             4

12:08:53  1    from Offit Kurman of Delaware for the Optimus defendants.

12:08:55  2         THE COURT:  Okay.  Good afternoon.

12:09:00  3         MR. PHILLIPS:  Good afternoon, Your Honor.  This
12:09:01  4    is Jack Phillips on behalf of Lupin, and with me on the
12:09:05  5    phone are Lance Soderstrom and Guylaine Hache from the
12:09:08  6    Katten Muchin firm.

12:09:09  7         THE COURT:  Good afternoon to all of you as
12:09:11  8    well.  Anyone else?

12:09:15  9         All right.  So we've received the letters on the
12:09:21  10   protective order issues and I'm not sure it matters.  Does
12:09:31  11   anyone have a preference, is there a particular order?  I
12:09:35  12   was thinking I would just start with the plaintiffs' opening
12:09:38  13   letter.  Any objection to that?

12:09:42  14        MS. KEANE:  Good afternoon, Your Honor.  This is
12:09:44  15   Megan Keane on behalf of the plaintiffs.  That approach
12:09:48  16   sounds fine with us.

12:09:49  17        THE COURT:  All right.  So the first issue is
12:09:54  18   non-attorney employees having access to plaintiffs'
12:10:00  19   protective information.  And that is just the confidential
12:10:05  20   information, not the highly confidential information.  Is
12:10:09  21   that right, Ms. Keane?

12:10:11  22        MS. KEANE:  Yes, that's correct.

12:10:15  23        THE COURT:  Okay.  And before I hear from you on
12:10:17  24   this, let me just make sure I understand a few things from
12:10:24  25   the defendants' response.  I understand that MSN has no

5

12:10:30  1   in-house legal counsel who works on overseeing litigation
12:10:39  2   such that if I were to adopt plaintiffs' proposal, MSN would
12:10:46  3   have no one able to see the information.  Is that correct or
12:10:51  4   incorrect, someone from MSN?
12:10:56  5          MS. HEYDORN:  Good afternoon, Your Honor, this
12:10:59  6   is Alison Heydorn on behalf of MSN.  That is correct, MSN
12:11:04  7   does not have any in-house attorneys or counsel and the
12:11:08  8   employee that oversees litigation is a non-attorney.
12:11:11  9          THE COURT:  Okay.  Now for DRL and Optimus, it
12:11:17  10  just says they have IP personnel who are not attorneys.
12:11:21  11  Does that mean that they do not have in-house counsel who
12:11:25  12  work on these matters, or not?  First for Dr. Reddy's.
12:11:32  13         MS. KEANE:  Yes, this is Alison Keane.  DRL does
12:11:37  14  have in-house attorneys that work on these matters.  They
12:11:40  15  have a team and some of the members of that team are
12:11:45  16  non-attorneys.  The protective order allows for three people
12:11:49  17  to have access to confidential information.  And those three
12:11:54  18  people, not all of them are attorneys.  So if they were
12:11:58  19  barred from having non-attorneys view the information, they
12:12:02  20  would not be able to have all three of the team members.
12:12:06  21         THE COURT:  How many of them are attorneys?
12:12:09  22         MS. KEANE:  Two.
12:12:14  23         THE COURT:  And what about for Optimus?
12:12:19  24         MR. MYER:  Good afternoon, this is Touhey Myer,
12:12:21  25  for the Optimus defendant.  Optimus does not have any

6

12:12:24  1   in-house counsel.
12:12:29  2          THE COURT:  All right.  So Ms. Keane, I guess my
12:12:38  3   inclination is to allow at least someone from a party to
12:12:50  4   have certain confidential information so that decisions can
12:12:56  5   be made about a case.  So with you understanding kind of
12:13:03  6   where I'm coming from, tell me why I should adopt
12:13:07  7   plaintiffs' proposed proposal?
12:13:13  8          MS. KEANE:  Sure, Your Honor.  So just some
12:13:17  9   additional clarifications based on some of the information
12:13:23  10  that was just provided by counsel.  What our objection to
12:13:29  11  and what we have against Stern West is allowing in the
12:13:33  12  protective order that non-attorney employees for the various
12:13:38  13  defendants could have access to Intercept confidential
12:13:42  14  information under the protective order, we think the misuse
12:13:47  15  with respect to non-attorney employees, the potential for
12:13:52  16  misuse there is higher.  Non-attorneys are not bound by the
12:13:56  17  same ethical requirements, they're not subject to the same
12:14:00  18  sanctions.  It's not clear here that individuals oversee
12:14:06  19  with these subjects to the same requirements or same
12:14:09  20  jurisdiction of the court.
12:14:10  21         All of that said, we do recognize that -- that
12:14:20  22  it is important for -- that it's important for the parties
12:14:27  23  in the litigation to have access to in-house counsel who can
12:14:33  24  manage and oversee the litigation or in this case in-house
12:14:38  25  employees.  So to the extent that defendants are

7

12:14:41  1   representing that they absolutely have no access to in-house
12:14:45  2   counsel, which is what I understand MSN and Optimus to be
12:14:51  3   saying, that there is nobody in-house that could take over
12:14:54  4   the responsibility for managing the litigation or have
12:14:58  5   responsibility for managing the litigation, if there are
12:15:01  6   appropriate safeguards in place such that they can represent
12:15:05  7   that that's the case, as well as have those individuals
12:15:11  8   confirm throughout the course of the litigation that they
12:15:15  9   are complying with those requirements, and in addition that
12:15:19  10  those individuals don't have additional responsibilities
12:15:25  11  for, for example, research and development, I think in those
12:15:29  12  very limited situations we would agree that one person from
12:15:35  13  each of those defendants should have access.  What we are
12:15:42  14  not comfortable with is in situations such as DRL's
12:15:48  15  situation where there are in-house attorneys that are
12:15:54  16  capable of managing the litigation.  Additional employees
12:15:58  17  who are non-attorneys, we do not agree that they should be
12:16:01  18  permitted access to Intercept's confidential information in
12:16:01  19  those circumstances.
12:16:02  20         Particularly given here the issues that we
12:16:07  21  expect to be at issue in this litigation, such as
12:16:10  22  infringement, much of that relates to defendants'
12:16:12  23  confidential information and validity which will in large
12:16:18  24  part be based on what we expect to be based on publicly
12:16:21  25  available information.

8

12:16:23  1          THE COURT:  So when you mention safeguards, what
12:16:27  2   are you talking about?  I was thinking that we have these
12:16:33  3   people sign an undertaking that they are abiding by the
12:16:40  4   protective order and that they will submit to the
12:16:42  5   jurisdiction of this Court for any breach of the protective
12:16:46  6   order.  And then before they are allowed to see information,
12:16:51  7   it seems to me you don't know who these people are, so you
12:16:55  8   would need them to be disclosed and to have an understanding
12:16:59  9   that they do not have any other responsibilities in terms of
12:17:04  10  R & D and things like that.  Are those the safeguards or is
12:17:08  11  there something else you were thinking of?
12:17:11  12         MS. KEANE:  Yes, Your Honor, I think all of
12:17:13  13  those safeguards in addition to the confirmation that they
12:17:16  14  don't have responsibility for R & D, and I think in these
12:17:21  15  circumstances we would also like to see ongoing confirmation
12:17:26  16  that those responsibilities have not changed, or at least
12:17:29  17  the representation that the responsibilities will not change
12:17:34  18  and to the extent that they do in the future, we would be
12:17:37  19  notified and be able to assess the continuing access in
12:17:43  20  those circumstances.
12:17:44  21         In addition, when I say safeguards, that's
12:17:47  22  another way of phrasing that it should be limited to the
12:17:51  23  very particular situations where there is not in-house
12:17:55  24  counsel that can handle the litigation from an in-house
12:18:00  25  perspective.  So I think that this should be limited to only

9

| | |
|---|---|
| 12:18:04 | 1 those, the very particular circumstances where that is not |
| 12:18:07 | 2 an option that is available to defendant. |
| 12:18:09 | 3 THE COURT:  Okay.  Let me hear from the |
| 12:18:12 | 4 defendants on this one.  And I guess the first question I |
| 12:18:15 | 5 have is, is this an issue for any of the defendants other |
| 12:18:21 | 6 than MSN, DRL and Optimus? |
| 12:18:31 | 7 MR. SODERSTROM:  Your Honor, this is Lance |
| 12:18:33 | 8 Soderstrom from Katten Muchin on behalf of Lupin. I think |
| 12:18:37 | 9 unfortunately we're stuck in a spot where it's not exactly |
| 12:18:41 | 10 the same situation but the individuals that would be |
| 12:18:44 | 11 responsible for day-to-day oversight of the litigation would |
| 12:18:48 | 12 be non-attorneys, this is not a situation where there is no |
| 12:18:52 | 13 in-house attorneys, there is one, but that person is not |
| 12:18:57 | 14 typically involved in day-to-day litigation.  So I don't |
| 12:19:01 | 15 think we would ask for too much, but I do think if the Court |
| 12:19:05 | 16 is so inclined to permit one individual, we would ask the |
| 12:19:09 | 17 same for us.  And of course taking on those same obligations |
| 12:19:15 | 18 to avoid any sort of -- these concerns that plaintiffs have |
| 12:19:20 | 19 raised noting that they don't have involvement with R & D, |
| 12:19:24 | 20 no oversight on R & D, and that they're strictly part of the |
| 12:19:30 | 21 legal team. |
| 12:19:31 | 22 MR. MOHAN:  Your Honor, this is Arun Mohan on |
| 12:19:34 | 23 behalf of the Apotex defendant. We don't have a situation |
| 12:19:36 | 24 like DRL and Optimus, we actually have all attorneys |
| 12:19:40 | 25 in-house, so it does not apply to us. |

10

| | |
|---|---|
| 12:19:42 | 1 THE COURT:  All right. So is there -- thank you |
| 12:19:45 | 2 for that confirmation. |
| 12:19:47 | 3 As I understand it now, the only defendants who |
| 12:19:50 | 4 this is an issue for are MSN and Optimus who have no |
| 12:19:55 | 5 in-house counsel who can perform the role.  DRL who has two |
| 12:20:01 | 6 out of their three folks on their litigation team that they |
| 12:20:05 | 7 want to use are attorneys and the third one is not.  And |
| 12:20:08 | 8 Lupin who has in-house counsel, but the person assigned to |
| 12:20:12 | 9 work on this case is not an attorney.  Is there any other |
| 12:20:17 | 10 defendants -- go ahead. |
| 12:20:20 | 11 MR. SODERSTROM:  I'm sorry, Your Honor, just for |
| 12:20:22 | 12 Lupin, I want to clarify, we're looking at three |
| 12:20:25 | 13 individuals, it would be potentially one that is an |
| 12:20:28 | 14 attorney, any others would not be attorneys. |
| 12:20:32 | 15 THE COURT:  All right. So let me hear from the |
| 12:20:36 | 16 defendants. I don't think that I am at the point in reading |
| 12:20:45 | 17 the case law that I include the Allergan |
| 12:20:50 | 18 case and the Lumbeck case that, you know, having multiple |
| 12:20:55 | 19 non-attorneys on the case is something that I am |
| 12:21:05 | 20 considering, but you can -- now that you know where I'm |
| 12:21:08 | 21 coming from as I did with plaintiff, tell me why that |
| 12:21:11 | 22 shouldn't be the case. |
| 12:21:23 | 23 MS. HEYDORN:  This is Alison Heydorn with the |
| 12:21:23 | 24 DRL. With respect to DRL situation, like I mentioned before |
| 12:21:26 | 25 the protective order specifically contemplates and allows |

11

| | |
|---|---|
| 12:21:29 | 1 for in-house individuals who work in teams and provide for |
| 12:21:34 | 2 three individuals from each party to have access to the |
| 12:21:37 | 3 confidential information.  In our opinion defendant should |
| 12:21:42 | 4 not be forbidden from using this kind of team system to |
| 12:21:46 | 5 manage the litigation simply because one or two of the |
| 12:21:50 | 6 individuals are attorneys on the team.  For example, for |
| 12:21:56 | 7 DRL, even though they do have attorneys on the team, one of |
| 12:22:00 | 8 the crucial members of the team who is responsible for |
| 12:22:03 | 9 managing the litigation would be barred from accessing |
| 12:22:08 | 10 confidential information and that would hamper the entire |
| 12:22:11 | 11 team from being able to cooperate with each other and work |
| 12:22:15 | 12 with each other and outside counsel to make sure that |
| 12:22:18 | 13 they're able to make the decisions that are necessary for |
| 12:22:25 | 14 the litigation.  In our opinion the protective order allows |
| 12:22:25 | 15 for three in-house individuals.  The protective order |
| 12:22:29 | 16 provisions that provide protections to plaintiff to make |
| 12:22:33 | 17 sure that the information are not misused would be |
| 12:22:39 | 18 applicable to everybody.  So that's where we're coming from |
| 12:22:43 | 19 is that the protective order contemplates for multiple |
| 12:22:47 | 20 individuals so that they are able to work in a team. |
| 12:22:55 | 21 THE COURT:  Anyone else want to chime in on this |
| 12:22:57 | 22 one?  Okay.  So what I am going to do is I am going to adopt |
| 12:23:09 | 23 plaintiffs' proposal for in-house counsel with the exception |
| 12:23:18 | 24 that for MSN and for Optimus, because they have no in-house |
| 12:23:25 | 25 counsel, and by definition would have no one who could see |

12

| | |
|---|---|
| 12:23:32 | 1 any confidential information, I will allow them to have one |
| 12:23:39 | 2 person who is not an attorney have access under the |
| 12:23:42 | 3 protective order.  That person needs to be disclosed in |
| 12:23:44 | 4 advance with some understanding of what that person's |
| 12:23:48 | 5 responsibilities are and their role in the company, and |
| 12:24:02 | 6 whether they have any role in R & D, et cetera.  I don't |
| 12:24:02 | 7 think that we need to have regular check-ins on that person, |
| 12:24:06 | 8 but I do think if that person's responsibilities change such |
| 12:24:10 | 9 that they would have responsibility for R & D or something, |
| 12:24:13 | 10 that that should be -- that update should be given.  The |
| 12:24:17 | 11 person would need to sign on to say they're abiding under |
| 12:24:23 | 12 the protective order and submit to the jurisdiction of the |
| 12:24:26 | 13 court for any breach of the protective order. |
| 12:24:29 | 14 Any questions on that issue?  Okay.  Then the |
| 12:24:37 | 15 next issue. |
| 12:24:41 | 16 MS. KEANE:  No questions from plaintiffs, Your |
| 12:24:41 | 17 Honor. |
| 12:24:43 | 18 THE COURT:  Thank you.  The next issue in the |
| 12:24:45 | 19 plaintiffs' opening letter is the FDA bar.  And I guess here |
| 12:24:53 | 20 what I need to understand from you, Ms. Keane, is what is |
| 12:24:58 | 21 the real -- what is the real issue here with -- you gave me |
| 12:25:06 | 22 some generalities saying if defendants' attorneys could be |
| 12:25:10 | 23 called on to assist in crafting a regulatory strategy that |
| 12:25:13 | 24 expedites the timing for approval.  I need you to be a |
| 12:25:17 | 25 little more concrete on that.  What is it that you really |

13

12:25:20 1   think that they could do with confidential information in
12:25:25 2   allowing these folks to have any role in pursuing the ANDA?
12:25:32 3          MS. KEANE:  Sure, Your Honor.  I would be happy
12:25:35 4   to address that.  So first with respect to the proposed bar,
12:25:42 5   Intercept's proposed bar, we've purposely tried to keep it
12:25:47 6   narrow with respect to what exactly the attorneys would be
12:25:53 7   barred from participating in, specifically with respect to
12:25:57 8   the proposed generic products, the proposed versions of
12:26:04 9   Ocaliva.  Our concern is that --
12:26:07 10         THE COURT:  Is it really narrow what you want to
12:26:10 11  -- it seems like they can't do anything on the ANDA.  Is
12:26:14 12  that sufficiently narrow?
12:26:20 13         MS. KEANE:  They would be barred from
12:26:22 14  communications with the FDA with respect to the ANDA, that
12:26:26 15  particular ANDA.  That bar wouldn't extend to other products
12:26:30 16  or other broader communications with the FDA.
12:26:33 17         And our concern and the reason that we have
12:26:39 18  requested that the bar be entered is that through access to
12:26:43 19  Intercept's confidential information, whether it's the NDA
12:26:47 20  or early research and development materials, the regulatory
12:26:54 21  correspondence with the FDA about the Ocaliva NDA, the
12:26:58 22  concern is that attorneys with access to that information,
12:27:01 23  the communications back and forth that may have been related
12:27:06 24  to getting Ocaliva approved, particularly the strategies
12:27:11 25  that Intercept testing that Intercept did in order to

14

12:27:14 1   support approval, that by reviewing that information,
12:27:19 2   attorneys then in communications with FDA with respect to
12:27:23 3   defendants' product could use that information to aid in
12:27:28 4   approval of their product, whether it is particular testing
12:27:32 5   to expedite approval in an event that changes to the ANDA
12:27:37 6   need to be made, changes or amendments to the ANDA or the
12:27:40 7   ANDA product based on information that was learned through
12:27:43 8   access to Intercept's confidential information.
12:27:46 9          And so that is our concern.  And that is why we
12:27:52 10  proposed including again just the attorneys who have access
12:27:57 11  to Intercept's protected material from participating in
12:28:01 12  these communications with the FDA.
12:28:04 13         THE COURT:  All right.  Let me hear from the
12:28:06 14  defendants.
12:28:09 15         MR. MOHAN:  Your Honor, this is Arun Mohan from
12:28:11 16  the Apotex defendant, speaking on behalf of all defendants.
12:28:14 17  We would agree that the proposal that plaintiffs have given
12:28:17 18  is quite broad.  It's not allowing in-house representatives
12:28:20 19  to work on anything regarding the approval or review of the
12:28:23 20  ANDA products which I want to point out here is key.  The
12:28:27 21  ANDA's have already been filed, they have already given the
12:28:30 22  information they need to the FDA.  We struggle to see what
12:28:34 23  could be learned from plaintiffs' confidential information
12:28:37 24  that could be used to help with the ANDA approval process.
12:28:39 25         To the extent that plaintiffs would argue that

15

12:28:41 1   it would expedite approval, that's moot here because there
12:28:45 2   is a thirty-month stay in this case.  Even if the approval
12:28:48 3   was expedited before that day, they couldn't launch, so
12:28:52 4   there is no harm here to plaintiffs.  On the other hand
12:28:55 5   there is a great burden of prejudice to defendants.  As Your
12:28:59 6   Honor knows, in-house representatives often have multiple
12:29:04 7   hats in a company, and the person here, the in-house counsel
12:29:06 8   that works on the ANDA in the litigation versus
12:29:09 9   institutional knowledge to run the litigation after it's
12:29:13 10  filed, so it's hard to pass that knowledge on to somebody
12:29:15 11  new and the burden is not really necessary and often times
12:29:17 12  there is no other person to pass on the information that can
12:29:21 13  be used to split it in up into two people.  So we don't
12:29:24 14  think plaintiffs have given a concrete harm that they're
12:29:26 15  going to undertake.  Based on the letters, I think that's
12:29:29 16  true.  And we don't think that outweighs the burden on us to
12:29:32 17  have to split up the information amongst two people.
12:29:37 18         THE COURT:  All right.  So Ms. Keane, I guess
12:29:40 19  what I'm trying to figure out is, is it really the
12:29:45 20  communications with the FDA that you're worried about, or is
12:29:49 21  it -- I mean, I'm missing how the communications with the
12:29:52 22  FDA that are the issue here rather than some more
12:29:58 23  generalized concern about misuse of the data in terms of
12:30:03 24  telling someone how to retool the product if that becomes
12:30:07 25  necessary.

16

12:30:09 1          MS. KEANE:  Well, Your Honor, I think in this
12:30:12 2   scenario where the accused product that's at issue is the
12:30:19 3   ANDA and at the same time defendants are seeking FDA
12:30:22 4   approval of that ANDA, those two things go hand in hand.  So
12:30:25 5   the concern here is that, you know, for example, defendants,
12:30:33 6   or attorneys could have access to Intercept's confidential
12:30:41 7   information, go through the NDA, have access and understand
12:30:44 8   that a certain action was taken during approval of Ocaliva
12:30:50 9   to meet FDA standards and then to ultimately get approval,
12:30:59 10  whether it's a specific amendment, a specific amendment to a
12:31:01 11  product or something along those lines and then if presented
12:31:05 12  with a similar issue during approval of the ANDA leverage
12:31:08 13  that information they've learned from access to Intercept
12:31:12 14  confidential information and again use that to either devise
12:31:15 15  testing, make changes to the ANDA product, whatever that
12:31:20 16  might be and present that to FDA as -- to seek approval for
12:31:27 17  the ANDA product.
12:31:28 18         And so it's that, the cross use of information
12:31:31 19  from what's gleaned from Intercept product then in support
12:31:36 20  of the ANDA and I will say that typically that there is
12:31:43 21  regulatory, there are regulatory individuals who are
12:31:46 22  responsible for the communications with FDA and so the harm
12:31:51 23  here is limited where there are individuals and attorneys
12:31:54 24  focused on the patent litigation versus those who are
12:31:58 25  communicating with FDA and handling the process of the ANDA

17

| | |
|---|---|
| 12:32:02 | 1   and regulatory approval of the ANDA and research and |
| 12:32:07 | 2   development related to the ANDA. |
| 12:32:09 | 3          THE COURT:  Do the same -- does the same bar |
| 12:32:16 | 4   prevent the plaintiff from doing anything if there are any |
| 12:32:20 | 5   questions raised about the NDA or the product from the FDA? |
| 12:32:25 | 6          MS. KEANE:  So the -- well, the Ocaliva product |
| 12:32:31 | 7   has already been approved and is out on the market.  I think |
| 12:32:34 | 8   the restriction on plaintiff, the weighted restriction on |
| 12:32:39 | 9   plaintiff is there can be no communications with FDA |
| 12:32:42 | 10  regarding approval for generic -- |
| 12:32:45 | 11         THE COURT:  That wasn't my question.  I know |
| 12:32:46 | 12  that the product is already approved.  But does that mean |
| 12:32:49 | 13  that there are no communications with the FDA about that |
| 12:32:52 | 14  product? |
| 12:32:54 | 15         MS. KEANE:  There may be ongoing communications. |
| 12:32:59 | 16         THE COURT:  And can the people from plaintiff |
| 12:33:03 | 17  who have seen confidential information be participating in |
| 12:33:08 | 18  those? |
| 12:33:10 | 19         MS. KEANE:  My understanding is as the bar is |
| 12:33:13 | 20  currently drafted, that yes, that that would be permitted. |
| 12:33:25 | 21         MR. MOHAN:  Your Honor, this is Arun.  If I |
| 12:33:27 | 22  could point out under defendants' proposal, both plaintiffs |
| 12:33:31 | 23  would be allowed to work on the NDA and also on the ANDA. |
| 12:33:36 | 24  Ours is broader in that respect. |
| 12:33:38 | 25         THE COURT:  That's what made me ask the question |

18

| | |
|---|---|
| 12:33:40 | 1   because I was looking at the proposal and I saw that it |
| 12:33:43 | 2   said -- it referred to both NDAs and ANDA. |
| 12:33:54 | 3          I think I am going to adopt defendants' proposal |
| 12:33:57 | 4   here.  I think that the prejudice or the punitive risk of |
| 12:34:04 | 5   harm that the plaintiffs have suggested is just a little bit |
| 12:34:10 | 6   too tangental for me to agree that its proposal is correct. |
| 12:34:20 | 7   So I think that takes care of the two issues in plaintiffs' |
| 12:34:23 | 8   letter. |
| 12:34:24 | 9          And now we have defendants' letter on the scope |
| 12:34:30 | 10  of the prosecution bar and what the language of that |
| 12:34:36 | 11  prosecution bar should be.  Who is going to handle that for |
| 12:34:41 | 12  the defendants? |
| 12:34:42 | 13         MR. MOHAN:  Your Honor, for defendants, this |
| 12:34:45 | 14  Arun Mohan again. |
| 12:34:47 | 15         THE COURT:  Okay. |
| 12:34:48 | 16         MR. MOHAN:  As Your Honor said, the first issue |
| 12:34:55 | 17  related to the prosecution bar.  We had proposed the bar |
| 12:34:58 | 18  should prevent working on amending and drafting patent |
| 12:35:02 | 19  claims related to Obeticholic acid, whereas plaintiffs have |
| 12:35:03 | 20  said it should be limited to patent applications that are |
| 12:35:09 | 21  issued could be listed in the Orange Book, we think |
| 12:35:11 | 22  plaintiffs' proposal is far too limited.  The drug here is |
| 12:35:15 | 23  Obeticholic acid, it's not Ocaliva.  Defendants have not |
| 12:35:18 | 24  sought an ANDA for Ocaliva.  It's for the Obeticholic acid |
| 12:35:22 | 25  product itself. |

19

| | |
|---|---|
| 12:35:23 | 1          So our proposal is tailored to any patents or |
| 12:35:27 | 2   patent application related to that compound itself. |
| 12:35:31 | 3          THE COURT:  When we want to look at what is at |
| 12:35:37 | 4   issue here, is it -- I mean, these patents for use of |
| 12:35:43 | 5   Obeticholic acid for a particular use.  Is that right?  I |
| 12:35:47 | 6   mean, it's not just claiming Obeticholic acid; right? |
| 12:35:51 | 7          MR. MOHAN:  That's right, Your Honor, it's |
| 12:35:54 | 8   Obeticholic acid for a specific use, that's right. |
| 12:35:56 | 9          THE COURT:  Okay.  So why should we limit it for |
| 12:36:04 | 10  Obeticholic acid for other uses that have nothing to do with |
| 12:36:08 | 11  this particular litigation? |
| 12:36:10 | 12         MR. MOHAN:  Well, Your Honor, I proposed to you |
| 12:36:15 | 13  that the information that may be in an ANDA or an NDA |
| 12:36:19 | 14  related to Obeticholic acid is not just specific to Ocaliva, |
| 12:36:25 | 15  it can be such as things such as processes for developing |
| 12:36:29 | 16  the compound itself, processes for making it, that can be |
| 12:36:33 | 17  used for things beside Ocaliva, so it's not -- the |
| 12:36:37 | 18  information in those ANDA's are not necessarily tailored to |
| 12:36:40 | 19  Ocaliva, it can be given to other products. |
| 12:36:42 | 20         I would also point out in plaintiffs' responsive |
| 12:36:48 | 21  letter they state that they're also developing other |
| 12:36:48 | 22  products with Obeticholic acid so the danger here of using |
| 12:36:51 | 23  that information in the ANDA on those products is very real |
| 12:36:54 | 24  and very harmful for defendants if that does happen. |
| 12:36:54 | 25         So the information in the ANDA's is not |

20

| | |
|---|---|
| 12:36:59 | 1   necessarily related just to Ocaliva, it can be Obeticholic |
| 12:37:00 | 2   acid in general, information can be there. |
| 12:37:06 | 3          THE COURT:  All right.  Let me hear from the |
| 12:37:09 | 4   plaintiffs. |
| 12:37:12 | 5          MS. KEANE:  Thank you, Your Honor. |
| 12:37:14 | 6          First to address your question, I think the |
| 12:37:17 | 7   proper issue to look at here and to consider here is the |
| 12:37:22 | 8   scope of what the -- the confidential information that an |
| 12:37:26 | 9   attorney who is permitted under the protective order to see |
| 12:37:32 | 10  the confidential information, what that would be.  And here |
| 12:37:35 | 11  it's defendants' proposed generic versions of Ocaliva.  And |
| 12:37:40 | 12  so the prosecution bar that's in place should be tailored to |
| 12:37:45 | 13  protect -- |
| 12:37:46 | 14         THE COURT:  What about the issue that was just |
| 12:37:49 | 15  raised, you know, process patents wouldn't have to be listed |
| 12:37:57 | 16  in the Orange Book, and the footnote that was dropped on why |
| 12:38:01 | 17  I shouldn't worry about those in plaintiffs' letter wasn't |
| 12:38:04 | 18  terribly compelling.  So why shouldn't we include anything |
| 12:38:11 | 19  that deals with the use of Obeticholic acid for the |
| 12:38:17 | 20  particular use that Ocaliva is used for as well as processes |
| 12:38:24 | 21  for making it? |
| 12:38:26 | 22         MS. KEANE:  Well, Your Honor, I think that |
| 12:38:32 | 23  protective order does already -- this is what was addressed |
| 12:38:32 | 24  in our letter.  The protective order does already limit use |
| 12:38:40 | 25  of information that is disclosed under the protective order |

21

12:38:44 1 to specifically -- specifically for this litigation.  And so
12:38:50 2 now to determine --
12:38:51 3          THE COURT:  Right.  But that didn't stop you
12:38:53 4 from wanting an FDA bar and that didn't stop you from
12:38:56 5 wanting to control who saw it from the other side.  That's
12:39:00 6 the point of a prosecution bar; right, is to add a little
12:39:04 7 belt and suspenders to the general provisions of the
12:39:09 8 protective order.  So, you know, for people where there
12:39:14 9 might be a higher risk of disclosure whether intentional or
12:39:21 10 not.  So the method of manufacturing the process doesn't
12:39:29 11 seem like -- the process of manufacturing Obeticholic acid
12:39:34 12 doesn't seem to be out of bounds.  And the thing -- under
12:39:41 13 your proposal, and I'm not suggesting that plaintiffs would
12:39:44 14 do this, but I just want to understand.  Under your
12:39:47 15 proposal, if one of the defendants used Obeticholic acid in
12:39:52 16 a generic product and changed an excipient so that it was no
12:39:57 17 longer covered by your patent, plaintiffs' counsel who are
12:40:04 18 seeing confidential information of the defendants could go
12:40:09 19 and patent that Obeticholic acid with that excipient and if
12:40:15 20 it didn't cover Ocaliva or Ocaliva, if it didn't cover it,
12:40:20 21 wouldn't be Orange Book listable, and that would be just
12:40:24 22 fine under your proposal.
12:40:27 23          So tell me aside from saying nobody would do
12:40:30 24 that because you're not allowed to use it for improper
12:40:33 25 purposes, why wouldn't that be allowed under your proposal?

22

12:40:38 1          MS. KEANE:  So under -- just to be clear, under
12:40:43 2 our proposal where the scope of the patents are those that
12:40:48 3 could be listed for Ocaliva, our intent was that scope of
12:40:56 4 the proposal was to cover essentially anything that -- any
12:41:01 5 patent that could cover generic versions of Ocaliva, whether
12:41:08 6 -- so our intent was not to limit it to exclude that
12:41:12 7 particular situation by pointing to things that could be
12:41:16 8 used to cover Ocaliva and put in the Orange Book, we were
12:41:21 9 attempting to cover generic versions of Ocaliva --
12:41:25 10          THE COURT:  That's not what is proposed here.
12:41:27 11 How would you amend what you have proposed here for me to
12:41:30 12 consider and for the defendants to consider?
12:41:34 13          MS. KEANE:  So, I mean, it could be patent --
12:41:38 14 prosecution for patent applications that could be listed for
12:41:43 15 Ocaliva or could cover generic versions of Ocaliva,
12:41:47 16 something along those lines.  To be clear, we are not trying
12:41:52 17 to exclude the particular situation where there is a new
12:41:58 18 formulation, another formulation, for example, that
12:42:00 19 defendants have and that somehow intersects through the bar
12:42:05 20 would not cover going off and prosecuting a patent under
12:42:08 21 that particular formulation.  That was not the intent.  We
12:42:11 22 understood that both to be encompassed by the Orange Book
12:42:14 23 listed language and also the standard bar in the protective
12:42:18 24 order barring any sort of that behavior.  So we could expand
12:42:23 25 it to and/or generic versions of Ocaliva or something along

23

12:42:27 1 that that would potentially resolve the issue if that's
12:42:31 2 helpful.
12:42:32 3          MR. MOHAN:  Your Honor, this is Arun.  If I may?
12:42:36 4          THE COURT:  Could you just give your name again
12:42:39 5 just so our record is clear every time you start to speak,
12:42:43 6 it's helpful if you give your name.
12:42:45 7          MR. MOHAN:  I apologize.  This is Arun Mohan on
12:42:48 8 behalf of the Apotex defendants.  I think what plaintiffs'
12:42:51 9 counsel just asserted hits to the heart of it.  Even under
12:42:54 10 that what they proposed, it is very unclear what patent
12:42:57 11 application could be lifted for Ocaliva or even generic
12:43:00 12 versions of Ocaliva, I think even under that proposal Your
12:43:04 13 Honor suggested changing one excipient may not be covered
12:43:08 14 under that.  I think plaintiffs' proposal is not helping
12:43:09 15 them in that point either.  I think our proposal is much
12:43:12 16 more direct.
12:43:17 17          THE COURT:  Let's say I think your proposal is
12:43:18 18 too broad and we need to work on something that -- I think
12:43:19 19 their's is too narrow and your's is too broad.  So what I
12:43:23 20 was thinking of is something along the lines of for any
12:43:26 21 patents or patent applications that if issued could be
12:43:32 22 listed in the Orange Book for Ocaliva or that cover Ocaliva
12:43:36 23 or generic, or could cover generic version of Ocaliva.  What
12:43:43 24 are we leaving out there, or Ocaliva, how do you say it,
12:43:47 25 Ms. Keane, Ocaliva?

24

12:43:48 1          MS. KEANE:  Ocaliva.
12:43:50 2          THE COURT:  Okay.
12:43:52 3          MR. MOHAN:  I believe -- this is Arun.  I belive
12:43:57 4 you're leaving out the process patent issue in that
12:44:02 5 proposal.  I don't believe I heard that in the proposal.
12:44:05 6          THE COURT:  Okay.  So then if it were something
12:44:09 7 along the lines of what I just said and including processes
12:44:15 8 for manufacturing Obeticholic acid, am I leaving anything
12:44:23 9 out then?
12:44:27 10          MR. MOHAN:  Hearing it for the first time, I
12:44:31 11 can't think of anything.  Again, this is the first time I
12:44:35 12 have heard this.
12:44:37 13          THE COURT:  All right.  Ms. Keane, give me your
12:44:40 14 thoughts on that proposal.
12:44:47 15          MS. KEANE:  So my one -- I think if there is a
12:45:04 16 way to tie process patents, process patents essentially
12:45:11 17 related to any processes that defendants are using or
12:45:16 18 something like that so that it is more narrowly tailored to
12:45:20 19 the confidential information that's coming from defendants,
12:45:23 20 I think would be our only proposal or change with respect to
12:45:28 21 what Your Honor just proposed.
12:45:32 22          THE COURT:  All right.  I think that's too
12:45:34 23 confusing.  So I think that what I am going to do is to send
12:45:39 24 you back, to reject both proposals and to send you back to
12:45:45 25 agree on a proposal along the lines of what I suggested

25

12:45:49 1 which is that it would include patents or patent
12:45:52 2 applications that if issued could be listed in the Orange
12:45:56 3 Book for Ocaliva or that would cover Ocaliva or any generic
12:46:03 4 version of it. And this would include processes, patents or
12:46:13 5 patent applications for processes on the manufacture of
12:46:17 6 Obeticholic acid.
12:46:23 7 Then the last issue is the disclosure of one
12:46:32 8 defendant's protected material to outside counsel only of
12:46:37 9 the other defendants. So why is this not -- why doesn't
12:46:47 10 this make sense as an efficient way to litigate especially
12:46:52 11 when we're just talking about this being on an outside
12:46:55 12 counsel only basis?
12:46:56 13 Let me hear from the defendants first.
12:47:00 14 MS. HEYDORN: Yes, Your Honor. This is Alison
12:47:03 15 Heydorn. This litigation involves six different defendants
12:47:05 16 who are all generic pharmaceutical companies and are direct
12:47:09 17 competitors of one another and they have separate ANDA
12:47:12 18 products that may use unique ingredients and manufacturing
12:47:16 19 processes to create those products. Because each defendant
12:47:19 20 has a unique product and manufacturing process they can be
12:47:22 21 greatly harmed by their sensitive confidential information
12:47:25 22 being disclosed to other defendants.
12:47:26 23 THE COURT: But we're talking about outside
12:47:28 24 counsel only having it. And doesn't the fact that three
12:47:32 25 different defendants have the same outside counsel suggest

26

12:47:37 1 that the concern about outside counsel having access to
12:47:45 2 different defendant's information isn't all that real?
12:47:54 3 MS. HEYDORN: Yes, Your Honor.
12:47:55 4 THE COURT: At least DRL, Amneal and MSN are
12:47:59 5 agreeable that the other two's information is fine and dandy
12:48:03 6 to be in the hands of those counsel. Right?
12:48:07 7 MS. HEYDORN: Yes, it's correct that MSN, DRL
12:48:11 8 and Amneal are all represented by Winston, but we disagree
12:48:14 9 that this fact should result in plaintiffs having an
12:48:17 10 unrestricted ability to share confidential information among
12:48:21 11 all defendants. MSN, DRL and Amneal chose to have a joint
12:48:23 12 representation, but the other defendants didn't go that
12:48:26 13 route and are under no obligation to share their
12:48:29 14 confidential information with any other competitors.
12:48:32 15 THE COURT: So is there a joint defense
12:48:35 16 agreement here?
12:48:37 17 MS. HEYDORN: There is a joint defense agreement
12:48:41 18 between the parties to make sure that we are operating as
12:48:44 19 efficiently as possible during the case, but this agreement
12:48:47 20 does not say anything about the confidential information
12:48:50 21 being shared with one another or have any provisions
12:48:55 22 involving seeing each other's confidential information.
12:48:58 23 THE COURT: So under the defendants' proposal,
12:49:02 24 the defendants could readily share confidential information
12:49:05 25 with each other, it's just the plaintiff who isn't allowed

27

12:49:08 1 to do so? Is that correct?
12:49:13 2 MS. HEYDORN: I do think that would be correct
12:49:15 3 except for the caveat that plaintiffs are able to share
12:49:18 4 confidential information if they have agreement from the
12:49:21 5 defendants. So if there is a situation where the
12:49:24 6 confidential information was being shared between the
12:49:27 7 defendants, that would mean that it was the type of
12:49:30 8 confidential information that we're not concerned about here
12:49:33 9 and we would be able to give plaintiffs permission to share
12:49:38 10 that, their own as well. What we're really trying to get at
12:49:43 11 here is the confidential information that is highly
12:49:46 12 sensitive and unique to each defendant's ANDA. The
12:49:50 13 patent-in-suit here involves highly technical processes and
12:49:54 14 formulations so each defendant has trade secrets involved
12:49:57 15 and has processes and formulations that are different
12:50:00 16 potentially from other defendants. So that's, you know, the
12:50:04 17 type of information that we're trying to get at.
12:50:07 18 And we made proposals to plaintiff to try to
12:50:10 19 narrow the type of information that we're trying to exclude
12:50:14 20 from being cross produced to make that burden as small as
12:50:18 21 possible and we're really trying to get at that very
12:50:21 22 confidential and sensitive information that defendants would
12:50:24 23 want to keep out of the hands of other competitors.
12:50:41 24 THE COURT: Is this issue for confidential
12:50:46 25 information for both confidential and highly confidential?

28

12:50:51 1 MS. HEYDORN: Confidential.
12:50:55 2 THE COURT: Okay. Ms. Keane?
12:51:00 3 MS. KEANE: Sure, Your Honor. A couple of
12:51:06 4 points in response. Again, we are limiting this disclosure
12:51:12 5 to outside counsel only. And allowing disclosure of one
12:51:17 6 defendant's confidential information to outside counsel for
12:51:20 7 another defendant will only alleviate logistical burdens
12:51:28 8 both on the Court as well as on plaintiff in proceeding
12:51:31 9 through this litigation. There are six different
12:51:35 10 defendants. The cases are consolidated entirely up until
12:51:38 11 trial and everybody has the same trial date. And so it
12:51:43 12 would not really be workable and we don't think it would be
12:51:46 13 a workable scenario to require that certain information
12:51:49 14 could not be disclosed absent written consent that
12:51:53 15 Ms. Heydorn just referred to.
12:51:56 16 First, the topics and the type of information
12:51:57 17 that defendants are seeking to bucket into the ones that
12:52:03 18 require consent are ones that potentially would be relevant
12:52:08 19 if, for example, we're at claim construction hearing, Your
12:52:12 20 Honor has questions as to how claim construction position
12:52:16 21 affect infringement analysis, that's an area where it could
12:52:21 22 come up. These types of information could be relative to
12:52:24 23 interrogatory responses with respect to validity expert
12:52:27 24 reports with respect to validity, and it's not really
12:52:31 25 workable to require plaintiffs to go and seek consent to use

29

12:52:36 1   that information or to disclose that information.  One,
12:52:40 2   defendant could withhold that consent.  Two, it requires
12:52:44 3   multiday lead time and is not always workable.  And three,
12:52:48 4   it then puts the burden on plaintiffs and only plaintiffs to
12:52:52 5   do these redactions.  That in and of itself requires
12:52:56 6   generally a lot of back and forth with defendants to confirm
12:52:59 7   the redactions and could lead to disputes over what is
12:53:02 8   properly redacted or not.
12:53:04 9           On the flip side I don't see a harm here for
12:53:07 10  defendants given as Your Honor noted, three of the
12:53:09 11  defendants are represented by the same outside counsel.
12:53:13 12  Defendants are obviously working together as far as strategy
12:53:19 13  and development of the case goes.  So really any sort of
12:53:22 14  burden here is minimal.  And it is limited to outside
12:53:26 15  counsel.  This isn't even a situation where we're seeking to
12:53:29 16  be able to just disclose to in-house counsel of other
12:53:33 17  defendants or anything like that.  Given all the
12:53:36 18  complications that could arise in litigation and the
12:53:40 19  difficulties of the logistics, we don't see how there is any
12:53:45 20  injury or harm to defendants that outweighs the orderly
12:53:51 21  process of litigation.
12:53:52 22          Finally, I'll note that the burden here,
12:53:55 23  essentially the way that defendants are proposing setting
12:53:57 24  this up, defendants could use it strategically to their
12:54:01 25  advantage and decide at certain points they don't want to

30

12:54:04 1   disclose the information where it may be plaintiff seeking
12:54:07 2   to disclose the information, but down the line where it's
12:54:11 3   helpful to them, they may not be able to make a different
12:54:16 4   decision and disclose the information.
12:54:18 5           THE COURT:  All right.  For this one, I am going
12:54:20 6   to adopt plaintiffs' proposal.  I just think that
12:54:23 7   defendants' proposal is going to add unnecessary logistical
12:54:36 8   concerns to this and probably have disputes and delays in
12:54:43 9   people getting information that is unnecessary given that
12:54:48 10  we're talking about information being given to outside
12:54:51 11  counsel only and not to in-house folks.
12:54:56 12          Okay.  I think that's the end of the issues that
12:55:00 13  were in the letters.  Is there anything else that we need to
12:55:03 14  discuss?
12:55:06 15          MS. KEANE:  Not from plaintiffs, Your Honor.
12:55:12 16          THE COURT:  Okay.  And hearing nothing from
12:55:15 17  defendants, I understand that that is all we have.  So
12:55:21 18  everyone, thank you very much, and hope you enjoy the rest
12:55:24 19  of the week.
20          (Teleconference concluded at 12:55 p.m.)
21
22          I hereby certify the foregoing is a true and
            accurate transcript from my stenographic notes in the proceeding.
23

24          /s/ Dale C. Hawkins
            Official Court Reporter
25          U.S. District Court

**/**

/s [1] - 30:24

**1**

12:00 [1] - 1:11
12:55 [1] - 30:20
13 [1] - 1:10

**2**

20-1105(MN [1] - 1:6
2021 [1] - 1:10

**8**

844 [1] - 1:13

**A**

abiding [2] - 8:3, 12:11
ability [1] - 26:10
able [10] - 5:3, 5:20, 8:19, 11:11, 11:13, 11:20, 27:3, 27:9, 29:16, 30:3
absent [1] - 28:14
absolutely [1] - 7:1
access [18] - 4:18, 5:17, 6:13, 6:23, 7:1, 7:13, 7:18, 8:19, 11:2, 12:2, 13:18, 13:22, 14:8, 14:10, 16:6, 16:7, 16:13, 26:1
accessing [1] - 11:9
accurate [1] - 30:22
accused [1] - 16:2
acid [16] - 18:19, 18:23, 18:24, 19:5, 19:6, 19:8, 19:10, 19:14, 19:22, 20:2, 20:19, 21:11, 21:15, 21:19, 24:8, 25:6
action [1] - 16:8
actions [1] - 3:12
add [2] - 21:6, 30:7
addition [3] - 7:9, 8:13, 8:21
additional [3] - 6:9, 7:10, 7:16
address [3] - 3:8, 13:4, 20:6
addressed [1] - 20:23
adopt [5] - 5:2, 6:6, 11:22, 18:3, 30:6
advance [1] - 12:4
advantage [1] - 29:25

affect [1] - 28:21
afternoon [10] - 3:3, 3:10, 3:19, 3:25, 4:2, 4:3, 4:7, 4:14, 5:5, 5:24
agree [5] - 7:12, 7:17, 14:17, 18:6, 24:25
agreeable [1] - 26:5
agreement [4] - 26:16, 26:17, 26:19, 27:4
ahead [1] - 10:10
aid [1] - 14:3
al [2] - 1:4, 1:7
Alison [5] - 3:13, 5:6, 5:13, 10:23, 25:14
ALISON [1] - 2:6
Allergan [1] - 10:17
alleviate [1] - 28:7
allow [2] - 6:3, 12:1
allowed [5] - 8:6, 17:23, 21:24, 21:25, 26:25
allowing [4] - 6:11, 13:2, 14:18, 28:5
allows [3] - 5:16, 10:25, 11:14
amend [1] - 22:11
amending [1] - 18:18
amendment [2] - 16:10
amendments [1] - 14:6
Amneal [5] - 2:7, 3:11, 26:4, 26:8, 26:11
analysis [1] - 28:21
ANDA [26] - 13:2, 13:11, 13:14, 13:15, 14:5, 14:6, 14:7, 14:20, 14:24, 15:8, 16:3, 16:4, 16:12, 16:15, 16:17, 16:20, 16:25, 17:1, 17:2, 17:23, 18:2, 18:24, 19:13, 19:23, 25:17, 27:12
ANDA's [3] - 14:21, 19:18, 19:25
ANNE [1] - 2:3
Anne [1] - 3:11
apologize [1] - 23:7
Apotex [5] - 2:13, 3:21, 9:23, 14:16, 23:8
APOTEX [1] - 1:7
APPEARANCES [2] - 1:18, 2:1
applicable [1] - 11:18
application [2] - 19:2, 23:11
applications [5] -

18:20, 22:14, 23:21, 25:2, 25:5
apply [1] - 9:25
approach [1] - 4:15
appropriate [1] - 7:6
approval [15] - 12:24, 14:1, 14:4, 14:5, 14:19, 14:24, 15:1, 15:2, 16:4, 16:8, 16:9, 16:12, 16:16, 17:1, 17:10
approved [3] - 13:24, 17:7, 17:12
April [1] - 1:10
area [1] - 28:21
argue [1] - 14:25
argument [1] - 3:16
arguments [2] - 3:16, 3:23
arise [1] - 29:18
ARSHT [1] - 1:20
Arun [8] - 3:21, 9:22, 14:15, 17:21, 18:14, 23:3, 23:7, 24:3
ARUN [1] - 2:12
aside [1] - 21:23
asserted [1] - 23:9
assess [1] - 8:19
assigned [1] - 10:8
assist [1] - 12:23
attempting [1] - 22:9
attorney [8] - 4:18, 5:8, 6:12, 6:15, 10:9, 10:14, 12:2, 20:6
attorneys [25] - 5:7, 5:10, 5:14, 5:16, 5:18, 5:19, 5:21, 6:16, 7:15, 7:17, 9:12, 9:13, 9:24, 10:7, 10:14, 10:19, 11:6, 11:7, 12:22, 13:6, 13:22, 14:2, 14:10, 16:6, 16:23
available [2] - 7:25, 9:2
avoid [1] - 9:18

**B**

bar [16] - 12:19, 13:4, 13:5, 13:15, 13:18, 17:3, 17:19, 18:10, 18:11, 18:17, 20:12, 21:4, 21:6, 22:19, 22:23
BARON [1] - 1:23
Barons [1] - 3:7
barred [4] - 5:19, 11 9, 13 7, 13:13
barring [1] - 22:24

based [5] - 6:9, 7:24, 14:7, 15:15
basis [1] - 25:12
becomes [1] - 15:24
BEFORE [1] - 1:15
behalf [9] - 3:11, 3:20, 4:4, 4:15, 5:6, 9:8, 9:23, 14:16, 23:8
behavior [1] - 22:24
belive [1] - 24:3
belt [1] - 21:7
beside [1] - 19:17
between [2] - 26:18, 27:6
bit [1] - 18:5
Book [7] - 18:21, 20:16, 21:21, 22:8, 22:22, 23:22, 25:3
bound [1] - 6:16
bounds [1] - 21:12
breach [2] - 8:5, 12:13
broad [3] - 14:18, 23:18, 23:19
broader [2] - 13:16, 17:24
bucket [1] - 28:17
burden [7] - 15:5, 15:11, 15:16, 27:20, 29:4, 29:14, 29:22
burdens [1] - 28:7
BURLING [1] - 1:22
BY [11] - 1:20, 1:23, 1:23, 2:3, 2:6, 2:10, 2:12, 2:15, 2:19, 2:21, 2:22

**C**

C.A [1] - 1:6
capable [1] - 7:16
care [1] - 18:7
case [12] - 6:5, 6:24, 7:7, 10:9, 10:17, 10:18, 10:19, 10:22, 15:2, 26:19, 29:13
cases [1] - 28:10
caveat [1] - 27:3
certain [4] - 6:4, 16:8, 28:13, 29:25
certify [1] - 30:22
cetera [1] - 12:6
change [3] - 8:17, 12:8, 24:20
changed [2] - 8:16, 21:16
changes [3] - 14:5, 14:6, 16:15
changing [1] - 23:13
check [1] - 12:7
check-ins [1] - 12:7

chime [1] - 11:21
chose [1] - 26:11
circumstances [4] - 7:19, 8:15, 8:20, 9:1
cited [1] - 10:17
claim [2] - 28:19, 28:20
claiming [1] - 19:6
claims [1] - 18:19
clarifications [1] - 6:9
clarify [1] - 10:12
clear [4] - 6:18, 22:1, 22:16, 23:5
comfortable [1] - 7:14
coming [4] - 6:6, 10:21, 11:18, 24:19
communicating [1] - 16:25
communications [11] - 13:14, 13:16, 13:23, 14:2, 14:12, 15:20, 15:21, 16:22, 17:9, 17:13, 17:15
companies [1] - 25:16
company [2] - 12:5, 15:7
compelling [1] - 20:18
competitors [3] - 25:17, 26:14, 27:23
complications [1] - 29:18
complying [1] - 7:9
compound [2] - 19:2, 19:16
CONAWAY [1] - 2:3
concern [7] - 13:9, 13:17, 13:22, 14:9, 15:23, 16:5, 26:1
concerned [1] - 27:8
concerns [2] - 9:18, 30:8
concluded [1] - 30:20
concrete [2] - 12:25, 15:14
confidential [37] - 4:19, 4:20, 5:17, 6:4, 6:13, 7:18, 7:23, 11:3, 11:10, 12:1, 13:1, 13:19, 14:8, 14:23, 16:6, 16:14, 17:17, 20:8, 20:10, 21:18, 24:19, 25:21, 26:10, 26:14, 26:20, 26:22, 26:24, 27:4, 27:6, 27:8, 27:11, 27:22, 27:24, 27:25, 28:1, 28:6
confirm [2] - 7:8, 29:6
confirmation [3] - 8:13  8:15, 10:2

confusing [1] - 24:23
consent [4] - 28:14, 28:18, 28:25, 29:2
consider [3] - 20:7, 22:12
considering [1] - 10:20
consolidated [1] - 28:10
construction [2] - 28:19, 28:20
contemplates [2] - 10:25, 11:19
CONTINUED [1] - 2:1
continuing [1] - 8:19
control [1] - 21:5
cooperate [1] - 11:11
correct [7] - 4:22, 5:3, 5:6, 18:6, 26:7, 27:1, 27:2
correspondence [1] - 13:21
counsel [29] - 3:3, 5:1, 5:7, 5:11, 6:1, 6:10, 6:23, 7:2, 8:24, 10:5, 10:8, 11:12, 11:23, 11:25, 15:7, 21:17, 23:9, 25:8, 25:12, 25:24, 25:25, 26:1, 26:6, 28:5, 28:6, 29:11, 29:15, 29:16, 30:11
Counsel [5] - 1:25, 2:7, 2:13, 2:16, 2:23
couple [1] - 28:3
course [2] - 7:8, 9:17
COURT [47] - 1:1, 3:3, 3:9, 3:18, 3:24, 4:2, 4:7, 4:17, 4:23, 5:9, 5:21, 5:23, 6:2, 8:1, 9:3, 10:1, 10:15, 11:21, 12:18, 13:10, 14:13, 15:18, 17:3, 17:11, 17:16, 17:25, 18:15, 19:3, 19:9, 20:3, 20:14, 21:3, 22:10, 23:4, 23:17, 24:2, 24:6, 24:13, 24:22, 25:23, 26:4, 26:15, 26:23, 27:24, 28:2, 30:5, 30:16
court [2] - 6:20, 12:13
Court [7] - 1:16, 3:17, 8:5, 9:15, 28:8, 30:24, 30:25
cover [11] - 21:20, 22:4, 22:5, 22:8, 22:9, 22:15, 22:20, 23:22, 23 23, 25:3
covered [2] - 21 17,

23:13
Covington [1] - 3:7
COVINGTON [1] - 1:22
crafting [1] - 12:23
create [1] - 25:19
cross [2] - 16:18, 27:20
crucial [1] - 11:8

## D

Dale [1] - 30:24
dandy [1] - 26:5
danger [1] - 19:22
data [1] - 15:23
date [1] - 28:11
day-to-day [2] - 9:11, 9:14
deals [1] - 20:19
decide [1] - 29:25
decision [1] - 30:4
decisions [2] - 6:4, 11:13
Defendant [3] - 2:13, 2:16, 2:23
defendant [9] - 5:25, 9:2, 9:23, 11:3, 14:16, 25:19, 27:14, 28:7, 29:2
defendant's [4] - 25:8, 26:2, 27:12, 28:6
defendants [50] - 3:12, 3:21, 4:1, 6:13, 6:25, 7:13, 9:4, 9:5, 10:3, 10:10, 10:16, 14:14, 14:16, 15:5, 16:3, 16:5, 18:12, 18:13, 18:23, 19:24, 21:15, 21:18, 22:12, 22:19, 23:8, 24:17, 24:19, 25:9, 25:13, 25:15, 25:22, 25:25, 26:11, 26:12, 26:24, 27:5, 27:7, 27:16, 27:22, 28:10, 28:17, 29:6, 29:10, 29:11, 29:12, 29:17, 29:20, 29:23, 29:24, 30:17
Defendants [2] - 1:8, 2:7
defendants' [11] - 3:15, 4:25, 7:22, 12:22, 14:3, 17:22, 18:3, 18:9, 20:11, 26:23, 30:7
defense [2] - 26:15, 26:17
definition [1] - 11 25
DELAWARE [1] - 1:2

Delaware [2] - 1:13, 4:1
delays [1] - 30:8
determine [1] - 21:2
developing [2] - 19:15, 19:21
development [4] - 7:11, 13:20, 17:2, 29:13
devise [1] - 16:14
different [6] - 25:15, 25:25, 26:2, 27:15, 28:9, 30:3
difficulties [1] - 29:19
direct [2] - 23:16, 25:16
disagree [1] - 26:8
disclose [5] - 29:1, 29:16, 30:1, 30:2, 30:4
disclosed [5] - 8:8, 12:3, 20:25, 25:22, 28:14
disclosure [4] - 21:9, 25:7, 28:4, 28:5
discuss [1] - 30:14
disputes [2] - 29:7, 30:8
DISTRICT [2] - 1:1, 1:2
District [3] - 1:16, 3:17, 30:25
Doug [1] - 3:7
DOUGLAS [1] - 1:23
down [1] - 30:2
Dr [3] - 2:8, 3:11, 5:12
drafted [1] - 17:20
drafting [1] - 18:18
DRL [11] - 5:9, 5:13, 9:6, 9:24, 10:5, 10:24, 11:7, 26:4, 26:7, 26:11
DRL's [1] - 7:14
dropped [1] - 20:16
drug [1] - 18:22
during [3] - 16:8, 16:12, 26:19

## E

early [1] - 13:20
efficient [1] - 25:10
efficiently [1] - 26:19
either [2] - 16:14, 23:15
employee [1] - 5:8
employees [5] - 4:18, 6:12, 6:15, 6:25, 7:16
encompassed [1] - 22 22

end [1] - 30:12
enjoy [1] - 30:18
entered [1] - 13:18
entire [1] - 11:10
entirely [1] - 28:10
especially [1] - 25:10
ESQ [11] - 1:20, 1:23, 1:23, 2:3, 2:6, 2:10, 2:12, 2:15, 2:19, 2:21, 2:22
essentially [3] - 22:4, 24:16, 29:23
et [3] - 1:4, 1:7, 12:6
ethical [1] - 6:17
Eve [1] - 3:20
EVE [1] - 2:10
event [1] - 14:5
exactly [2] - 9:9, 13:6
example [5] - 7:11, 11:6, 16:5, 22:18, 28:19
except [1] - 27:3
exception [1] - 11:23
excipient [3] - 21:16, 21:19, 23:13
exclude [3] - 22:6, 22:17, 27:19
expand [1] - 22:24
expect [2] - 7:21, 7:24
expedite [2] - 14:5, 15:1
expedited [1] - 15:3
expedites [1] - 12:24
expert [1] - 28:23
extend [1] - 13:15
extent [3] - 6:25, 8:18, 14:25

## F

fact [2] - 25:24, 26:9
far [2] - 18:22, 29:12
FDA [18] - 12:19, 13:14, 13:16, 13:21, 14:2, 14:12, 14:22, 15:20, 15:22, 16:3, 16:9, 16:16, 16:22, 16:25, 17:5, 17:9, 17:13, 21:4
few [1] - 4:24
figure [1] - 15:19
filed [2] - 14:21, 15:10
finally [1] - 29:22
fine [3] - 4:16, 21:22, 26:5
firm [1] - 4:6
first [11] - 3:16, 4:17, 5:12 9:4 13:4, 18 16, 20:6, 24 10, 24 11, 25:13, 28:16

flip [1] - 29:9
focused [1] - 16:24
folks [3] - 10:6, 13:2, 30:11
footnote [1] - 20:16
FOR [1] - 1:2
forbidden [1] - 11:4
foregoing [1] - 30:22
formulation [2] - 22:18, 22:21
formulations [2] - 27:14, 27:15
forth [2] - 13:23, 29:6
future [1] - 8:18

## G

GAZA [2] - 2:3, 3:10
Gaza [1] - 3:11
general [2] - 20:2, 21:7
generalities [1] - 12:22
generalized [1] - 15:23
generally [1] - 29:6
generic [13] - 13:8, 17:10, 20:11, 21:16, 22:5, 22:9, 22:15, 22:25, 23:11, 23:23, 25:3, 25:16
given [10] - 7:20, 12:10, 14:17, 14:21, 15:14, 19:19, 29:10, 29:17, 30:9, 30:10
gleaned [1] - 16:19
great [3] - 3:18, 3:24, 15:5
greatly [1] - 25:21
guess [4] - 6:2, 9:4, 12:19, 15:18
Guylaine [1] - 4:5
GUYLAINE [1] - 2:21

## H

Hache [1] - 4:5
HACHE [1] - 2:21
HALL [1] - 2:18
hamper [1] - 11:10
hand [3] - 15:4, 16:4
handle [2] - 8:24, 18:11
handling [2] - 3:15, 16:25
hands [2] - 26:6, 27:23
happy [1] - 13 3
hard [1] - 15:10
Hardin [1] - 3:22

**HARDIN** [1] - 2:12
**harm** [6] - 15:4, 15:14, 16:22, 18:5, 29:9, 29:20
**harmed** [1] - 25:21
**harmful** [1] - 19:24
**hats** [1] - 15:7
**Hawkins** [1] - 30:24
**hear** [6] - 4:23, 9:3, 10:15, 14:13, 20:3, 25:13
**heard** [2] - 24:5, 24:12
**hearing** [3] - 24:10, 28:19, 30:16
**heart** [1] - 23:9
**help** [1] - 14:24
**helpful** [3] - 23:2, 23:6, 30:3
**helping** [1] - 23:14
**hereby** [1] - 30:22
**HEYDORN** [9] - 2:6, 5:5, 10:23, 25:14, 26:3, 26:7, 26:17, 27:2, 28:1
**Heydorn** [6] - 3:13, 3:15, 5:6, 10:23, 25:15, 28:15
**higher** [2] - 6:16, 21:9
**highly** [4] - 4:20, 27:11, 27:13, 27:25
**hits** [1] - 23:9
**Honor** [32] - 3:5, 3:10, 3:19, 4:3, 4:14, 5:5, 6:8, 8:12, 9:7, 9:22, 10:11, 12:17, 13:3, 14:15, 15:6, 16:1, 17:21, 18:13, 18:16, 19:7, 19:12, 20:5, 20:22, 23:3, 23:13, 24:21, 25:14, 26:3, 28:3, 28:20, 29:10, 30:15
**HONORABLE** [1] - 1:15
**hope** [1] - 30:18
**house** [25] - 5:1, 5:7, 5:11, 5:14, 6:1, 6:23, 6:24, 7:1, 7:3, 7:15, 8:23, 8:24, 9:13, 9:25, 10:5, 10:8, 11:1, 11:15, 11:23, 11:24, 14:18, 15:7, 29:16, 30:11

**I**

**important** [2] - 6:22
**improper** [1] - 21:24
**IN** [1] - 1:1
**in-house** [25] - 5 1,

5:7, 5:11, 5:14, 6:1, 6:23, 6:24, 7:1, 7:3, 7:15, 8:23, 8:24, 9:13, 9:25, 10:5, 10:8, 11:1, 11:15, 11:23, 11:24, 14:18, 15:6, 15:7, 29:16, 30:11
**Inc** [2] - 2:8, 2:13
**INC** [2] - 1:4, 1:7
**inclination** [1] - 6:3
**inclined** [1] - 9:16
**include** [3] - 20:18, 25:1, 25:4
**including** [3] - 10:17, 14:10, 24:7
**incorrect** [1] - 5:4
**individual** [1] - 9:16
**individuals** [12] - 6:18, 7:7, 7:10, 9:10, 10:13, 11:1, 11:2, 11:6, 11:15, 11:20, 16:21, 16:23
**information** [70] - 4:19, 4:20, 5:3, 5:17, 5:19, 6:4, 6:9, 6:14, 7:18, 7:23, 7:25, 8:6, 11:3, 11:10, 11:17, 12:1, 13:1, 13:19, 13:22, 14:1, 14:3, 14:7, 14:8, 14:22, 14:23, 15:12, 15:17, 16:7, 16:13, 16:14, 16:18, 17:17, 19:13, 19:18, 19:23, 19:25, 20:2, 20:8, 20:10, 20:25, 21:18, 24:19, 25:21, 26:2, 26:5, 26:10, 26:14, 26:20, 26:22, 26:24, 27:4, 27:6, 27:8, 27:11, 27:17, 27:19, 27:22, 27:25, 28:6, 28:13, 28:16, 28:22, 29:1, 30:1, 30:2, 30:4, 30:9, 30:10
**infringement** [2] - 7:22, 28:21
**ingredients** [1] - 25:18
**injury** [1] - 29:20
**institutional** [1] - 15:9
**intent** [3] - 22:3, 22:6, 22:21
**intentional** [1] - 21:9
**INTERCEPT** [1] - 1:4
**Intercept** [6] - 3:6, 6:13, 13:25, 16:13, 16:19
**Intercept's** [6] - 7:18, 13:5, 13:19  14:8,

14:11, 16:6
**interrogatory** [1] - 28:23
**intersects** [1] - 22:19
**involved** [2] - 9:14, 27:14
**involvement** [1] - 9:19
**involves** [2] - 25:15, 27:13
**involving** [1] - 26:22
**IP** [1] - 5:10
**issue** [19] - 4:17, 7:21, 9:5, 10:4, 12:14, 12:15, 12:18, 12:21, 15:22, 16:2, 16:12, 18:16, 19:4, 20:7, 20:14, 23:1, 24:4, 25:7, 27:24
**issued** [3] - 18:21, 23:21, 25:2
**issues** [4] - 4:10, 7:20, 18:7, 30:12
**itself** [4] - 18:25, 19:2, 19:16, 29:5

**J**

**Jack** [1] - 4:4
**JENKINS** [1] - 2:9
**JEREMY** [1] - 1:20
**Jeremy** [1] - 3:5
**JOHN** [2] - 2:12, 2:19
**joined** [1] - 3:6
**joint** [3] - 26:11, 26:15, 26:17
**JR** [1] - 2:19
**Judge** [1] - 1:16
**jurisdiction** [3] - 6:20, 8:5, 12:12

**K**

**Katten** [2] - 4:6, 9:8
**KATTEN** [1] - 2:21
**Katzenstein** [1] - 3:20
**KATZENSTEIN** [1] - 2:9
**KEANE** [22] - 1:23, 4:14, 4:22, 5:13, 5:22, 6:8, 8:12, 12:16, 13:3, 13:13, 16:1, 17:6, 17:15, 17:19, 20:5, 20:22, 22:1, 22:13, 24:1, 24:15, 28:3, 30:15
**Keane** [11] - 3:7, 4:15, 4:21, 5:13, 6:2, 12 20, 15:18, 23:25  24 13, 28:2
**keep** [2] - 13:5, 27:23

**key** [1] - 14:20
**kind** [2] - 6:5, 11:4
**King** [1] - 1:13
**knowledge** [2] - 15:9, 15:10
**knows** [1] - 15:6
**Kurman** [1] - 4:1
**KURMAN** [1] - 2:15

**L**

**Laboratories** [3] - 2:7, 2:8, 3:12
**Lance** [2] - 4:5, 9:7
**LANCE** [1] - 2:22
**language** [2] - 18:10, 22:23
**large** [1] - 7:23
**last** [1] - 25:7
**launch** [1] - 15:3
**law** [1] - 10:17
**lead** [2] - 29:3, 29:7
**learned** [3] - 14:7, 14:23, 16:13
**least** [3] - 6:3, 8:16, 26:4
**leaving** [3] - 23:24, 24:4, 24:8
**legal** [2] - 5:1, 9:21
**letter** [7] - 4:13, 12:19, 18:8, 18:9, 19:21, 20:17, 20:24
**letters** [3] - 4:9, 15:15, 30:13
**leverage** [1] - 16:12
**lifted** [1] - 23:11
**limit** [3] - 19:9, 20:24, 22:6
**limited** [7] - 7:12, 8:22, 8:25, 16:23, 18:20, 18:22, 29:14
**Limited** [1] - 2:23
**limiting** [1] - 28:4
**line** [3] - 3:13, 3:21, 30:2
**lines** [5] - 16:11, 22:16, 23:20, 24:7, 24:25
**listable** [1] - 21:21
**listed** [7] - 18:21, 20:15, 22:3, 22:14, 22:23, 23:22, 25:2
**litigate** [1] - 25:10
**litigation** [25] - 5:1, 5:8, 6:23, 6:24, 7:4, 7:5, 7:8, 7:16, 7:21, 8:24, 9:11, 9:14, 10 6  11:5, 11:9, 11 14, 15:8, 15 9, 16 24, 19:11, 21:1,

25:15, 28:9, 29:18, 29:21
**LLP** [7] - 1:20, 1:22, 2:3, 2:5, 2:9, 2:12, 2:21
**logistical** [2] - 28:7, 30:7
**logistics** [1] - 29:19
**look** [2] - 19:3, 20:7
**looking** [2] - 10:12, 18:1
**Ltd** [1] - 2:17
**Lumbeck** [1] - 10:18
**Lupin** [5] - 2:23, 4:4, 9:8, 10:8, 10:12

**M**

**manage** [2] - 6:24, 11:5
**managing** [4] - 7:4, 7:5, 7:16, 11:9
**manufacture** [1] - 25:5
**manufacturing** [5] - 21:10, 21:11, 24:8, 25:18, 25:20
**market** [1] - 17:7
**MARYELLEN** [1] - 1:15
**material** [2] - 14:11, 25:8
**materials** [1] - 13:20
**matters** [3] - 4:10, 5:12, 5:14
**McLAUGHLIN** [1] - 2:18
**mean** [7] - 5:11, 15:21, 17:12, 19:4, 19:6, 22:13, 27:7
**meet** [1] - 16:9
**Megan** [2] - 3:6, 4:15
**MEGAN** [1] - 1:23
**members** [3] - 5:15, 5:20, 11:8
**mention** [1] - 8:1
**mentioned** [1] - 10:24
**method** [1] - 21:10
**might** [2] - 16:16, 21:9
**minimal** [1] - 29:14
**missing** [1] - 15:21
**misuse** [3] - 6:14, 6:16, 15:23
**misused** [1] - 11:17
**Mohan** [6] - 3:21, 3:22, 9:22, 14:15, 18:14, 23:7
**MOHAN** [12] - 2:12, 9:22  14:15, 17 21, 18:13, 18:16, 19:7, 19:12, 23:3, 23 7

24:3, 24:10
month [1] - 15:2
moot [1] - 15:1
MORRIS [1] - 1:20
Morris [1] - 3:6
MR [17] - 3:5, 3:25,
4:3, 5:24, 9:7, 9:22,
10:11, 14:15, 17:21,
18:13, 18:16, 19:7,
19:12, 23:3, 23:7,
24:3, 24:10
MS [31] - 3:10, 3:19,
4:14, 4:22, 5:5, 5:13,
5:22, 6:8, 8:12,
10:23, 12:16, 13:3,
13:13, 16:1, 17:6,
17:15, 17:19, 20:5,
20:22, 22:1, 22:13,
24:1, 24:15, 25:14,
26:3, 26:7, 26:17,
27:2, 28:1, 28:3,
30:15
MSN [14] - 2:7, 3:11,
4:25, 5:2, 5:4, 5:6,
7:2, 9:6, 10:4, 11:24,
26:4, 26:7, 26:11
Muchin [2] - 4:6, 9:8
MUCHIN [1] - 2:21
multiday [1] - 29:3
multiple [3] - 10:18,
11:19, 15:6
Myer [2] - 3:25, 5:24
MYER [3] - 2:15, 3:25,
5:24

**N**

name [2] - 23:4, 23:6
narrow [5] - 13:6,
13:10, 13:12, 23:19,
27:19
narrowly [1] - 24:18
NDA [6] - 13:19,
13:21, 16:7, 17:5,
17:23, 19:13
NDAs [1] - 18:2
necessarily [2] -
19:18, 20:1
necessary [3] - 11:13,
15:11, 15:25
need [9] - 8:8, 12:7,
12:11, 12:20, 12:24,
14:6, 14:22, 23:18,
30:13
needs [1] - 12:3
new [2] - 15:11, 22:17
next [2] - 12:15, 12:18
Nichols [1] - 3:6
NICHOLS [1] - 1:20
nobody [2] - 7:3,

21:23
non [10] - 4:18, 5:8,
5:16, 5:19, 6:12,
6:15, 6:16, 7:17,
9:12, 10:19
non-attorney [4] -
4:18, 5:8, 6:12, 6:15
non-attorneys [6] -
5:16, 5:19, 6:16,
7:17, 9:12, 10:19
NOREIKA [1] - 1:15
note [1] - 29:22
noted [1] - 29:10
notes [1] - 30:22
nothing [2] - 19:10,
30:16
notified [1] - 8:19
noting [1] - 9:19

**O**

Obeticholic [16] -
18:19, 18:23, 18:24,
19:5, 19:6, 19:8,
19:10, 19:14, 19:22,
20:1, 20:19, 21:11,
21:15, 21:19, 24:8,
25:6
objection [2] - 4:13,
6:10
obligation [1] - 26:13
obligations [1] - 9:17
obviously [1] - 29:12
Ocaliva [32] - 13:9,
13:21, 13:24, 16:8,
17:6, 18:23, 18:24,
19:14, 19:17, 19:19,
20:1, 20:11, 20:20,
21:20, 22:3, 22:5,
22:8, 22:9, 22:15,
22:25, 23:11, 23:12,
23:22, 23:23, 23:24,
23:25, 24:1, 25:3
OF [1] - 1:2
Official [1] - 30:24
OFFIT [1] - 2:15
Offit [1] - 4:1
often [2] - 15:6, 15:11
one [21] - 5:3, 7:12,
9:4, 9:13, 9:16, 10:7,
10:13, 11:5, 11:7,
11:22, 11:25, 12:1,
21:15, 23:13, 24:15,
25:7, 25:17, 26:21,
28:5, 29:1, 30:5
ones [2] - 28:17, 28:18
ongoing [2] - 8:15,
17:15
opening [2] - 4:12,
12:19

operating [1] - 26:18
opinion [2] - 11:3,
11:14
Optimus [11] - 2:17,
4:1, 5:9, 5:23, 5:25,
7:2, 9:6, 9:24, 10:4,
11:24
option [1] - 9:2
Orange [7] - 18:21,
20:16, 21:21, 22:8,
22:22, 23:22, 25:2
order [21] - 4:10, 4:11,
5:16, 6:12, 6:14, 8:4,
8:6, 10:25, 11:14,
11:15, 11:19, 12:3,
12:12, 12:13, 13:25,
20:9, 20:23, 20:24,
20:25, 21:8, 22:24
orderly [1] - 29:20
ORMEROD [2] - 2:10,
3:19
Ormerod [1] - 3:20
outside [12] - 11:12,
25:8, 25:11, 25:23,
25:25, 26:1, 26:6,
28:5, 28:6, 29:11,
29:14, 30:10
outweighs [2] - 15:16,
29:20
oversee [2] - 6:18,
6:24
overseeing [1] - 5:1
oversees [1] - 5:8
oversight [2] - 9:11,
9:20
own [1] - 27:10

**P**

P.A [2] - 2:15, 2:18
p.m [2] - 1:11, 30:20
part [2] - 7:24, 9:20
participating [4] -
3:23, 13:7, 14:11,
17:17
particular [11] - 4:11,
8:23, 9:1, 13:15,
14:4, 19:5, 19:11,
20:20, 22:7, 22:17,
22:21
particularly [2] - 7:20,
13:24
parties [2] - 6:22,
26:18
party [2] - 6:3, 11:2
pass [2] - 15:10, 15:12
patent [16] - 16:24,
18 18, 18:20, 19:2,
21 17, 21:19, 22:5,
22 13, 22:14, 22:20

23:10, 23:21, 24:4,
25:1, 25:5, 27:13
patent-in-suit [1] -
27:13
patents [9] - 19:1,
19:4, 20:15, 22:2,
23:21, 24:16, 25:1,
25:4
people [9] - 5:16,
5:18, 8:3, 8:7, 15:13,
15:17, 17:16, 21:8,
30:9
perform [1] - 10:5
permission [1] - 27:9
permit [1] - 9:16
permitted [3] - 7:18,
17:20, 20:9
person [9] - 7:12,
9:13, 10:8, 12:2,
12:3, 12:7, 12:11,
15:7, 15:12
person's [2] - 12:4,
12:8
personnel [1] - 5:10
perspective [1] - 8:25
Ph.D [1] - 2:21
Pharma [1] - 2:17
pharmaceutical [1] -
25:16
PHARMACEUTICAL
S [1] - 1:4
Phillips [1] - 4:4
PHILLIPS [3] - 2:18,
2:19, 4:3
phone [1] - 4:5
phrasing [1] - 8:22
place [2] - 7:6, 20:12
plaintiff [10] - 10:21,
11:16, 17:4, 17:8,
17:9, 17:16, 26:25,
27:18, 28:8, 30:1
Plaintiffs [2] - 1:5,
1:25
plaintiffs [19] - 4:15,
9:18, 12:16, 14:17,
14:25, 15:4, 15:14,
17:22, 18:5, 18:19,
20:4, 21:13, 26:9,
27:3, 27:9, 28:25,
29:4, 30:15
plaintiffs' [15] - 4:12,
4:18, 5:2, 6:7, 11:23,
12:19, 14:23, 18:7,
18:22, 19:20, 20:17,
21:17, 23:8, 23:14,
30:6
pleased [1] - 3:14
point [6] - 10:16,
14 20, 17:22, 19:20
21 6  23:15

pointing [1] - 22:7
points [2] - 28:4,
29:25
portions [1] - 3:15
position [1] - 28:20
possible [2] - 26:19,
27:21
potential [1] - 6:15
potentially [4] - 10:13,
23:1, 27:16, 28:18
preference [1] - 4:11
prejudice [2] - 15:5,
18:4
present [1] - 16:16
presented [1] - 16:11
prevent [2] - 17:4,
18:18
proceeding [2] - 28:8,
30:22
process [10] - 14:24,
16:25, 20:15, 21:10,
21:11, 24:4, 24:16,
25:20, 29:21
processes [10] -
19:15, 19:16, 20:20,
24:7, 24:17, 25:4,
25:5, 25:19, 27:13,
27:15
produced [1] - 27:20
product [16] - 14:3,
14:4, 14:7, 15:24,
16:2, 16:11, 16:15,
16:17, 16:19, 17:5,
17:6, 17:12, 17:14,
18:25, 21:16, 25:20
products [8] - 13:8,
13:15, 14:20, 19:19,
19:22, 19:23, 25:18,
25:19
proper [1] - 20:7
properly [1] - 29:8
proposal [28] - 5:2,
6:7, 11:23, 14:17,
17:22, 18:1, 18:3,
18:6, 18:22, 19:1,
21:13, 21:15, 21:22,
21:25, 22:2, 22:4,
23:12, 23:14, 23:15,
23:17, 24:5, 24:14,
24:20, 24:25, 26:23,
30:6, 30:7
proposals [2] - 24:24,
27:18
proposed [13] - 6:7,
13:4, 13:5, 13:8,
14:10, 18:17, 19:12,
20:11, 22:10, 22:11,
23:10, 24:21
proposing [1] - 29:23
prosecuting [1] -

22:20
**prosecution** [6] -
18:10, 18:11, 18:17,
20:12, 21:6, 22:14
**protect** [1] - 20:13
**protected** [2] - 14:11,
25:8
**protections** [1] -
11:16
**protective** [20] - 4:10,
4:19, 5:16, 6:12,
6:14, 8:4, 8:5, 10:25,
11:14, 11:15, 11:19,
12:3, 12:12, 12:13,
20:9, 20:23, 20:24,
20:25, 21:8, 22:23
**provide** [2] - 11:1,
11:16
**provided** [1] - 6:10
**provisions** [3] - 11:16,
21:7, 26:21
**publicly** [1] - 7:24
**punitive** [1] - 18:4
**purposely** [1] - 13:5
**purposes** [1] - 21:25
**pursuing** [1] - 13:2
**put** [1] - 22:8
**puts** [1] - 29:4
**Pvt** [1] - 2:17

## Q

**questions** [5] - 3:8,
12:14, 12:16, 17:5,
28:20
**quite** [1] - 14:18

## R

**raised** [3] - 9:19, 17:5,
20:15
**rather** [1] - 15:22
**readily** [1] - 26:24
**reading** [1] - 10:16
**real** [4] - 12:21, 19:23,
26:2
**really** [9] - 12:25,
13:10, 15:11, 15:19,
27:10, 27:21, 28:12,
28:24, 29:13
**reason** [1] - 13:17
**received** [1] - 4:9
**recognize** [1] - 6:21
**record** [1] - 23:5
**redacted** [1] - 29:8
**redactions** [2] - 29:5,
29:7
**Reddy's** [3] - 2:8,
3:11, 5 12
**referred** [2] - 18:2,

28:15
**regarding** [2] - 14:19,
17:10
**regular** [1] - 12:7
**regulatory** [5] - 12:23,
13:20, 16:21, 17:1
**reject** [1] - 24:24
**related** [8] - 13:23,
17:2, 18:17, 18:19,
19:2, 19:14, 20:1,
24:17
**relates** [1] - 7:22
**relative** [1] - 28:22
**relevant** [1] - 28:18
**report** [1] - 3:14
**Reporter** [1] - 30:24
**reports** [1] - 28:24
**represent** [1] - 7:6
**representation** [2] -
8:17, 26:12
**representatives** [2] -
14:18, 15:6
**represented** [2] - 26:8,
29:11
**representing** [1] - 7:1
**requested** [1] - 13:18
**require** [3] - 28:13,
28:18, 28:25
**requirements** [3] -
6:17, 6:19, 7:9
**requires** [2] - 29:2,
29:5
**research** [3] - 7:11,
13:20, 17:1
**resolve** [1] - 23:1
**respect** [11] - 6:15,
10:24, 13:4, 13:6,
13:7, 13:14, 14:2,
17:24, 24:20, 28:23,
28:24
**response** [2] - 4:25,
28:4
**responses** [1] - 28:23
**responsibilities** [6] -
7:10, 8:9, 8:16, 8:17,
12:5, 12:8
**responsibility** [4] -
7:4, 7:5, 8:14, 12:9
**responsible** [3] - 9:11,
11:8, 16:22
**responsive** [1] - 19:20
**rest** [1] - 30:18
**restriction** [2] - 17:8
**result** [1] - 26:9
**retool** [1] - 15:24
**review** [1] - 14:19
**reviewing** [1] - 14:1
**risk** [2] - 18:4, 21 9
**role** [4] - 10:5, 12:5,
12:6, 13:2

**ROSENMAN** [1] - 2:21
**route** [1] - 26:13
**run** [1] - 15:9

## S

**safeguards** [5] - 7:6,
8:1, 8:10, 8:13, 8:21
**sanctions** [1] - 6:18
**saw** [2] - 18:1, 21:5
**scenario** [2] - 16:2,
28:13
**Schiff** [1] - 3:22
**SCHIFF** [1] - 2:12
**scope** [4] - 18:9, 20:8,
22:2, 22:3
**secrets** [1] - 27:14
**see** [8] - 5:3, 8:6, 8:15,
11:25, 14:22, 20:9,
29:9, 29:19
**seeing** [2] - 21:18,
26:22
**seek** [2] - 16:16, 28:25
**seeking** [4] - 16:3,
28:17, 29:15, 30:1
**seem** [2] - 21:11,
21:12
**send** [2] - 24:23, 24:24
**sense** [1] - 25:10
**sensitive** [3] - 25:21,
27:12, 27:22
**separate** [1] - 25:17
**setting** [1] - 29:23
**share** [5] - 26:10,
26:13, 26:24, 27:3,
27:9
**shared** [2] - 26:21,
27:6
**SHEA** [1] - 2:3
**side** [2] - 21:5, 29:9
**sign** [2] - 8:3, 12:11
**similar** [1] - 16:12
**simply** [1] - 11:5
**situation** [9] - 7:15,
9:10, 9:12, 9:23,
10:24, 22:7, 22:17,
27:5, 29:15
**situations** [3] - 7:12,
7:14, 8:23
**six** [2] - 25:15, 28:9
**small** [1] - 27:20
**Smith** [1] - 3:20
**SMITH** [1] - 2:9
**Soderstrom** [2] - 4:5,
9:8
**SODERSTROM** [3] -
2:22, 9:7, 10:11
**someone** [3] - 5:4,
6:3, 15:24
**sorry** [1] - 10 11

**sort** [3] - 9:18, 22:24,
29:13
**sought** [1] - 18:24
**sounds** [1] - 4:16
**speaking** [1] - 14:16
**specific** [4] - 16:10,
19:8, 19:14
**specifically** [4] -
10:25, 13:7, 21:1
**split** [2] - 15:13, 15:17
**spot** [1] - 9:9
**standard** [1] - 22:23
**standards** [1] - 16:9
**STARGATT** [1] - 2:3
**start** [2] - 4:12, 23:5
**state** [1] - 19:21
**STATES** [1] - 1:1
**States** [1] - 1:16
**stay** [1] - 15:2
**stenographic** [1] -
30:22
**Stern** [1] - 6:11
**stop** [2] - 21:3, 21:4
**strategically** [1] -
29:24
**strategies** [1] - 13:24
**strategy** [2] - 12:23,
29:12
**STRAWN** [1] - 2:5
**Strawn** [1] - 3:14
**Street** [1] - 1:13
**strictly** [1] - 9:20
**struggle** [1] - 14:22
**stuck** [1] - 9:9
**subject** [1] - 6:17
**subjects** [1] - 6:19
**submit** [2] - 8:4, 12:12
**sufficiently** [1] - 13:12
**suggest** [1] - 25:25
**suggested** [3] - 18:5,
23:13, 24:25
**suggesting** [1] - 21:13
**suit** [1] - 27:13
**support** [2] - 14:1,
16:19
**suspenders** [1] - 21:7
**system** [1] - 11:4

## T

**tailored** [4] - 19:1,
19:18, 20:12, 24:18
**tangental** [1] - 18:6
**TAYLOR** [1] - 2:3
**team** [11] - 5:15, 5:20,
9:21, 10:6, 11:4,
11:6, 11:7, 11:8,
11 11, 11:20
**teams** [1] - 11:1

**technical** [1] - 27:13
**Teleconference** [2] -
1:11, 30:20
**terms** [2] - 8:9, 15:23
**terribly** [1] - 20:18
**testing** [3] - 13:25,
14:4, 16:15
**THE** [49] - 1:1, 1:2,
1:15, 3:3, 3:9, 3:18,
3:24, 4:2, 4:7, 4:17,
4:23, 5:9, 5:21, 5:23,
6:2, 8:1, 9:3, 10:1,
10:15, 11:21, 12:18,
13:10, 14:13, 15:18,
17:3, 17:11, 17:16,
17:25, 18:15, 19:3,
19:9, 20:3, 20:14,
21:3, 22:10, 23:4,
23:17, 24:2, 24:6,
24:13, 24:22, 25:23,
26:4, 26:15, 26:23,
27:24, 28:2, 30:5,
30:16
**their's** [1] - 23:19
**they've** [1] - 16:13
**thinking** [4] - 4:12,
8:2, 8:11, 23:20
**third** [1] - 10:7
**thirty** [1] - 15:2
**thirty-month** [1] - 15:2
**thoughts** [1] - 24:14
**three** [11] - 3:12, 5:16,
5:17, 5:20, 10:6,
10:12, 11:2, 11:15,
25:24, 29:3, 29:10
**throughout** [1] - 7:8
**tie** [1] - 24:16
**Tigan** [1] - 3:5
**TIGAN** [2] - 1:20, 3:5
**timing** [1] - 12:24
**today** [4] - 3:8, 3:13,
3:14, 3:23
**together** [1] - 29:12
**topics** [1] - 28:16
**Touhey** [2] - 3:25,
5:24
**TOUHEY** [1] - 2:15
**trade** [1] - 27:14
**transcript** [1] - 30:22
**trial** [2] - 28:11
**tried** [1] - 13:5
**true** [2] - 15:16, 30:22
**try** [1] - 27:18
**trying** [6] - 15:19,
22:16, 27:10, 27:17,
27:19, 27:21
**Tuesday** [1] - 1:10
**TUNNEL** [1] - 1:20
**two** [8] - 5:22, 10:5,
11:5  15:13, 15 17,

16:4, 18:7, 29:2
**two's** [1] - 26:5
**type** [4] - 27:7, 27:17, 27:19, 28:16
**types** [1] - 28:22
**typically** [2] - 9:14, 16:20

## U

**U.S** [1] - 30:25
**ultimately** [1] - 16:9
**unclear** [1] - 23:10
**under** [18] - 6:14, 12:2, 12:11, 17:22, 20:9, 20:25, 21:12, 21:14, 21:22, 21:25, 22:1, 22:20, 23:9, 23:12, 23:14, 26:13, 26:23
**understood** [1] - 22:22
**undertake** [1] - 15:15
**undertaking** [1] - 8:3
**unfortunately** [1] - 9:9
**unique** [3] - 25:18, 25:20, 27:12
**UNITED** [1] - 1:1
**United** [1] - 1:16
**unnecessary** [2] - 30:7, 30:9
**unrestricted** [1] - 26:10
**up** [5] - 15:13, 15:17, 28:10, 28:22, 29:24
**update** [1] - 12:10
**uses** [1] - 19:10

## V

**validity** [3] - 7:23, 28:23, 28:24
**various** [1] - 6:12
**version** [2] - 23:23, 25:4
**versions** [7] - 13:8, 20:11, 22:5, 22:9, 22:15, 22:25, 23:12
**versus** [2] - 15:8, 16:24
**view** [1] - 5:19

## W

**week** [1] - 30:19
**weighted** [1] - 17:8
**welcome** [1] - 3:18
**West** [1] - 6:11
**whereas** [1] - 18:19
**Wilmington** [1] - 1:13
**WINSTON** [1] - 2 5

**Winston** [2] - 3:14, 26:8
**withhold** [1] - 29:2
**workable** [4] - 28:12, 28:13, 28:25, 29:3
**works** [2] - 5:1, 15:8
**worried** [1] - 15:20
**worry** [1] - 20:17
**written** [1] - 28:14

## Y

**YOUNG** [1] - 2:3
**your's** [1] - 23:19

EXHIBIT D



**User Name:** Labdhi Sheth
**Date and Time:** Friday, July 2, 2021 5:30:00 PM EDT
**Job Number:** 147559332

## Results List (includes up to 250)

1. Results list for:defendant-litigant(MSN)
   **Client/Matter:** 2213494-00120
   **Terms:** defendant-litigant(MSN)
   **Search Type:** Natural Language
   **Narrowed by:**

|  | Content Type | Narrowed by |
|---|---|---|
|  | Dockets | Case Status: Open,Unknown,Closed; Patent |



**Results for: defendant-litigant(MSN)**

**Dockets**

1. **Amgen Inc. Et Al V. Msn Laboratories Private Limited Et Al**

   ... JENKINS LLP 2018-01-08T13:02:00 69209789416936 302-652-8400 Fax: 302-652-8405 Email:Eormerod@skjlaw.Com USA 1 D **MSN** LIFE SCIENCES PRIVATE LIMITED D Defendant **MSN** LIFE SCIENCES PRIVATE LIMITED 2019-09-30T20:29:00 5 **MSN** LIFE SCIENCES PRIVATE LIMITED...
   ... TUNNELL LLP 2013-08-29T17:03:00 -1 -1 62663025568455 (302)658-9200 Email:Kjacobs@mnat.Com USA 2 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED Eve H. Ormerod...
   ... JENKINS LLP 2018-01-08T13:02:00 69209789416936 302-652-8400 Fax: 302-652-8405 Email:Eormerod@skjlaw.Com USA 1 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. Eve H. Ormerod...

   **Court**: United States District Court, Delaware | **Date Filed**: May 19, 2021 | **Docket Number**: 1:21cv712 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

2. **Chiesi Usa, Inc. Et Al V. Msn Pharmaceuticals Inc. Et Al**

   ... 157363817 158435445 78691706517759 973-998-7477 Fax: 973-264-1159 Email:Jason@lattimorelaw.Com USA 1 D 2013-04-29T17:00:36.120 **MSN** LIFE SCIENCES PRIVATE LIMITED D Defendant **MSN** LIFE SCIENCES PRIVATE LIMITED 2019-09-30T20:29:00 5 **MSN** LIFE SCIENCES PRIVATE LIMITED...
   ... PC 2013-10-02T15:17:00 426827 1107021 40078617129639 973-596-4500 Email:Cchevalier@gibbonslaw.Com USA 4 P 2014-05-29T17:00:57.387 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. JASON B. LATTIMORE...
   ... 157363817 158435445 78691706517759 973-998-7477 Fax: 973-264-1159 Email:Jason@lattimorelaw.Com USA 1 D 2013-04-29T17:00:36.120 **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 4 **MSN** Laboratories Private Ltd. JASON B. LATTIMORE...

   **Court**: United States District Court, New Jersey | **Date Filed**: Sep 30, 2019 | **Docket Number**: 2:19cv18564 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

3. **H. Lundbeck A/S Et Al V. Lupin Limited, Et Al**

   ... L HIRSCHHORN 2012-07-27T14:31:00 -1 -1 13126703079079 Email:Philip.Hirschhorn@bipc.Com 2020-04-03 5 D 2013-04-26T17:44:11.313 **MSN** Pharmachem Private Limited D Defendant **MSN** PHARMACHEM PRIVATE LIMITED 2018-01-19T15:02:00 20 2021-01-19 **MSN** Pharmachem Private Limited...
   ... 2016-11-08T17:16:00 -1 -1 80106437909696 302-651-7844 Fax: 302-498-7701 Email:Pedi@rlf.Com USA 4 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 18 2021-01-19 **MSN** LABORATORIES PRIVATE LIMITED...
   ... L HIRSCHHORN 2012-07-27T14:31:00 -1 -1 13126703079079 Email:Philip.Hirschhorn@bipc.Com 2020-04-03 5 D 2013-04-26T17:44:11.313 **MSN** Pharmaceuticals Inc. D Defendant **MSN**

PHARMACEUTICALS INC 2017-01-11T08:30:00 19 2021-01-19 **MSN** Pharmaceuticals Inc. Geoffrey Graham Grivner...

**Court**: United States District Court, Delaware | **Date Filed**: Jan 12, 2018 | **Docket Number**: 1:18cv88 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

4.   [H. Lundbeck A/S Et Al V. Msn Laboratories Private Limited Et Al](#)

... L HIRSCHHORN 2012-07-27T14:31:00 -1 -1 13126703079079 Email:Philip.Hirschhorn@bipc.Com 2020-04-03 6 D 2013-04-26T17:44:11.313 **MSN** Pharmachem Private Limited D Defendant **MSN** PHARMACHEM PRIVATE LIMITED 2018-01-19T15:02:00 8 **MSN** Pharmachem Private Limited Geoffrey Graham Grivner...
... TUNNELL LLP 2014-02-27T17:13:00 -1 -1 75118614774617 302-351-9366 Email:Mdellinger@mnat.Com USA 3 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 6 **MSN** LABORATORIES PRIVATE LIMITED Geoffrey Graham Grivner...
... L HIRSCHHORN 2012-07-27T14:31:00 -1 -1 13126703079079 Email:Philip.Hirschhorn@bipc.Com 2020-04-03 6 D 2013-04-26T17:44:11.313 **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 7 **MSN** PHARMACEUTICALS, INC. Geoffrey Graham Grivner...

**Court**: United States District Court, Delaware | **Date Filed**: Jan 19, 2018 | **Docket Number**: 1:18cv114 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Closed

---

5.   [H. Lundbeck A/S Et Al V. Msn Laboratories Private Limited Et Al](#)

... 2019-04-08T11:02:00 91193714692087 (302) 552-4207 Fax: (302) 552-4295 Email:Geoffrey.Grivner@bipc.Com USA 5 D **MSN** Pharmachem Private Limited D Defendant **MSN** PHARMACHEM PRIVATE LIMITED 2018-01-19T15:02:00 8 **MSN** Pharmachem Private Limited Erin M. Dunston...
... 2012-06-15T16:16:00 -1 -1 70863434373129 (302) 658-9200 Email:Menefiling@mnat.Com USA 2018-08-10 2 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 6 **MSN** LABORATORIES PRIVATE LIMITED Erin M. Dunston...
... 2019-04-08T11:02:00 91193714692087 (302) 552-4207 Fax: (302) 552-4295 Email:Geoffrey.Grivner@bipc.Com USA 5 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 7 **MSN** PHARMACEUTICALS, INC. Erin M. Dunston...

**Court**: United States District Court, Delaware | **Date Filed**: Jun 07, 2018 | **Docket Number**: 1:18cv853 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

6.   [Intercept Pharmaceuticals, Inc. Et Al V. Msn Laboratories Private Limited Et Al](#)

... KEVIN E WARNER 2012-06-29T16:16:00 -1 -1 9043091254096 Email:Kwarner@winston.Com 4 D 2013-04-26T17:44:11.313 **MSN** Life Sciences Private Ltd. D Defendant **MSN** LIFE SCIENCES PRIVATE LTD 2020-09-11T08:31:00 5 2020-11-04 **MSN** Life Sciences Private Ltd....
... BE NOTICED -1 MARY K SWEARS 2020-09-15T11:04:00 7446347524607 Email:Ocaliva@cov.Com 3 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED Anne Shea Gaza...

... KEVIN E WARNER 2012-06-29T16:16:00 -1 -1 9043091254096 Email:Kwarner@winston.Com 4 D 2013-04-26T17:44:11.313 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. Anne Shea Gaza...

**Court**: United States District Court, Delaware | **Date Filed**: Sep 10, 2020 | **Docket Number**: 1:20cv1214 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

7.  ## Merck Sharp & Dohme B.V. Et Al V. Aurobindo Pharma Usa, Inc. Et Al

... SAGE FISHERBROYLES LLP 2021-05-02T22:09:00 54762368482999 732-929-7298 Email:Karin.Sage@fisherbroyles.Com USA 2020-09-29 2 D **MSN** Pharmaceuticals Inc. D Defendant Defendant in  2:20-cv-03314 | **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 29 **MSN** Pharmaceuticals Inc....
... BENJAMIN HALPERN SAIBER LLC 2020-10-19T22:01:00 45354772661704 973-622-3333 Email:Jbh@saiber.Com USA 3 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant Defendant in 2:20-cv-03314 | **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 27...
... SAGE FISHERBROYLES LLP 2021-05-02T22:09:00 54762368482999 732-929-7298 Email:Karin.Sage@fisherbroyles.Com USA 2020-09-29 2 D **MSN** LIFE SCIENCES PRIVATE LIMITED D Defendant Defendant in  2:20-cv-03314 | **MSN** LIFE SCIENCES PRIVATE LIMITED 2019-09-30T20:29:00...

**Court**: United States District Court, New Jersey | **Date Filed**: Mar 10, 2020 | **Docket Number**: 2:20cv2576 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

8.  ## Merck Sharp & Dohme B.V. Et Al V. Msn Laboratories Private Limited Et Al

... KRAFT SAGE FISHERBROYLES LLP 2020-03-11T22:03:00 56173650325726 732-929-7298 Email:Karin.Sage@fisherbroyles.Com USA 2 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 5 **MSN** Pharmaceuticals Inc. GURPREET SINGH WALIA...
... 2012-04-25T10:05:00 426827 1107021 40359965568670 (973) 596-4500 Email:Wdeni@gibbonslaw.Com USA 4 P 2013-06-04T17:00:56.957 **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED GURPREET SINGH WALIA...
... KRAFT SAGE FISHERBROYLES LLP 2020-03-11T22:03:00 56173650325726 732-929-7298 Email:Karin.Sage@fisherbroyles.Com USA 2 D **MSN** LIFE SCIENCES PRIVATE LIMITED D Defendant **MSN** LIFE SCIENCES PRIVATE LIMITED 2019-09-30T20:29:00 4 **MSN** LIFE SCIENCES PRIVATE LIMITED...

**Court**: United States District Court, New Jersey | **Date Filed**: Mar 26, 2020 | **Docket Number**: 2:20cv3314 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Closed

9.  ## Novartis Pharmaceuticals Corporation V. Dr. Reddys Laboratories, Inc. Et Al

... STAMOULIS WEINBLATT LLC 2019-01-25T10:26:00 62027177972605 (302) 999-1540 Email:Stamoulis@swdelaw.Com USA 3 D **MSN** LIFE SCIENCES PRIVATE LIMITED D Defendant **MSN** LIFE SCIENCES PRIVATE LIMITED 2019-09-30T20:29:00 9 **MSN** LIFE SCIENCES PRIVATE LIMITED...
... BE NOTICED -1 KENNETH S CANFIELD 2020-04-03T10:51:00 13665925572607 Email:Kcanfield@pergamentcepeda.Com 6 D **MSN** Pharmaceuticals Inc. D Defendant **MSN**

Labdhi Sheth

PHARMACEUTICALS INC 2017-01-11T08:30:00 7 **MSN** Pharmaceuticals Inc. Richard Juang PRO HAC VICE;ATTORNEY TO BE NOTICED...
... STAMOULIS WEINBLATT LLC 2019-01-25T10:26:00 62027177972605 (302) 999-1540 Email:Stamoulis@swdelaw.Com USA 3 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 8 **MSN** LABORATORIES PRIVATE LIMITED Richard Juang...

**Court:** United States District Court, Delaware | **Date Filed:** Oct 29, 2019 | **Docket Number:** 1:19cv2053 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

10.    Otsuka Pharmaceutical Co., Ltd. Et Al V. Msn Laboratories Private, Ltd. Et Al

... BE NOTICED -1 TERESA M SUMMERS 2020-03-05T15:44:00 9413705361465 Email:Tsummers@wiley.Law 5 D **MSN** Life Sciences Pvt. Ltd. D Defendant **MSN** LIFE SCIENCES PVT LTD 2019-10-24T09:05:00 5 2021-03-10 **MSN** Life Sciences Pvt. Ltd....
... BE NOTICED -1 TYLER B LATCHAM 2020-09-28T11:32:00 11765893079249 Email:Tyler.Latcham@finnegan.Com 8 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 3 **MSN** Laboratories Private Ltd. John M. Seaman...
... BE NOTICED -1 TERESA M SUMMERS 2020-03-05T15:44:00 9413705361465 Email:Tsummers@wiley.Law 5 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. John M. Seaman...

**Court:** United States District Court, Delaware | **Date Filed:** Oct 23, 2019 | **Docket Number:** 1:19cv2009 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

11.    Otsuka Pharmaceutical Co., Ltd. Et Al V. Msn Laboratories Private Ltd. Et Al

... BE NOTICED -1 TERESA M SUMMERS 2020-03-05T15:44:00 9413705361465 Email:Tsummers@wiley.Law 4 D **MSN** Life Sciences Pvt. Ltd. D Defendant **MSN** LIFE SCIENCES PVT LTD 2019-10-24T09:05:00 5 2021-03-10 **MSN** Life Sciences Pvt. Ltd....
... BE NOTICED -1 TYLER B LATCHAM 2020-09-28T11:32:00 11765893079249 Email:Tyler.Latcham@finnegan.Com 6 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 3 **MSN** Laboratories Private Ltd. April M. Kirby...
... BE NOTICED -1 TERESA M SUMMERS 2020-03-05T15:44:00 9413705361465 Email:Tsummers@wiley.Law 4 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. April M. Kirby...

**Court:** United States District Court, Delaware | **Date Filed:** Oct 23, 2020 | **Docket Number:** 1:20cv1428 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

12.    Otsuka Pharmaceutical Co., Ltd. Et Al V. Zenara Pharma Private Ltd. Et Al

... TO BE NOTICED -1 NEAL SETH 2020-05-06T08:48:00 6434341157048 Email:Nseth@wiley.Law 3 D **MSN** Life Sciences Pvt. Ltd. D Defendant **MSN** LIFE SCIENCES PVT LTD 2019-10-24T09:05:00 32 2021-03-10 **MSN** Life Sciences Pvt. Ltd....
... BE NOTICED -1 RONALD M DAIGNAULT 2021-02-16T17:38:00 13463912643356 Email:Rdaignault@daignaultiyer.Com 3 D **MSN** LABORATORIES PVT. LTD. D Defendant **MSN**

LABORATORIES PVT LTD 2015-03-03T10:02:00 30 **MSN** LABORATORIES PVT. LTD. John M. Seaman...

... TO BE NOTICED -1 NEAL SETH 2020-05-06T08:48:00 6434341157048 Email:Nseth@wiley.Law 3 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 31 **MSN** Pharmaceuticals Inc. John M. Seaman...

**Court**: United States District Court, Delaware | **Date Filed**: Oct 11, 2019 | **Docket Number**: 1:19cv1938 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

13.  Acadia Pharmaceuticals Inc. V. Aurobindo Pharma Limited Et Al

... TODD S WERNER 2015-07-08T12:46:00 -1 -1 11420979802364 Email:Twerner@carlsoncaspers.Com 2021-05-03 4 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 10 **MSN** LABORATORIES PRIVATE LIMITED James S. Green , Jr....
... BE NOTICED -1 YIXIN H TANG 2019-06-17T16:20:00 8224130477971 Email:Yixin@ipfdalaw.Com 4 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 11 **MSN** PHARMACEUTICALS, INC. James S. Green , Jr....

**Court**: United States District Court, Delaware | **Date Filed**: Jul 24, 2020 | **Docket Number**: 1:20cv985 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

14.  Acadia Pharmaceuticals Inc. V. Msn Laboratories Private Limited Et Al

... -1 SCOTT F PEACHMAN 2015-11-30T12:16:00 -1 -1 13726434801760 Email:Scottpeachman@paulhastings.Com 6 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 2 **MSN** LABORATORIES PRIVATE LIMITED James S. Green , Jr....
... BE NOTICED -1 YIXIN H TANG 2019-06-17T16:20:00 8224130477971 Email:Yixin@ipfdalaw.Com 4 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 3 **MSN** PHARMACEUTICALS, INC. James S. Green , Jr....

**Court**: United States District Court, Delaware | **Date Filed**: Jul 30, 2020 | **Docket Number**: 1:20cv1029 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

15.  Actelion Pharmaceuticals Ltd Et Al V. Msn Pharmaceuticals Inc. Et Al

... (973) 690-5400 Fax: (973) 466-2760 Email:Kmiller@rwmlegal.Com USA 1 P **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED...

**Court**: US District Court for the District of New Jersey | **Date Filed**: Apr 09, 2020 | **Docket Number**: 3:20cv3859 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

16.  Actelion Pharmaceuticals Ltd Et Al V. Msn Pharmaceuticals Inc. Et Al

... 2019-08-01T22:00:00 72199601940452 (973) 690-5400 Fax: (973) 466-2760 Email:Kmiller@rwmlegal.Com USA 1 P **MSN** Pharmaceuticals Inc. D Defendant **MSN**

PHARMACEUTICALS INC 2017-01-11T08:30:00 3 2021-01-29 **MSN** Pharmaceuticals Inc. ANANDITA VYAKARNAM...
... MITTENDORF LLP 2019-04-18T20:18:00 66464795524320 973-966-3200 Fax: 973-966-3250 Email:Csun@windelsmarx.Com USA 2 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 4 2021-01-29 **MSN** LABORATORIES PRIVATE LIMITED...

**Court:** United States District Court, New Jersey | **Date Filed:** Apr 09, 2020 | **Docket Number:** 1:20cv3859 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

17. [Actelion Pharmaceuticals Ltd Et Al V. Msn Pharmaceuticals Inc. Et Al](#)

... (973) 690-5400 Fax: (973) 466-2760 Email:Kmiller@rwmlegal.Com USA 1 P **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED...

**Court:** US District Court for the District of New Jersey | **Date Filed:** Apr 09, 2020 | **Docket Number:** 2:20cv3859 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

18. [Adverio Pharma Gmbh Et Al V. Msn Laboratories Private Limited Et Al](#)

... LLP 2012-08-29T11:16:00 287558 343068 62991412107411 302-351-9106 Email:Jtigan@mnat.Com USA 2 P 2013-04-26T17:48:45.540 **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 4 **MSN** LABORATORIES PRIVATE LIMITED Nathan Roger Hoeschen...
... HOESCHEN SHAW KELLER LLP 2017-05-02T12:22:00 58712004286689 302-298-0709 Email:Nhoeschen@shawkeller.Com USA 1 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 5 **MSN** Pharmaceuticals Inc. Nathan Roger Hoeschen...

**Court:** United States District Court, Delaware | **Date Filed:** Nov 25, 2020 | **Docket Number:** 1:20cv1617 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

19. [Adverio Pharma Gmbh Et Al V. Msn Laboratories Private Limited Et Al](#)

... NICHOLS ARSHT TUNNELL LLP 2021-06-09T17:36:00 70499887363491 302-351-9106 Email:Jtigan@morrisnichols.Com USA 2 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 4 **MSN** LABORATORIES PRIVATE LIMITED Elaine H. Blais...
... KELLER SHAW KELLER LLP 2017-05-02T12:21:00 57753321735039 302-298-0700 Email:Kkeller@shawkeller.Com USA 7 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 5 **MSN** Pharmaceuticals Inc. Nathan Roger Hoeschen...

**Court:** United States District Court, Delaware | **Date Filed:** Jan 19, 2018 | **Docket Number:** 1:18cv111 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

20. [Adverio Pharma Gmbh Et Al V. Msn Laboratories Private Limited Et Al](#)

... 342993 88506379972244 Fax: (302) 571-1750 Email:Kdorsney@morrisjames.Com USA 2019-02-13 1 D 2014-06-11T17:01:18.193 **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 8 **MSN** LABORATORIES PRIVATE LIMITED Karen Elizabeth Keller...

... BE NOTICED -1 SRIKANTH K REDDY 2017-08-31T13:13:00 10344553544554 Email:Sreddy@goodwinlaw.Com 9 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 9 **MSN** Pharmaceuticals Inc. Karen Elizabeth Keller...

**Court**: United States District Court, Delaware | **Date Filed**: Jan 09, 2018 | **Docket Number**: 1:18cv73 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Closed

---

21. ## Allergan Usa, Inc. Et Al V. Aurobindo Pharma Ltd. Et Al

... JAMES LLP 2019-11-07T12:37:00 76671795600331 Fax: (302) 571-1750 Email:Kdorsney@morrisjames.Com USA 4 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 8 **MSN** LABORATORIES PRIVATE LIMITED Richard Juang...

... STAMOULIS WEINBLATT LLC 2019-01-25T10:26:00 62027177972605 (302) 999-1540 Email:Stamoulis@swdelaw.Com USA 3 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 9 **MSN** PHARMACEUTICALS, INC. Richard Juang PRO HAC VICE;ATTORNEY TO BE NOTICED...

**Court**: United States District Court, Delaware | **Date Filed**: Sep 13, 2019 | **Docket Number**: 1:19cv1727 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

22. ## Amgen Inc. Et Al V. Msn Pharmaceuticals, Inc. Et Al

... TUNNELL LLP 2016-04-04T13:46:00 -1 -1 60011672166968 302-351-9454 Email:Began@mnat.Com USA 3 P **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 3 **MSN** PHARMACEUTICALS, INC. Devan V. Padmanabhan...

... BE NOTICED -1 SRI K SANKARAN 2019-07-31T11:46:00 9614408276588 Email:Sri@paddalawgroup.Com 4 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 4 **MSN** LABORATORIES PRIVATE LIMITED Devan V. Padmanabhan...

**Court**: United States District Court, Delaware | **Date Filed**: Jan 29, 2020 | **Docket Number**: 1:20cv137 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

23. ## Astrazeneca Ab Et Al V. Alembic Pharmaceuticals Limited Et Al

... LLP 2019-11-07T12:37:00 76671795600331 Fax: (302) 571-1750 Email:Kdorsney@morrisjames.Com USA 2020-03-13 1 D **MSN** LABORATORIES PVT. LTD. D Defendant **MSN** LABORATORIES PVT LTD 2015-03-03T10:02:00 6 **MSN** LABORATORIES PVT. LTD. Eve H. Ormerod...

... MICHAEL J GAERTNER 2012-07-24T16:46:00 -1 -1 11320484045196 Email:Mgaertner@lockelord.Com 7 D 2013-04-26T17:45:06.720 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 8 **MSN** Pharmaceuticals Inc. Eve H. Ormerod...

**Court:** United States District Court, Delaware | **Date Filed:** Feb 11, 2020 | **Docket Number:** 1:20cv202 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

24.   Astrazeneca Ab Et Al V. Msn Pharmaceuticals, Inc. Et Al

... BE NOTICED -1 MICHAEL E FURROW 2020-09-15T14:03:00 12404960214619 Email:Michael.Furrow@dlapiper.Com 5 P **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 5 **MSN** PHARMACEUTICALS, INC. Helena C. Rychlicki...
... NOTICED -1 STUART D SENDER 2019-04-15T17:22:00 10897885283319 Email:Ssender@windelsmarx.Com 2019-05-28 6 D **MSN** LABORATORIES PVT. LTD. D Defendant **MSN** LABORATORIES PVT LTD 2015-03-03T10:02:00 6 **MSN** LABORATORIES PVT. LTD. Helena C. Rychlicki...

**Court:** United States District Court, Delaware | **Date Filed:** Dec 26, 2018 | **Docket Number:** 1:18cv2051 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

---

25.   Bausch Health Ireland Limited Et Al V. Msn Laboratories Private Ltd. Et Al

... 2012-04-25T10:05:00 426827 1107021 40359965568670 (973) 596-4500 Email:Wdeni@gibbonslaw.Com USA 3 P 2013-06-04T17:00:56.957 **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 3 **MSN** Laboratories Private Ltd. MARK S. OLINSKY...
... SILLS CUMMIS GROSS PC 2018-10-23T11:33:00 46732061310050 973-643-4775 Email:Sklein@sillscummis.Com USA 2 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. MARK S. OLINSKY...

**Court:** United States District Court, New Jersey | **Date Filed:** Apr 22, 2021 | **Docket Number:** 2:21cv10057 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

26.   Biogen International Gmbh Et Al V. Amneal Pharmaceuticals Llc Et Al.

... BE NOTICED -1 SAMUEL SHERRY 2017-08-15T11:17:00 10067781763032 Email:Ssherry@goodwinlaw.Com 2018-05-16 5 D **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 14 W **MSN** Laboratories Private Ltd....
... JOVIAL WONG 2012-09-09T17:03:00 -1 -1 7692281455920 Email:Jwong@winston.Com 4 D W 2013-04-26T17:44:11.313 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 15 W **MSN** Pharmaceuticals Inc. John C. Phillips , Jr....

**Court:** United States District Court, Delaware | **Date Filed:** Jun 26, 2017 | **Docket Number:** 1:17cv823 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

---

27.   Biogen International Gmbh V. Msn Laboratories Private Ltd. Et Al

... TO BE NOTICED -1 LI FENG 2017-08-03T10:01:00 7296190669579 Email:Li.Feng@finnegan.Com 7 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 2 **MSN** Laboratories Private Ltd. David A. Bilson...

... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200 Email:Jcp@pgmhlaw.Com USA 4 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. David A. Bilson...

**Court**: United States District Court, Delaware | **Date Filed**: Mar 01, 2018 | **Docket Number**: 1:18cv337 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

28. [Biogen Ma Inc. V. Msn Laboratories Private Ltd, Et Al](#)

... BE NOTICED -1 SANYA SUKDUANG 2020-05-26T12:56:00 9494087710099 Email:Ssukduang@cooley.Com 2020-03-02 6 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 2 **MSN** Laboratories Private Ltd. David A. Bilson... ... -1 JOVIAL WONG 2012-09-09T17:03:00 -1 -1 7692281455920 Email:Jwong@winston.Com 5 D 2013-04-26T17:44:11.313 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. David A. Bilson...

**Court**: US District Court for the District of Delaware | **Date Filed**: Jun 28, 2017 | **Docket Number**: 1:17cv845 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Closed

---

29. [Boehringer Ingelheim International Gmbh Et Al V. Msn Laboratories Private Ltd. Et Al](#)

... TUNNELL LLP 2014-02-27T17:13:00 -1 -1 75118614774617 302-351-9366 Email:Mdellinger@mnat.Com USA 3 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 4 **MSN** Laboratories Private Ltd. John C. Phillips , Jr.... ... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200 Email:Jcp@pgmhlaw.Com USA 1 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 5 **MSN** Pharmaceuticals Inc. John C. Phillips , Jr....

**Court**: US District Court for the District of Delaware | **Date Filed**: Oct 03, 2019 | **Docket Number**: 1:19cv1865 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

30. [Boehringer Ingelheim Pharmaceuticals Inc. Et Al V. Accord Healthcare, Inc. Et Al](#)

... 2012-08-13T16:16:00 8 Cadila Healthcare Ltd. **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 9 **MSN** LABORATORIES PRIVATE LIMITED **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC...

**Court**: US District Court for the District of New Jersey | **Date Filed**: Feb 17, 2016 | **Docket Number**: 3:16cv852 | **Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Open

---

31. [Boehringer Ingelheim Pharmaceuticals Inc. Et Al V. Hec Pharm Co., Ltd. Et Al](#)

... LLP 2015-12-21T18:06:00 -1 -1 59792752307971 212-261-5670 Email:Saira.B.Haider@gmail.Com USA 2015-12-14 4 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 19 2018-05-23 **MSN** LABORATORIES PRIVATE LIMITED...

... 2016-06-30T18:03:00 -1 -1 62679117851230 973-605-8800 Fax: 973-605-8020
Email:Vpawar@pgrlawyers.Com USA 2 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN**
PHARMACEUTICALS INC 2015-08-04T16:03:00 20 2018-05-23 **MSN** PHARMACEUTICALS, INC. BRIAN
T. MORIARTY...

**Court**: United States District Court, New Jersey | **Date Filed**: Aug 04, 2015 | **Docket Number**: 3:15cv5982
| **Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Closed

---

32.  [Boehringer Ingelheim Pharmaceuticals Inc. Et Al V. Mankind Pharma Ltd. Et Al](#)

... BE NOTICED -1 RICHARD JUANG 2021-02-16T17:38:00 10366405055488
Email:Rjuang@daignaultiyer.Com 2021-05-25 2 D **MSN** Laboratories Private Ltd. D Defendant **MSN**
LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 24 **MSN** Laboratories Private Ltd. David A. Bilson...
... -1 SARAH A KRAJEWSKI 2016-11-10T17:12:00 -1 -1 10854597513484
Email:Skrajewski@winston.Com 10 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS
INC 2017-01-11T08:30:00 25 **MSN** Pharmaceuticals Inc. David A. Bilson...

**Court**: United States District Court, Delaware | **Date Filed**: Oct 26, 2018 | **Docket Number**: 1:18cv1689 |
**Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**:
Open

---

33.  [Boehringer Ingelheim Pharmaceuticals, Inc. Et Al V. Msn Laboratories Private Limited Et Al](#)

... ARNSTEIN LEHR LLP 2017-09-05T18:01:00 53312474248801 (973) 286-6700 Email:Clizza@saul.Com
USA 1 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE
LIMITED 2015-05-18T14:49:00 4 **MSN** LABORATORIES PRIVATE LIMITED LOLY G. TOR...
... GATES LLP 2015-04-09T00:52:00 -1 -1 43380744878950 212-536-3910
Email:Peter.Giunta@klgates.Com USA 2 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN**
PHARMACEUTICALS INC 2015-08-04T16:03:00 5 **MSN** PHARMACEUTICALS, INC. LOLY G. TOR...

**Court**: United States District Court, New Jersey | **Date Filed**: Oct 16, 2017 | **Docket Number**: 3:17cv8399
| **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement |
**Status**: Closed

---

34.  [Boehringer Ingelheim Pharmaceuticals Inc. Et Al V. Msn Laboratories Private Ltd. Et Al](#)

... TUNNELL LLP 2016-04-04T13:46:00 -1 -1 60011672166968 302-351-9454 Email:Began@mnat.Com
USA 2 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-
17T11:46:00 4 **MSN** Laboratories Private Ltd. John C. Phillips , Jr....
... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200
Email:Jcp@pgmhlaw.Com USA 1 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS
INC 2017-01-11T08:30:00 5 **MSN** Pharmaceuticals Inc. John C. Phillips , Jr....

**Court**: United States District Court, Delaware | **Date Filed**: Nov 13, 2018 | **Docket Number**: 1:18cv1785 |
**Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**:
Open

---

35.  [Btg International Limited Et Al V. Msn Pharmaceuticals Inc. Et Al](#)

... 61568260186432 (973) 690-5400 Fax: (973) 466-2760 Email:Kmiller@rwmlegal.Com USA 1 P 2015-04-23T17:00:29.237 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 5 **MSN** Pharmaceuticals Inc. REBEKAH R. CONROY...

... 2017-02-15T18:09:00 65508899901897 (973) 400-4181 Fax: (973) 498-0070 Email:Rconroy@stoneconroy.Com USA 1 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 6 **MSN** LABORATORIES PRIVATE LIMITED REBEKAH R. CONROY...

**Court**: United States District Court, New Jersey | **Date Filed**: Feb 20, 2018 | **Docket Number**: 2:18cv2372 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Closed

---

36.    [Currax Pharmaceuticals Llc V. Msn Laboratories Private Limited Et Al.](#)

... 315857 158440101 57914678273112 302-298-3523 Fax: 302-298-3550 Email:Dao'Brien@venable.Com USA 1 P 2015-05-08T17:00:10.600 **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 2 **MSN** LABORATORIES PRIVATE LIMITED Eve H. Ormerod...

... BE NOTICED -1 STUART D SENDER 2019-04-15T17:22:00 10897885283319 Email:Ssender@windelsmarx.Com 4 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. Eve H. Ormerod...

**Court**: United States District Court, Delaware | **Date Filed**: Aug 13, 2020 | **Docket Number**: 1:20cv1064 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

37.    [Exelixis, Inc. V. Msn Laboratories Private Limited Et Al](#)

... NICHOLS ARSHT TUNNELL LLP 2021-06-21T17:35:00 76606240142913 302-351-9392 Email:Araucci@morrisnichols.Com USA 2 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 2 **MSN** LABORATORIES PRIVATE LIMITED Bryce A. Cooper...

... LLP 2017-01-03T15:16:00 77582455220382 (302)472-7311 Fax: (302) 472-7301 Email:Dgattuso@hegh.Law USA 3 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. Bryce A. Cooper...

**Court**: United States District Court, Delaware | **Date Filed**: May 11, 2020 | **Docket Number**: 1:20cv633 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

38.    [Exelixis, Inc. V. Msn Laboratories Private Limited Et Al](#)

... BE NOTICED -1 TIMOTHY A COOK 2019-06-27T16:37:00 10496375989824 Email:Tim.Cook@wilmerhale.Com 4 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 2 **MSN** LABORATORIES PRIVATE LIMITED Dominick T. Gattuso...

... WEINBLATT LLC 2019-01-25T10:26:00 62027177972605 (302) 999-1540 Email:Stamoulis@swdelaw.Com USA 2020-04-21 8 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. Dominick T. Gattuso...

**Court:** United States District Court, Delaware | **Date Filed:** Oct 29, 2019 | **Docket Number:** 1:19cv2017 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

39.   Forest Laboratories, Llc, Et Al V. Msn Laboratories Private Limited Et Al

... FALANGA LLP 2016-06-16T09:45:00 -1 -1 73179856075629 973.757.1100
Email:Lwalsh@thewalshfirm.Com USA 2 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 5 **MSN** LABORATORIES PRIVATE LIMITED PHILIP L. HIRSCHHORN...
... LLP 2016-07-03T21:12:00 -1 -1 49453860587343 (609) 734-6395 Email:Csaveriano@hillwallack.Com USA 2 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 6 **MSN** Pharmaceuticals Inc. CHRISTINA LYNN SAVERIANO...

**Court:** United States District Court, New Jersey | **Date Filed:** Oct 30, 2017 | **Docket Number:** 2:17cv10140 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

---

40.   Genentech, Inc. Et Al V. Aurobindo Pharma Limited, Et Al

... BE NOTICED -1 TARA R MELILLO 2020-11-03T13:48:00 10380683279742
Email:Tmelillo@goodwinlaw.Com 5 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 26 2020-01-02 **MSN** LABORATORIES PRIVATE LIMITED...
... NOTICED -1 RONALD M DAIGNAULT 2021-02-16T17:38:00 13463912643356
Email:Rdaignault@daignaultiyer.Com 2020-01-02 3 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 27 2020-01-02 **MSN** Pharmaceuticals Inc. Stamatios Stamoulis...

**Court:** United States District Court, Delaware | **Date Filed:** Jan 14, 2019 | **Docket Number:** 1:19cv78 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

41.   Genentech, Inc. Et Al V. Msn Laboratories Private Limited Et Al

... -1 WARREN K MACRAE 2012-09-13T00:10:00 -1 -1 8078505761868 Email:Wmacrae@loeb.Com 5 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED Richard Juang...
... STAMOULIS WEINBLATT LLC 2019-01-25T10:26:00 62027177972605 (302) 999-1540\n
Email:Stamoulis@swdelaw.Com USA 3 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. Richard Juang PRO HAC VICE;ATTORNEY TO BE NOTICED...

**Court:** US District Court for the District of Delaware | **Date Filed:** Jan 31, 2019 | **Docket Number:** 1:19cv205 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

---

42.   Intercept Pharmaceuticals, Inc. Et Al V. Apotex Inc. Et Al

... PA 2016-03-20T17:10:00 -1 -1 54163017435975 302- 655-4200 Email:Mch@pgmhlaw.Com USA 7 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 9 **MSN** LABORATORIES PRIVATE LIMITED Anne Shea Gaza...

... LLP 2013-06-18T14:46:00 285685 344346 67722912385593 302-571-5018 Email:Swilson@ycst.Com USA 4 D 2014-05-05T17:01:12.593 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 10 **MSN** Pharmaceuticals Inc. Anne Shea Gaza...

**Court**: United States District Court, Delaware | **Date Filed**: Aug 21, 2020 | **Docket Number**: 1:20cv1105 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

43.   [Merck Sharp & Dohme Corp. V. Msn Laboratories Private Ltd. Et Al](#)

... ARNSTEIN LEHR LLP 2017-09-05T18:01:00 53312474248801 (973) 286-6700 Email:Clizza@saul.Com USA 4 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 2 **MSN** Laboratories Private Ltd. CHRISTINA LYNN SAVERIANO...
... ROONEY PC 2018-04-09T16:20:00 78921983987961 212-440-4400 Fax: 212-440-4401 Email:Philip.Hirschhorn@bipc.Com USA 3 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 3 **MSN** PHARMACEUTICALS, INC. CHRISTINA LYNN SAVERIANO...

**Court**: United States District Court, New Jersey | **Date Filed**: Jan 16, 2018 | **Docket Number**: 3:18cv675 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Closed

---

44.   [Millennium Pharmaceuticals, Inc. V. Msn Laboratories Private Ltd. Et Al](#)

... 2012-03-06T13:12:00 287558 343068 69337423008944 (302) 658-9200 Email:Jbbefiling@mnat.Com USA 1 P 2012-11-16T17:00:17.043 **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 2 **MSN** Laboratories Private Ltd. David C. Kistler...
... LLP 2015-01-21T17:13:00 286744 341993 54544443342154 302-425-6431 Email:Orlacchio@blankrome.Com USA 3 D 2015-02-05T17:00:10.367 **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 3 **MSN** PHARMACEUTICALS, INC. David C. Kistler...

**Court**: US District Court for the District of Delaware | **Date Filed**: Dec 19, 2016 | **Docket Number**: 1:16cv1255 | **Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Closed

---

45.   [Mitsubishi Tanabe Pharma Corporation Et Al V. Msn Laboratories Private Ltd. Et Al](#)

... ARNSTEIN LEHR LLP 2017-09-05T18:01:00 53312474248801 (973) 286-6700 Email:Clizza@saul.Com USA 4 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 6 **MSN** Laboratories Private Ltd. JAMES S. RICHTER...
... MIDLIGE RICHTER LLC 2019-07-17T22:00:00 53040213164831 (908) 626-0622 Email:Jrichter@midlige-Richter.Com USA 1 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 7 **MSN** PHARMACEUTICALS, INC. JAMES S. RICHTER...

**Court**: US District Court for the District of New Jersey | **Date Filed**: Jul 20, 2017 | **Docket Number**: 3:17cv5302 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

46.   Mitsubishi Tanabe Pharma Corporation Et Al V. Msn Laboratories Private Ltd. Et Al

... ARNSTEIN LEHR LLP 2017-09-05T18:01:00 53312474248801 (973) 286-6700 Email:Clizza@saul.Com USA 4 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 6 **MSN** Laboratories Private Ltd. JAMES S. RICHTER...
... MIDLIGE RICHTER LLC 2019-07-17T22:00:00 53040213164831 (908) 626-0622 Email:Jrichter@midlige-Richter.Com USA 1 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 7 **MSN** Pharmaceuticals Inc. JAMES S. RICHTER...

**Court**: US District Court for the District of New Jersey | **Date Filed**: Oct 14, 2019 | **Docket Number**: 3:19cv18958 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Closed

47.   Mitsubishi Tanabe Pharma Corporation Et Al V. Msn Laboratories Private Ltd. Et Al

... ARNSTEIN LEHR LLP 2017-09-05T18:01:00 53312474248801 (973) 286-6700 Email:Clizza@saul.Com USA 4 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 6 **MSN** Laboratories Private Ltd. JAMES S. RICHTER...
... MIDLIGE RICHTER LLC 2019-07-17T22:00:00 53040213164831 (908) 626-0622 Email:Jrichter@midlige-Richter.Com USA 1 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 7 **MSN** Pharmaceuticals Inc. JAMES S. RICHTER...

**Court**: United States District Court, New Jersey | **Date Filed**: Jul 19, 2019 | **Docket Number**: 1:19cv15616 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

48.   Mitsubishi Tanabe Pharma Corporation Et Al V. Msn Laboratories Private Ltd. Et Al

... ARNSTEIN LEHR LLP 2017-09-05T18:01:00 53312474248801 (973) 286-6700 Email:Clizza@saul.Com USA 4 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 6 **MSN** Laboratories Private Ltd. JAMES S. RICHTER...
... MIDLIGE RICHTER LLC 2019-07-17T22:00:00 53040213164831 (908) 626-0622 Email:Jrichter@midlige-Richter.Com USA 1 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 7 **MSN** Pharmaceuticals Inc. JAMES S. RICHTER...

**Court**: US District Court for the District of New Jersey | **Date Filed**: Jul 19, 2019 | **Docket Number**: 3:19cv15616 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

49.   Mitsubishi Tanabe Pharma Corporation Et Al V. Msn Laboratories Private Ltd. Et Al

... ARNSTEIN LEHR LLP 2017-09-05T18:01:00 53312474248801 (973) 286-6700 Email:Clizza@saul.Com USA 4 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 6 **MSN** Laboratories Private Ltd. JAMES S. RICHTER...
... MIDLIGE RICHTER LLC 2019-07-17T22:00:00 53040213164831 (908) 626-0622 Email:Jrichter@midlige-Richter.Com USA 1 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN**

PHARMACEUTICALS INC 2015-08-04T16:03:00 7 **MSN** PHARMACEUTICALS, INC. JAMES S. RICHTER...

**Court**: United States District Court, New Jersey | **Date Filed**: Jul 20, 2017 | **Docket Number**: 1:17cv5302 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

50.  ## Novartis Pharmaceuticals Corporation Et Al V. Msn Pharmaceuticals Inc. Et Al

... (302) 984-6392 Fax: (302) 450-4235 Email:Ajoyce@mccarter.Com USA 2 P **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 3 **MSN** Pharmaceuticals Inc. **MSN** LABORATORIES PVT. LTD. D Defendant **MSN** LABORATORIES PVT LTD...

**Court**: United States District Court, Delaware | **Date Filed**: Jul 01, 2021 | **Docket Number**: 1:21cv981 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

51.  ## Novartis Pharmaceuticals Corporation V. Accord Healthcare Inc. Et Al

... (302) 573-2525 Fax: (302) 573-2524 Email:Dfinger@delawgroup.Com USA 2018-11-14 2 D 2013-04-26T17:44:11.313 **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 30 2018-11-14 **MSN** LABORATORIES PRIVATE LIMITED...
... (302) 573-2525 Fax: (302) 573-2524 Email:Dfinger@delawgroup.Com USA 2018-11-14 2 D 2013-04-26T17:44:11.313 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 31 2018-11-14 **MSN** Pharmaceuticals Inc. David J. Austin...

**Court**: United States District Court, Delaware | **Date Filed**: Jul 16, 2018 | **Docket Number**: 1:18cv1043 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

52.  ## Onyx Therapeutics, Inc. V. Cipla Limited Et Al

... TRAURIG LLP 2018-03-29T17:17:00 92587743619657 302-661-7000 Fax: 302-661-7360 Email:Moultries@gtlaw.Com USA 5 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 2019-05-08 **MSN** Pharmaceuticals Inc. R. Touhey Myer...
... SALVATORE GUERRIERO 2012-09-07T17:41:00 -1 -1 11037837807889 Email:Sguerriero@crbcp.Com 2019-05-08 6 D 2013-04-26T17:44:11.313 **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 5 2019-05-08 **MSN** LABORATORIES PRIVATE LIMITED...

**Court**: United States District Court, Delaware | **Date Filed**: Oct 24, 2016 | **Docket Number**: 1:16cv988 | **Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Closed

---

53.  ## Onyx Therapeutics, Inc. V. Msn Pharmaceuticals, Inc. Et Al

... 2012-06-15T16:16:00 -1 -1 70863434373129 (302) 658-9200 Email:Menefiling@mnat.Com USA 2018-08-10 2 P **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 2 **MSN** PHARMACEUTICALS, INC. R. Touhey Myer...
... PA 2020-02-10T17:38:00 80006865897220 (302) 351-0908 Fax: 302-351-0915 Email:Touhey.Myer@offitkurman.Com USA 1 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant

MSN LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 MSN LABORATORIES PRIVATE LIMITED R. Touhey Myer...

**Court:** US District Court for the District of Delaware | **Date Filed:** Dec 20, 2017 | **Docket Number:** 1:17cv1833 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

---

54.   Onyx Therapeutics, Inc. V. Msn Pharmaceuticals, Inc. Et Al

... -1 WENDY A WHITEFORD 2012-09-27T17:03:00 -1 -1 8421541094204 Email:Wendy@amgen.Com 6 P MSN PHARMACEUTICALS, INC. D Defendant MSN PHARMACEUTICALS INC 2015-08-04T16:03:00 2 MSN PHARMACEUTICALS, INC. Lynne Terrebonne PRO HAC VICE;ATTORNEY TO BE NOTICED...
... PA 2020-02-10T17:38:00 80006865897220 (302) 351-0908 Fax: 302-351-0915 Email:Touhey.Myer@offitkurman.Com USA 5 D MSN LABORATORIES PRIVATE LIMITED D Defendant MSN LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 MSN LABORATORIES PRIVATE LIMITED R. Touhey Myer...

**Court:** United States District Court, Delaware | **Date Filed:** Oct 26, 2016 | **Docket Number:** 1:16cv999 | **Nature of Suit:** Patent | **Cause:** Patent Infringement | **Status:** Closed

---

55.   Otsuka Pharmaceutical Co., Ltd. V. Amneal Pharmaceuticals Llc Et Al

... AMNEAL PHARMACEUTICALS INDIA PVT. LTD. MSN PHARMACHEM PVT. LTD. D Defendant MSN PHARMACHEM PVT LTD 2015-03-03T10:02:00 4 MSN PHARMACHEM PVT. LTD. MSN LABORATORIES PVT. LTD. D Defendant MSN LABORATORIES PVT LTD...

**Court:** US District Court for the District of New Jersey | **Date Filed:** Oct 30, 2015 | **Docket Number:** 1:15cv7803 | **Nature of Suit:** Patent | **Cause:** Patent Infringement | **Status:** Closed

---

56.   Otsuka Pharmaceutical Co., Ltd. V. Amneal Pharmaceuticals Llc Et Al

... 2017-02-15T18:09:00 65508899901897 (973) 400-4181 Fax: (973) 498-0070 Email:Rconroy@stoneconroy.Com USA 1 D MSN PHARMACHEM PVT. LTD. D Defendant MSN PHARMACHEM PVT LTD 2015-03-03T10:02:00 4 2016-01-14 MSN PHARMACHEM PVT. LTD....
... 2017-02-15T18:09:00 65508899901897 (973) 400-4181 Fax: (973) 498-0070 Email:Rconroy@stoneconroy.Com USA 1 D MSN LABORATORIES PVT. LTD. D Defendant MSN LABORATORIES PVT LTD 2015-03-03T10:02:00 5 2016-01-14 MSN LABORATORIES PVT. LTD....

**Court:** United States District Court, New Jersey | **Date Filed:** Mar 02, 2015 | **Docket Number:** 1:15cv1585 | **Nature of Suit:** Patent | **Cause:** Patent Infringement | **Status:** Closed

---

57.   Pfizer Inc. Et Al V. Msn Pharmaceuticals Inc. Et Al

... 75118614774617 302-351-9366 Email:Mdellinger@mnat.Com USA 2 P MSN Pharmaceuticals Inc. D Defendant MSN PHARMACEUTICALS INC 2017-01-11T08:30:00 4 MSN Pharmaceuticals Inc. MSN LABORATORIES PRIVATE LIMITED D Defendant MSN LABORATORIES PRIVATE LIMITED...

**Court:** United States District Court, Delaware | **Date Filed:** Jun 15, 2021 | **Docket Number:** 1:21cv858 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

58. **Pfizer Inc. Et Al V. Msn Pharmaceuticals Inc. Et Al**

... TUNNELL LLP 2014-02-27T17:13:00 -1 -1 75118614774617 302-351-9366
Email:Mdellinger@mnat.Com USA 3 P **MSN** Pharmaceuticals Inc. D Defendant **MSN**
PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. Stamatios Stamoulis
ATTORNEY TO BE NOTICED...
... STAMOULIS WEINBLATT LLC 2019-01-25T10:26:00 62027177972605 (302) 999-1540
Email:Stamoulis@swdelaw.Com USA 1 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN**
LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 5 **MSN** LABORATORIES PRIVATE LIMITED
Stamatios Stamoulis...

**Court**: United States District Court, Delaware | **Date Filed**: Feb 03, 2021 | **Docket Number**: 1:21cv139 |
**Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**:
Open

59. **Sanofi-Aventis U.S. Llc, Et Al. V. Apotex Corp., Et Al.**

... TODD S WERNER 2015-07-08T12:46:00 -1 -1 11420979802364 Email:Twerner@carlsoncaspers.Com
2020-07-30 3 D **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-
04T16:03:00 19 **MSN** PHARMACEUTICALS, INC. Stamatios Stamoulis LEAD ATTORNEY;ATTORNEY
TO BE NOTICED...
... STAMOULIS WEINBLATT LLC 2019-01-25T10:26:00 62027177972605 (302) 999-1540
Email:Stamoulis@swdelaw.Com USA 1 D **MSN** Laboratories Private Ltd. D Defendant **MSN**
LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 20 **MSN** Laboratories Private Ltd. Stamatios
Stamoulis...

**Court**: United States District Court, Delaware | **Date Filed**: Jun 12, 2020 | **Docket Number**: 1:20cv804 |
**Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**:
Open

60. **Sanofi-Aventis U.S. Llc Et Al V. Cadila Healthcare Limited Et Al**

... 287697 343235 92279918476475 (302) 984-6067 Email:Sobyrne@potteranderson.Com USA 2018-01-
02 10 D 2015-09-07T17:00:11.610 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS
INC 2017-01-11T08:30:00 10 2017-09-27 **MSN** Pharmaceuticals Inc. Dominick T. Gattuso...
... HAC VICE -1 SHARON LIN 2017-06-22T13:16:00 7079095361245 Email:Slin@winston.Com 2018-01-
02 5 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED
2015-05-18T14:49:00 19 2017-09-27 **MSN** LABORATORIES PRIVATE LIMITED...

**Court**: United States District Court, Delaware | **Date Filed**: Dec 22, 2016 | **Docket Number**: 1:16cv1298 |
**Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Closed

61. **Sanofi-Aventis U.S. Llc Et Al V. Msn Laboratories Private Limited Et Al**

... PAULA S FRITSCH 2013-09-26T10:46:00 -1 -1 8178224256384 Email:Fritsch@mbhb.Com 7 P 2014-
05-15T17:01:18.677 **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES
PRIVATE LIMITED 2015-05-18T14:49:00 5 **MSN** LABORATORIES PRIVATE LIMITED Dominick T.
Gattuso...
... SAMUEL S PARK 2012-08-14T15:01:00 -1 -1 8119436923718 Email:Spark@winston.Com 3 D 2013-04-
26T17:44:11.313 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-
11T08:30:00 6 **MSN** Pharmaceuticals Inc. Dominick T. Gattuso...

Labdhi Sheth

**Court**: United States District Court, Delaware | **Date Filed**: Jan 10, 2017 | **Docket Number**: 1:17cv27 | **Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Closed

---

62.   Sanofi-Aventis U.S. Llc Et Al V. Msn Pharmaceuticals, Inc. Et Al

... BE NOTICED -1 WILLIAM E SOLANDER 2019-08-08T09:46:00 10800366617657 Email:Wsolander@venable.Com 6 P **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 3 **MSN** PHARMACEUTICALS, INC. Stamatios Stamoulis LEAD ATTORNEY;ATTORNEY TO BE NOTICED...
... STAMOULIS WEINBLATT LLC 2019-01-25T10:26:00 62027177972605 (302) 999-1540 Email:Stamoulis@swdelaw.Com USA 1 D **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 4 **MSN** Laboratories Private Ltd. Stamatios Stamoulis...

**Court**: United States District Court, Delaware | **Date Filed**: May 14, 2020 | **Docket Number**: 1:20cv646 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Closed

---

63.   Sumitomo Dainippon Pharma Co., Ltd. Et Al V. Msn Laboratories Private Ltd. Et Al

... ARNSTEIN LEHR LLP 2018-04-24T12:05:00 67870781831722 (973) 286-6700 Email:Wbaton@saul.Com USA 4 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 3 **MSN** Laboratories Private Ltd. CHRISTINA LYNN SAVERIANO...
... LLP 2016-07-12T18:06:00 -1 -1 39897796649276 (609) 734-6358 Email:Eabraham@hillwallack.Com USA 2 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. CHRISTINA LYNN SAVERIANO...

**Court**: United States District Court, New Jersey | **Date Filed**: Feb 14, 2017 | **Docket Number**: 2:17cv1010 | **Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Closed

---

64.   Taiho Pharmaceutical Co., Ltd. Et Al V. Msn Laboratories Private Ltd. Et Al

... TO BE NOTICED -1 MOLLY HAYSSEN 2020-04-09T10:38:00 8603631688068 Email:Mhayssen@foley.Com 6 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 3 **MSN** Laboratories Private Ltd. Eve H. Ormerod...
... TO BE NOTICED -1 CAROLINE SUN 2020-03-05T09:09:00 8877237803909 Email:Csun@windelsmarx.Com 3 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4 **MSN** Pharmaceuticals Inc. Eve H. Ormerod...

**Court**: United States District Court, Delaware | **Date Filed**: Dec 23, 2019 | **Docket Number**: 1:19cv2342 | **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**: Open

---

65.   Teijin Limited Et Al V. Msn Laboratories Private Ltd. Et Al

... 2012-06-15T16:16:00 -1 -1 70863434373129 (302) 658-9200 Email:Menefiling@mnat.Com USA 2018-08-10 2 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 4 **MSN** Laboratories Private Ltd. Sean M. Brennecke...
... 341823 83014685101973 (302) 552-5518 Fax: (302)573-3501 Email:Sbrennecke@klehr.Com USA 1 D 2013-08-12T17:01:12.507 **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 5 **MSN** PHARMACEUTICALS, INC. Sean M. Brennecke...

**Court:** US District Court for the District of Delaware | **Date Filed:** Jun 14, 2018 | **Docket Number:** 1:18cv881 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

---

66.   ## Ucb, Inc. Et Al V. Annora Pharma Private Limited Et Al

... JAMES LLP 2019-11-07T12:37:00 76671795600331 Fax: (302) 571-1750 Email:Kdorsney@morrisjames.Com USA 3 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 10 **MSN** Pharmaceuticals Inc. Bryce A. Cooper...
... LLP 2017-01-03T15:16:00 77582455220382 (302)472-7311 Fax: (302) 472-7301 Email:Dgattuso@hegh.Law USA 6 D **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 11 **MSN** Laboratories Private Ltd. Bryce A. Cooper...

**Court:** United States District Court, Delaware | **Date Filed:** Jul 24, 2020 | **Docket Number:** 1:20cv987 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

67.   ## Vanda Pharmaceuticals Inc. V. Msn Pharmaceuticals Inc. Et Al

... -1 NICHOLAS GROOMBRIDGE 2013-01-03T15:16:00 -1 -1 13446536102729 Email:Ngroombridge@paulweiss.Com 8 P 2013-04-26T17:45:06.720 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 2 **MSN** Pharmaceuticals Inc. Bryce A. Cooper...
... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200 Email:Jcp@pgmhlaw.Com USA 5 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED David A. Bilson...

**Court:** United States District Court, Delaware | **Date Filed:** May 07, 2018 | **Docket Number:** 1:18cv690 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

68.   ## Vanda Pharmaceuticals Inc. V. Msn Pharmaceuticals Inc. Et Al

... -1 NICHOLAS GROOMBRIDGE 2013-01-03T15:16:00 -1 -1 13446536102729 Email:Ngroombridge@paulweiss.Com 8 P 2013-04-26T17:45:06.720 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 2 **MSN** Pharmaceuticals Inc. David A. Bilson...
... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200 Email:Jcp@pgmhlaw.Com USA 2 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED David A. Bilson...

**Court:** US District Court for the District of Delaware | **Date Filed:** May 17, 2019 | **Docket Number:** 1:19cv926 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

69.   ## Vanda Pharmaceuticals Inc. V. Msn Pharmaceuticals Inc. Et Al

... LLP 2012-07-17T17:01:00 287558 343068 73414103064762 302-658-9200 Email:Dfahnestock@mnat.Com USA 2 P 2013-04-26T17:48:45.540 **MSN** Pharmaceuticals Inc. D

Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 2 **MSN** Pharmaceuticals Inc. Bryce A. Cooper...
... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200 Email:Jcp@pgmhlaw.Com USA 4 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED Bryce A. Cooper...

**Court:** US District Court for the District of Delaware │ **Date Filed:** Mar 03, 2020 │ **Docket Number:** 1:20cv318 │ **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) │ **Cause:** Patent Infringement │ **Status:** Open

70.   Vanda Pharmaceuticals Inc. V. Msn Pharmaceuticals Inc. Et Al

... -1 NICHOLAS GROOMBRIDGE 2013-01-03T15:16:00 -1 -1 13446536102729 Email:Ngroombridge@paulweiss.Com 8 P 2013-04-26T17:45:06.720 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 2 **MSN** Pharmaceuticals Inc. Bryce A. Cooper...
... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200 Email:Jcp@pgmhlaw.Com USA 4 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED Bryce A. Cooper...

**Court:** US District Court for the District of Delaware │ **Date Filed:** Feb 19, 2020 │ **Docket Number:** 1:20cv235 │ **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) │ **Cause:** Patent Infringement │ **Status:** Open

71.   Vanda Pharmaceuticals Inc. V Msn Pharmaceuticals Inc. Et Al

... LLP 2012-07-17T17:01:00 287558 343068 73414103064762 302-658-9200 Email:Dfahnestock@mnat.Com USA 2 P 2013-04-26T17:48:45.540 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 2 **MSN** Pharmaceuticals Inc. David A. Bilson...
... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200 Email:Jcp@pgmhlaw.Com USA 2 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED David A. Bilson...

**Court:** United States District Court, Delaware │ **Date Filed:** Feb 24, 2021 │ **Docket Number:** 1:21cv283 │ **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) │ **Cause:** Patent Infringement │ **Status:** Open

72.   Vanda Pharmaceuticals Inc. V. Msn Pharmaceuticals Inc. Et Al.

... -1 NICHOLAS GROOMBRIDGE 2013-01-03T15:16:00 -1 -1 13446536102729 Email:Ngroombridge@paulweiss.Com 7 P 2013-04-26T17:45:06.720 **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 2 **MSN** Pharmaceuticals Inc. Bryce A. Cooper...
... PHILLIPS MCLAUGHLIN HALL PA 2020-05-06T11:33:00 46829556376216 302-655-4200 Email:Jcp@pgmhlaw.Com USA 4 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 3 **MSN** LABORATORIES PRIVATE LIMITED Bryce A. Cooper...

**Court:** United States District Court, Delaware | **Date Filed:** Oct 01, 2020 | **Docket Number:** 1:20cv1334 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

73.   Vanda Pharmaceuticals Inc. V. Teva Pharmaceuticals Usa, Inc.

... BE NOTICED -1 WILLIAM BLAKE COBLENTZ 2019-05-15T13:31:00 11052964895935 Email:Wcoblentz@cozen.Com 7 D **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 5 **MSN** Pharmaceuticals Inc. John C. Phillips , Jr....
... -1 REID SMITH 2015-02-12T13:46:00 -1 -1 8024619690021 Email:Rfsmith@winston.Com 5 D 2015-03-03T17:00:46.897 **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 6 **MSN** LABORATORIES PRIVATE LIMITED David A. Bilson...

**Court:** United States District Court, Delaware | **Date Filed:** Apr 30, 2018 | **Docket Number:** 1:18cv651 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Open

---

74.   Wyeth Llc Et Al V. Msn Laboratories Private Limited Et Al

... BE NOTICED -1 VICTORIA L REINES 2018-08-17T10:31:00 15130242574653 Email:Victoria.Reines@arnoldporter.Com 9 P **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 4 **MSN** LABORATORIES PRIVATE LIMITED Joseph James Bellew...
... OCONNOR 2012-11-01T12:16:00 103108 342577 66356989415602 302-295-2000 Email:Jbellew@cozen.Com USA 1 D 2013-04-26T17:37:25.690 **MSN** PHARMACEUTICALS, INC. D Defendant **MSN** PHARMACEUTICALS INC 2015-08-04T16:03:00 5 **MSN** PHARMACEUTICALS, INC. Joseph James Bellew...

**Court:** United States District Court, Delaware | **Date Filed:** Mar 07, 2017 | **Docket Number:** 1:17cv233 | **Nature of Suit:** Patent | **Cause:** Patent Infringement | **Status:** Closed

---

75.   Amgen Inc. V. Msn Laboratories Private Ltd.

... GIBBONS PC 2016-10-24T11:17:00 -1 -1 37615288428177 973-596-4823 Email:Cgaddis@gibbonslaw.Com USA 2 P **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES PRIVATE LTD 2017-01-17T11:46:00 3 **MSN** Laboratories Private Ltd. LOUIS HARRY WEINSTEIN...

**Court:** United States District Court, New Jersey | **Date Filed:** Jun 28, 2018 | **Docket Number:** 3:18cv11213 | **Nature of Suit:** Patent - Abbreviated New Drug Application(ANDA) | **Cause:** Patent Infringement | **Status:** Closed

---

76.   Astrazeneca Ab Et Al V. Citron Pharma Llc Et Al

... 2016-08-22T18:00:00 -1 -1 88654580071199 201-287-2460 Fax: 201-489-0495 Email:Gregory.Miller@rivkin.Com USA 3 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 6 **MSN** LABORATORIES PRIVATE LIMITED JENNA Z. GABAY...

**Court:** US District Court for the District of New Jersey | **Date Filed:** May 15, 2015 | **Docket Number:** 3:15cv3383 | **Nature of Suit:** Patent | **Cause:** Patent Infringement | **Status:** Closed

77.   **Astrazeneca Ab Et Al V. Torrent Pharma Inc. Et Al**

... 2017-02-15T18:09:00 65508899901897 (973) 400-4181 Fax: (973) 498-0070
Email:Rconroy@stoneconroy.Com USA 1 D **MSN** LABORATORIES PRIVATE LIMITED D Defendant **MSN**
LABORATORIES PRIVATE LIMITED 2015-05-18T14:49:00 9 2017-10-26 **MSN** LABORATORIES
PRIVATE LIMITED...

**Court**: United States District Court, New Jersey | **Date Filed**: May 15, 2015 | **Docket Number**: 3:15cv3375
| **Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Closed

78.   **Eisai Co., Ltd. Et Al V. Msn Pharmaceuticals Inc.**

... TUNNELL LLP 2015-10-25T17:18:00 -1 -1 68773314886833 302-351-9392 Email:Araucci@mnat.Com
USA 2 P **MSN** Pharmaceuticals Inc. D Defendant **MSN** PHARMACEUTICALS INC 2017-01-11T08:30:00 4
**MSN** Pharmaceuticals Inc. R. Touhey Myer...

**Court**: United States District Court, Delaware | **Date Filed**: Jun 10, 2020 | **Docket Number**: 1:20cv791 |
**Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**:
Closed

79.   **Newron Pharmaceuticals S.P.A Et Al V. Aurobindo Pharma Limited Et Al**

... Defendant AUROBINDO PHARMA USA INC 2010-06-11T15:42:00 5 Aurobindo Pharma USA Inc. **MSN**
LABORATORIES PRIVATE LIMITED D Defendant **MSN** LABORATORIES PRIVATE LIMITED 2015-05-
18T14:49:00 6 **MSN** LABORATORIES PRIVATE LIMITED Optimus Pharma Pvt Ltd...

**Court**: United States District Court, Delaware | **Date Filed**: Jun 10, 2021 | **Docket Number**: 1:21cv843 |
**Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement | **Status**:
Open

80.   **Sumitomo Dainippon Pharma Co., Ltd. Et Al V. Aurobindo Pharma Ltd. Et Al**

... PARK WINSTON STRAWN LLP 2017-12-07T14:31:00 37758363074662 312-558-7931
Email:Spark@winston.Com USA 2 D **MSN** Laboratories Private Ltd. D Defendant **MSN** LABORATORIES
PRIVATE LTD 2017-01-17T11:46:00 7 2018-06-28 **MSN** Laboratories Private Ltd....

**Court**: United States District Court, New Jersey | **Date Filed**: Feb 23, 2018 | **Docket Number**: 2:18cv2620
| **Nature of Suit**: Patent - Abbreviated New Drug Application(ANDA) | **Cause**: Patent Infringement |
**Status**: Closed

81.   **Ucb Inc. Et Al V. Accord Healthcare Inc. Et Al**

... LANDON 2012-06-12T16:01:00 -1 -1 53380809781553 (302) 472-8100 Email:Fmurphy@msllaw.Com
USA 1 D **MSN** LABORATORIES PVT. LTD. D Defendant **MSN** LABORATORIES PVT LTD 2015-03-
03T10:02:00 36 **MSN** LABORATORIES PVT. LTD. David A. Bilson...

**Court**: United States District Court, Delaware | **Date Filed**: Jul 10, 2013 | **Docket Number**: 1:13cv1206 |
**Nature of Suit**: Patent | **Cause**: Patent Infringement | **Status**: Closed

82.   **Ucb Inc. Et Al V. Breckenridge Pharmaceutical Inc. Et Al**

... PA 2016-03-20T17:10:00 -1 -1 54163017435975 302- 655-4200 Email:Mch@pgmhlaw.Com USA 3 D **MSN** LABORATORIES PVT. LTD. D Defendant **MSN** LABORATORIES PVT LTD 2015-03-03T10:02:00 7 **MSN** LABORATORIES PVT. LTD. John C. Phillips , Jr....

**Court**: US District Court for the District of Delaware │ **Date Filed**: Jul 10, 2013 │ **Docket Number**: 1:13cv1211 │ **Nature of Suit**: Patent │ **Cause**: Patent Infringement │ **Status**: Closed