IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2017 (RGA) (SRF) |
| | ) **CONSOLIDATED** |
| MSN LABORATORIES PRIVATE LIMITED | ) |
| and MSN PHARMACEUTICALS, INC., | ) **PUBLIC VERSION** |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER**

After considering the briefing filed by both parties, the Court grants the relief sought by Plaintiff, Exelixis, Inc. and modifies the protective order (D.I. 12) as shown at Exhibit A.

**IT IS SO ORDERED** this \_\_\_\_\_ day of August, 2021.

_____
Magistrate Judge Sherry R. Fallon