## **CERTIFICATE OF SERVICE**

I, Dominick T. Gattuso, Esquire, hereby certify that, on August 27, 2021, a copy of the [Sealed] Opposition Letter to the Honorable Sherry R. Fallon regarding Exelixis' Request to Modify the Protective Order was served upon counsel of record via electronic mail.

/s/ *Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)