IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 19-2017 (RGA) (SRF) |
| v. ) | **CONSOLIDATED** |
| ) | |
| MSN LABORATORIES PRIVATE LIMITED ) | |
| and MSN PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF EXELIXIS, INC.'S MOTION TO EXCLUDE THE OBVIOUSNESS OPINIONS OF JONATHAN STEED AND SALVATORE LEPORE AND ANY REFERENCE TO THEM BY OTHER EXPERTS**

Plaintiff Exelixis, Inc. hereby moves, pursuant to Fed. R. Evid. 702, Fed. R. Evid. 403, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589, 592 (1993), to exclude the obviousness opinions of Jonathan Steed and Salvatore Lepore. The grounds for this motion are set forth in Exelixis Inc.'s opening brief in support of this motion.

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Anthony D. Raucci*

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
Kevin Prussia
Timothy A. Cook
Stephanie Neely
Katherine P. Kieckhafer
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Kevin J. O'Brien
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000

Benjamin I. Dach
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Gerard A. Salvatore
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

March 11, 2022

Jack B. Blumenfeld (#1014)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Exelixis, Inc.*

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendants, including oral communications involving Delaware counsel, and that we have not been able to reach agreement.

*s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LIMITED and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-2017 (RGA) (SRF) <br> ) **CONSOLIDATED** <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

WHEREAS, the Court, having considered Plaintiff Exelixis Inc.'s Motion to Exclude the obviousness opinions of Dr. Jonathan Steed and Dr. Salvatore Lepore (filed March 11, 2022), and the related briefing and all arguments thereto;

IT IS HEREBY ORDERED this ___ day of _____, 2022 that:

Exelixis Inc.'s motion to exclude the obviousness opinions of Dr. Jonathan Steed and Dr. Salvatore Lepore is hereby GRANTED.  Dr. Jonathan Steed and Dr. Salvatore Lepore are prohibited from testifying at trial about obviousness.

 

                                               _____
                                               Honorable Judge Richard G. Andrews
                                               United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 11, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Bryce A. Cooper, Esquire<br>Jason Z. Pesick, Esquire<br>Kevin J. Boyle, Esquire<br>Kurt A. Mathas, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive,<br>Chicago, IL  60601-9703<br>*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Noorossadat Torabi, Esquire<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA  94111-5840<br>*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)